B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Keywell L.L.C.                             Case No. _____

                          Debtor(s)         Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A&L IRON AND METAL INC<br>2000 MILBOCKER ROAD<br>GAYLORD, MI 49735 | Bret Bandt<br>A&L IRON AND METAL INC<br>2000 MILBOCKER ROAD<br>GAYLORD, MI 49735<br>989-732-5900 | TRADE DEBT | | 254,228.76 |
| AIM ONTARIO<br>75 WINDERMERE RD.<br>HAMILTON, ONTARIO<br>L8H3Y2<br>CANADA | SERGE THIBAULT<br>AIM ONTARIO<br>75 WINDERMERE RD.<br>HAMILTON, ONTARIO L8H3Y2<br>CANADA<br>905-547-5533 | TRADE DEBT | | 411,659.59 |
| CALEDONIAN ALLOYS GREENVILLE<br>99 CRESTVIEW DR. EXTENSION<br>TRANSFER, PA 16154 | SHEILA BIBLIS<br>CALEDONIAN ALLOYS GREENVILLE<br>99 CRESTVIEW DR. EXTENSION<br>TRANSFER, PA 16154<br>724-646-0654 | TRADE DEBT | | 761,964.00 |
| CINELLI I & M CO<br>290 SECAUCUS RD.<br>SECAUCUS, NJ 70940 | DAVE BARTECK<br>CINELLI I & M CO<br>290 SECAUCUS RD.<br>SECAUCUS, NJ 70940<br>201-488-4809 | TRADE DEBT | | 257,936.27 |
| CMC RECYCLING<br>6565 N. MACARTHUR BLVD, # 800<br>IRVING, TX 75039 | DONNA HUMPHREY<br>CMC RECYCLING<br>6565 N. MACARTHUR BLVD, # 800<br>IRVING, TX 75039<br>214-689-4305 | TRADE DEBT | | 385,713.93 |
| COLUMBUS METAL INDUSTRIES<br>3440 15TH ST. EAST<br>COLUMBUS, NE 68601 | SAM JACOBS<br>COLUMBUS METAL INDUSTRIES<br>3440 15TH ST. EAST<br>COLUMBUS, NE 68601<br>402-564-2855 | TRADE DEBT | | 266,130.77 |
| DH GRIFFIN WRECKING CO INC<br>4716 HILLTOP RD.<br>PO BOX 7657<br>GREENSBORO, NC 27407 | DAVID GRIFFIN<br>DH GRIFFIN WRECKING CO INC<br>4716 HILLTOP RD.<br>GREENSBORO, NC 27407<br>336-510-4115 | TRADE DEBT | | 268,874.27 |

B4 (Official Form 4) (12/07) - Cont.

In re    Keywell L.L.C.                                                   Case No.    _____

_____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FPT CLEVELAND<br>8550 AETNA RD<br>CLEVELAND, OH 44105 | GREG BROCK<br>FPT CLEVELAND<br>8550 AETNA RD<br>CLEVELAND, OH 44105<br>216-441-3800 | TRADE DEBT | | 1,226,552.39 |
| FRANKLIN IRON & METAL CORP<br>1939 E FIRST STREET<br>DAYTON, OH 45403 | GREG CLOUSE<br>FRANKLIN IRON & METAL CORP<br>1939 E FIRST STREET<br>DAYTON, OH 45403<br>937-253-3021 | TRADE DEBT | | 416,568.50 |
| JOHN ZUBICK LIMITED<br>105 CLARK SIDE ROAD<br>LONDON ON N5W 5C9<br>CANADA | MATT ZUBICK<br>JOHN ZUBICK LIMITED<br>105 CLARK SIDE ROAD<br>LONDON ON N5W 5C9<br>CANADA<br>519-451-5470 | TRADE DEBT | | 245,072.89 |
| JOSEPH FREEDMAN CO.<br>115 STEVENS ST<br>SPRINGFIELD, MA 11040 | ERNIE GAGNON<br>JOSEPH FREEDMAN CO.<br>115 STEVENS ST<br>SPRINGFIELD, MA 11040<br>413-781-4444 | TRADE DEBT | | 706,811.65 |
| LOEB METAL RECYCLING CO<br>DIV LOEB INDUSTRIES INC<br>1111 S TENTH STREET, PO BOX 229<br>WATERTOWN, WI 53094 | JOHN MORGAN<br>LOEB METAL RECYCLING CO<br>DIV LOEB INDUSTRIES INC<br>1111 S TENTH STREET, PO BOX 229<br>WATERTOWN, WI 53094<br>920-563-2488 | TRADE DEBT | | 318,385.21 |
| MERVIS INDUSTRIES, SOL TICK & COMPANY<br>1180 N. 22ND ST<br>DECATUR, IL 62521 | TOM FAIENDER<br>MERVIS INDUSTRIES, SOL TICK & COMPANY<br>1180 N. 22ND ST<br>DECATUR, IL 62521<br>217-429-4148 | TRADE DEBT | | 324,545.24 |
| NEWELL RECYCLING OF ATLANTA INC<br>1359 CENTRAL AVENUE<br>EAST POINT, GA 30344 | TIM SMALLWOOD<br>NEWELL RECYCLING OF ATLANTA INC<br>1359 CENTRAL AVENUE<br>EAST POINT, GA 30344<br>404-766-1621 | TRADE DEBT | Subject to Setoff | 310,069.79 |
| OMNISOURCE CORPORATION<br>STAINLESS STEEL AND ALLOY DIV.<br>7575 W. JEFFERSON BLVD<br>FORT WAYNE, IN 46804 | JOSEPH CASTELLANA<br>OMNISOURCE CORPORATION<br>STAINLESS STEEL AND ALLOY DIV.<br>7575 W. JEFFERSON BLVD<br>FORT WAYNE, IN 46804<br>260-423-4006 | TRADE DEBT | | 772,739.72 |

B4 (Official Form 4) (12/07) - Cont.

In re   Keywell L.L.C. _____        Case No. _____
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SA RECYCLING 12428 CENTER AVE. SOUTHGATE, CA 90280 | BRUCE KIEZLER SA RECYCLING 12428 CENTER AVE. SOUTHGATE, CA 90280 562-630-8766 | TRADE DEBT | | 1,321,827.09 |
| SCHNITZER STEEL 906 ADAMSON ST. ATLANTA, GA 30315 | CHRIS YOCOM SCHNITZER STEEL 906 ADAMSON ST. ATLANTA, GA 30315 404-332-1750 | TRADE DEBT | | 528,746.71 |
| SCHUPAN & SONS 2619 MILLER RD KALAMAZOO, MI 49001 | MARC ROSE SCHUPAN & SONS 2619 MILLER RD KALAMAZOO, MI 49001 269-382-0000 | TRADE DEBT | | 599,363.64 |
| SOS METALS INC 201 E. GARDENA BLVD. GARDENA, CA 90248 | SANDY SHADROW SOS METALS INC 201 E. GARDENA BLVD. GARDENA, CA 90248 310-217-8848 | TRADE DEBT | | 264,915.88 |
| TERRAPIN METALS RECYCLING LLC 7600 ROLLING MILL ROAD BALTIMORE, MD 21224 | GREG ROCHLIN TERRAPIN METALS RECYCLING LLC 7600 ROLLING MILL ROAD BALTIMORE, MD 21224 410-285-6900 | TRADE DEBT | | 352,096.09 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury
that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   September 24, 2013 _____        Signature _____

J. Mark Lazier
President & CEO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.