UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                 )
                                                       )      Bankruptcy Case No.
Keywell L.L.C.                                         )
                                                       )      13 B 37603
            Debtor.                                    )
                                                       )

**ORDER AND NOTICE OF STATUS HEARING ON THE CHAPTER 11 PETITION IN BANKRUPTCY**

To: Howard L. Adelman, Adelman & Gettleman Ltd., 53 W. Jackson Blvd, Suite 1050, Chicago, IL 60604

IT IS HEREBY ORDERED THAT the Court will hold a status hearing on the **Chapter 11 petition** on **October 16, 2013 at 10:00 a.m.**, before the Honorable Eugene R. Wedoff, Everett McKinley Dirksen Building, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois.

Please take further notice that your attendance is required at this hearing.

Dated: September 26, 2013

_____
Eugene R. Wedoff
Bankruptcy Judge

cc: U.S. Trustee

### Certificate of Mailing

I hereby certify that on September 26, 2013, I caused to be served copies of the above Order and Notice of Status Hearing to the parties listed via First Class Mail.

_____
Lester Smith
Relief Courtroom Deputy