UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KEYWELL L.L.C. | ) | Case No. 13-37603 |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

ORDER AMENDING THAT CERTAIN FINAL ORDER AUTHORIZING
USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION

This matter came before the Court on hearing on the motion (the "**Motion**") of Keywell L.L.C. (the "**Debtor**"), requesting that this Court enter orders authorizing the Debtor to use the cash collateral of NewKey Group, LLC ("**NewKey**") and NewKey Group II, LLC ("**NewKeyII**" and together with NewKey, the "**Lenders**") and the request of the parties for the entry of an order authorizing the Debtor's continued use of cash collateral as set forth herein. The Court granted the Motion, in part, by entering that certain Final Order Authorizing Use Of Cash Collateral And Providing Adequate on October 17, 2013 [docket number 113] (the "**Final Cash Collateral Order**"). Notice of the continued hearing on the Motion and entry of this Order was sufficient under the circumstances, and, unless otherwise indicated, all capitalized terms used herein have the meanings ascribed thereto in the Final Cash Collateral Order and by this reference are made a part hereof.

Having considered the Motion and the record in this case, and having heard the statements of counsel in the premises, **IT IS HEREBY ORDERED THAT**:

    1.    Effective upon entry of this Order, the Final Cash Collateral Order is hereby amended, and Lenders and Debtor hereby agree, as follows:

        a)    The Budget is hereby supplemented for the period of December 7, 2013, through and including January 10, 2014, as described on Exhibit 1 to this Order;

245180

b) The date of "December 6, 2013" provided in paragraph 2 of the Final Cash Collateral Order is hereby replaced with "the earlier of (a) the closing of a sale on substantially all of the assets of the Debtor, currently scheduled for December 31, 2013 (the "Closing") or (b) January 10, 2014"; and

c) The Debtor is authorized to use Cash Collateral to pay any and all amounts provided in the Budget which have been incurred on or prior to the Expiration Date, even if such amounts are payable after the Expiration Date, provided, however, the Debtor shall first use proceeds of unencumbered assets, if any, from the Closing to pay such expenses. The Debtor shall not be authorized to use Cash Collateral to pay any expenses incurred after the Expiration Date absent further order of Court.

2. The Debtor is authorized to use Cash Collateral to pay the $175,000 settlement payment to Wells Fargo [docket no. 266]; provided, however, that such amount shall be restored as Cash Collateral from unencumbered sale proceeds received at the Closing, subject to any timely filed Objections pursuant to paragraph 8 of the Final Cash Collateral Order.

3. Except as expressly set forth herein, the terms, provisions, and conditions of the Final Cash Collateral Order are not altered and remain in full force and effect.

4. The terms of this Order were negotiated in good faith and at arms' length.

5. Subject to paragraph 8 of the Final Cash Collateral Order, if any or all of the provisions of this Order or the Final Cash Collateral Order are hereafter modified, vacated or stayed by subsequent order of this Court or any other court, such subsequent order shall not affect the priority, validity, enforceability or effectiveness of any lien, security interest, priority, adequate protection or other benefit authorized hereby with respect to any Cash Collateral used prior to the effective date of such subsequent order (and all such liens, security interests, priorities, adequate protection and other benefits shall be governed in all respects by the provisions of the Final Cash Collateral Order, as amended hereby).

6. Further status on the Motion shall be held at 10:00 a.m. on January 7, 2013.

DATED: December 5, 2013

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

-2-

## EXHIBIT 1

(See attached)

Keywell LLC
DIP Budget Extension
$000s

| Budget Week<br>Actual / Forecast | 12/6/2013<br>Re-Forecast | 12/13/2013<br>Forecast | 12/20/2013<br>Forecast | 12/27/2013<br>Forecast | 1/3/2014<br>Forecast | 1/10/2014<br>Forecast | Total |
|---|---|---|---|---|---|---|---|
| Total Collections | 404 | 216 | 96 | 782 | 300 | 300 | 2,097 |
| Disbursments: | | | | | | | |
| Payroll | 107 | 107 | 107 | 107 | 107 | 107 | 642 |
| Payroll Taxes | 8 | 8 | 8 | 8 | 8 | 8 | 48 |
| Management Retention Plan | - | 195 | - | - | - | - | 195 |
| Health Benefits | 50 | - | 50 | - | 50 | - | 150 |
| Customer Material Purchases | 7 | 7 | 7 | 7 | 7 | 7 | 42 |
| Critical Maintenance / Safety / Op. Supplies | 20 | 20 | 20 | 15 | 15 | 20 | 110 |
| Tolling Expenses | 15 | 15 | 15 | 10 | 10 | 15 | 80 |
| Freight | 175 | - | 100 | - | - | - | 275 |
| Leases | 20 | 20 | 20 | 20 | 20 | 20 | 120 |
| Utilities | 5 | 5 | 5 | 5 | 5 | 5 | 30 |
| Site Security | - | - | 150 | - | - | - | 150 |
| Hazardous Waste Removal | - | - | - | - | - | - | - |
| Wind Down Travel / Employee Expenses | 2 | 4 | 4 | 2 | 2 | 2 | 16 |
| Debtor Legal Fees - Corporate and Insolvency | - | - | 400 | - | - | - | 400 |
| Debtor Legal Fees - Environmental | - | - | 50 | - | - | - | 50 |
| Debtor Financial Advisor Fees | 38 | - | 35 | - | - | - | 73 |
| Debtor Investment Banking Fees | - | 50 | - | - | - | - | 50 |
| UST Quarterly Fee(s) | - | - | - | - | 13 | - | 13 |
| Creditor Committee Prof. Fees | - | 373 | - | - | 250 | - | 623 |
| 503 (b)(9) Claims | - | - | - | - | - | - | - |
| Estate Burial Fees | - | - | - | - | - | - | - |
| Total Disbursements | 447 | 804 | 971 | 174 | 487 | 184 | 3,067 |
| Net Cash Flow | (43) | (588) | (875) | 608 | (187) | 116 | (970) |
| Beginning Cash | 11,993 | 11,950 | 11,361 | 10,487 | 11,094 | 10,907 | 11,993 |
| Net Change in Cash | (43) | (588) | (875) | 608 | (187) | 116 | (970) |
| Ending Cash | 11,950 | 11,361 | 10,487 | 11,094 | 10,907 | 11,023 | 11,023 |