# EXHIBIT A
# ASSET PURCHASE AGREEMENT

# [To be attached]