FILED

MAR 19 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | |
| **SGK VENTURES, LLC,** | **Case No. 13 B 37603** |
| **Debtor.** | **Chapter 11** |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF , MCDONALD HOPKINS, LLC, ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$562,210.00** | TOTAL COSTS REQUESTED: | **$19,679.88** |
| TOTAL FEES REDUCED: | **$82,569.50** | TOTAL COSTS REDUCED: | **$5,032.66** |
| HOLDBACK AMOUNT: | **$245,691.50** | | |
| TOTAL FEES ALLOWED: | **$233,949.50** | TOTAL COSTS ALLOWED: | **$14,647.22** |

**TOTAL FEES AND COSTS ALLOWED: $248,596.72**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2) Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4) Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a

description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7) Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11) Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(12) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(13) No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work, prior to retention, to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable. *See In re ACT Mfg., Inc.*, 281 B.R. 468, 490 (Bankr. D. Mass. 2002).

An attorney is required to balance the costs of performing a service and the benefit it will yield to the estate. *See Matter of Taxman Clothing Co.*, 49 F.3d 310, 316 (7th Cir. 1995). The court denies fees for services rendered after it should have become apparent to the attorney that the services would not have yielded a net benefit for the estate. *Id.*

Dated: March 19, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: CASE ADMINISTRATION
38577-00001

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/04/13 | REVIEW AND RESPOND TO E-MAIL FROM D. REYNOLDS RE: COMMITTEE CONFIDENTIALITY AGREEMENTS. DEBORAH G BARROW | 0.40 hours at | 240.00/hr | 96.00 |
| 10/04/13 | WORK ON OVERALL COMMITTEE ADMINISTRATION (.4). SEAN D MALLOY | 0.40 hours at | 525.00/hr | 210.00 (4) -210.00 |
| 10/04/13 | ALL HANDS CALL (.2); FOLLOW-UP CALLS WITH GADHARF (.3) (4); ATTENTION TO CONFLICTS (13) (.5); DRAFT CONTACT LIST (.3); REVIEW FIRST DAY MOTIONS (.3); CALL WITH U.S. TRUSTEE (.2); DRAFT COMMITTEE NDA (.8). DANIEL REYNOLDS | 2.60 hours at | 215.00/hr | (4) -107.50 (13) -107.50 559.00 |
| 10/07/13 | E-MAILS TO AND FROM J. GADHARF AND D. REYNOLDS RE: CASE ADMINISTRATION MATTERS, INCLUDING CRITICAL DATES. DEBORAH G BARROW | 0.40 hours at | 240.00/hr | 96.00 |
| 10/07/13 | ATTEND GROUP CALLS (1.0); UPDATE CONTACT LIST (.3); CORRESPONDENCE WITH J. GADHARF AND D. BARROW (.3). DANIEL REYNOLDS | 1.60 hours at | 215.00/hr | 344.00 (4) -215.00 |
| 10/08/13 | TELEPHONE CONFERENCE WITH D. BARROW (.1); RESEARCH PACER FOR DOCKET UPDATES AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME (.1); REVIEW VARIOUS FILED (4) DOCUMENTS (.3); UPDATE CALENDARS WITH VARIOUS DATES AND DEADLINES (.2) (12). LINDA M GALLAGHER | 0.70 hours at | 165.00/hr | (4) -49.50 (12) -33.00 115.50 |
| 10/08/13 | TELEPHONE CALL WITH L. GALLAGHER RE: CASE ADMINISTRATION RE: PERTINENT DATES AND WORK ON SAME AND E-MAILS TO D. AGAY, S. MALLOY, J. GADHARF AND D. REYNOLDS RE: SAME. DEBORAH G BARROW | 0.20 hours at | 240.00/hr | 48.00 |
| 10/08/13 | WORK WITH AGAY RE: VARIOUS COMMITTEE ADMINISTRATION MATTERS. SEAN D MALLOY | 0.20 hours at | 525.00/hr | 105.00 |
| 10/08/13 | ATTENTION TO CONFLICTS (.4). DANIEL REYNOLDS | 0.40 hours at | 215.00/hr | 86.00 (13) -86.00 |

-$808.50

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/09/13 | E-MAILS TO AND FROM D. AGAY, S. MALLOY, S. OPINCAR, J. GADHARF, D. REYNOLDS AND L. GALLAGHER RE: SCHEDULES AND SOFA (.4). DEBORAH G BARROW | 0.40 hours at | 240.00/hr | 96.00 |
| 10/09/13 | E-MAILS TO AND FROM L. GALLAGHER RE: CASE ADMINISTRATION OF HEARING DATES AND OTHER DEADLINES. DEBORAH G BARROW | 0.40 hours at | 240.00/hr | 96.00 |
| 10/09/13 | DRAFT NDA AND BYLAWS (1.3); REVIEW SCHEDULES(.5). DANIEL REYNOLDS | 1.80 hours at | 215.00/hr | 387.00 |
| 10/10/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME (.1); REVIEW VARIOUS FILED DOCUMENTS (4) FOR DATES AND DEADLINES (.3); REVIEW VARIOUS EMAILS RECEIVED FROM ATTORNEYS REGARDING SCHEDULES AND SOFAS (.1); DOWNLOAD, SAVE, PRINT AND PREPARE BINDERS OF SAME (1.3). (12) LINDA M GALLAGHER | 1.80 hours at | 165.00/hr | (4) -49.50 (12) -214.50 297.00 |
| 10/10/13 | WORK WITH AGAY RE: OVERALL COMMITTEE ADMINISTRATION. SEAN D MALLOY | 0.30 hours at | 525.00/hr | 157.50 |
| 10/10/13 | REVIEW OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS. SEAN D MALLOY | 0.60 hours at | 525.00/hr | 315.00 |
| 10/14/13 | REVIEW EMAIL FROM ATTORNEY OPINCAR, RESEARCH PACER FOR DOCUMENTS AND PRINT SAME (.3); RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME (.1); ATTENTION TO REVIEWING VARIOUS FILED DOCUMENTS AND UPDATE CALENDARS WITH HEARING AND OBJECTION DEADLINES (.4). LINDA M GALLAGHER | 0.70 hours at | 165.00/hr | (12) -66.00 115.50 |
| 10/14/13 | CORRESPONDENCE TO REYNOLDS RE: MINUTES (.1); WORK ON NDA (.2). SEAN D MALLOY | 0.30 hours at | 525.00/hr | 157.50 |
| 10/14/13 | DRAFT APPEARANCE FOR MR. MARCUS (0.2); ELECTRONICALLY FILE SAME (0.2). LESLIE BURRELL | 0.40 hours at | 225.00/hr | 90.00 (12) -45.00 |

-$330.60

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/14/13 | REVIEW AND DISTRIBUTE NON-DISCLOSURE AGREEMENT (.5); DRAFT LETTER TO DEBTOR'S COUNSEL RE: SAME (1.0). DANIEL REYNOLDS | 1.50 hours at | 215.00/hr | 322.50 |
| 10/15/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME. LINDA M GALLAGHER | 0.10 hours at | 165.00/hr | 16.50 (12) -16.50 |
| 10/15/13 | REVIEW NOTICE OF ATTORNEY FEE PAYMENT (.2); DRAFT RESPONSES (.5). DANIEL REYNOLDS | 0.70 hours at | 215.00/hr | 150.50 |
| 10/16/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME. LINDA M GALLAGHER | 0.10 hours at | 165.00/hr | 16.50 (12) -16.50 |
| 10/16/13 | WORK ON OVERALL CASE ADMINISTRATION AND NEXT STEPS (.5); CALL WITH AGAY RE: SAME AND HEARING RESULTS, PLUS OVERALL STRATEGY (.2). SEAN D MALLOY | 0.70 hours at | 525.00/hr | 367.50 (4) -265.50 |
| 10/16/13 | REVISE NON-DISCLOSURE AGREEMENT. DANIEL REYNOLDS | 0.50 hours at | 215.00/hr | 107.50 |
| 10/17/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME. LINDA M GALLAGHER | 0.10 hours at | 165.00/hr | 16.50 (12) -16.50 |
| 10/17/13 | CONFERENCE CALL WITH AGAY RE: STATUS/STRATEGY. SEAN D MALLOY | 0.20 hours at | 525.00/hr | 105.00 |
| 10/17/13 | CREATE EMAIL CONTACT LIST (.3); REVIEW NON-DISCLOSURE AGREEMENT AND DISTRIBUTE SAME (.8); REVIEW AND RESPOND TO ADMINISTRATIVE EMAILS FROM AGAY (.4). DANIEL REYNOLDS | 1.50 hours at | 215.00/hr | 322.50 (12) -64.50 |
| 10/17/13 | REVIEW AND ANALYZE ALL FILING DEADLINES, HEARING DATES AND OTHER IMPORTANT DATES AND DEADLINES AND DRAFT WORK-IN-PROGRESS MEMORANDUM. JOSH GADHARF | 2.20 hours at | 310.00/hr | 682.00 |

-$379.50

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount | Annotation |
|---|---|---|---|---|---|
| 10/21/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME. LINDA M GALLAGHER | 0.10 hours at | 165.00/hr | 16.50 | (12) -16.50 |
| 10/21/13 | WORK ON OVERALL ADMINISTRATION AND STRATEGY CALL WITH AGAY AND TEAM ON APPROACH TO INVESTIGATION, SALE, AND OTHER MAJOR ISSUES (1.0). SEAN D MALLOY | 1.00 hours at | 525.00/hr | 525.00 | (7) -52.50 |
| 10/21/13 | REVISE WORK IN PROGRESS CHART TO REFLECT UPDATED DEADLINES AND HEARINGS. JOSH GADHARF | 0.50 hours at | 310.00/hr | 155.00 | |
| 10/22/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME. LINDA M GALLAGHER | 0.10 hours at | 165.00/hr | 16.50 | (12) -16.50 |
| 10/23/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME. LINDA M GALLAGHER | 0.10 hours at | 165.00/hr | 16.50 | (12) -16.50 |
| 10/23/13 | REVISE SERVICE LIST PER NOTICES OF APPEARANCE. DEBORAH G BARROW | 0.70 hours at | 240.00/hr | 168.00 | (12) -168.00 |
| 10/24/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME. LINDA M GALLAGHER | 0.10 hours at | 165.00/hr | 16.50 | (12) -16.50 |
| 10/24/13 | REVIEW E-MAIL FROM AGAY RE: AMENDED SCHEDULES (.1); RETRIEVE FROM PACER SAME AND E-MAIL TO AGAY, GADHARF, MARCUS AND REYNOLDS RE: SAME (.5); RESPOND TO E-MAIL FROM AGAY RE: SERVICE LIST UPDATES (.1). DEBORAH G BARROW | 0.70 hours at | 240.00/hr | 168.00 | |
| 10/25/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME (.1); REVIEW EMAIL FROM ATTORNEY AND REVIEW AND PRINT MOTIONS REGARDING TOYOTA (.2). LINDA M GALLAGHER | 0.30 hours at | 165.00/hr | 49.50 | (12) -49.50 |

-$336.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/25/13 | FINALIZE UPDATE OF SERVICE LIST PER NOTICES OF APPEARANCE (1.8); E-MAIL D. AGAY, S. OPINCAR, S. MALLOY AND D. REYNOLDS RE: SAME (.1); RESPOND TO S. OPINCAR REQUEST RE: DOCUMENTS FILED BY TOYOTA (.2). DEBORAH G BARROW | 2.20 hours at | 240.00/hr | 528.00 (12) -432.00 |
| 10/25/13 | REVIEW AND ANALYZE IMPORTANT DEADLINES FOR COMMITTEE ACTION AND REVISE MH WORK-IN-PROGRESS CHART REGARDING SAME. JOSH GADHARF | 0.50 hours at | 310.00/hr | 155.00 |
| 10/28/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME (.1); REVIEW NOTICE AND UPDATE CALENDARS WITH HEARING DATE (.1). LINDA M GALLAGHER | 0.20 hours at | 165.00/hr | 33.00 (12) -33.00 |

TOTAL FEES FOR MATTER: 38577-00001 $ 7,325.50

-$465.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/14/13 | CORRESPONDENCE RE: MH RETENTION ISSUES. SEAN D MALLOY | 0.20 hours at | 525.00/hr | 105.00 |
| 10/14/13 | CORRESPONDENCE TO GADHARF RE: DEBTOR PROFESSIONAL RETAINERS (.1); CORRESPONDENCE RE: ALVAREZ APPLICATION (.2). SEAN D MALLOY | 0.30 hours at | 525.00/hr | 157.50 |
| 10/15/13 | REVIEW HEARING AGENDA RE: APPLICATIONS AND MULTIPLE CORRESPONDENCE RE: EUREKA SUCCESS FEE. SEAN D MALLOY | 0.20 hours at | 525.00/hr | 105.00 |
| 10/25/13 | DRAFT PROPOSED REVISIONS TO ALVAREZ & MARSAL RETENTION APPLICATION. JOSH GADHARF | 1.70 hours at | 310.00/hr | 527.00 |
| 10/29/13 | E-MAILS FROM AND TO AND TELEPHONE CALLS WITH J. GADHARF RE: ALVAREZ MARSAL RETENTION APPLICATION (.7); DRAFT NOTICE AND CERTIFICATE OF SERVICE RE: SAME, INCLUDING UPDATING SERVICE LIST TO COINCIDE WITH DEBTOR'S LIST (1.2); REVIEW, REVISE, FILE AND SERVICE OF APPLICATION AND NOTICE (1.2); FILE ELECTRONIC DECLARATIONS (.2); DISCUSSIONS WITH B. BACON RE: SAME (.4). DEBORAH G BARROW | 3.70 hours at | 240.00/hr | 888.00 (12) ~~48.00~~ -336.00 |
| 10/29/13 | ATTENTION TO FILING ALVAREZ & MARSAL RETENTION APPLICATION. DANIEL REYNOLDS | 1.00 hours at | 215.00/hr | 215.00 |
| 10/29/13 | REVISE ALVAREZ & MARSAL RETENTION APPLICATION AND PREPARE SAME FOR FILING. JOSH GADHARF | 2.70 hours at | 310.00/hr | 837.00 |
| | TOTAL FEES FOR MATTER: 38577-00002 | | | $12,151.00 |

MH Retention
35.8 hrs, $8,896.50
(2) unreasonable time
(13) Conflicts check not compensable

-$8,000

A+M Retention app
6.3 hrs, $1,635.00
(2) unreasonable time

-$1,000

-$9,336.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: DIP FINANCING/CASH COLLATERAL
38577-00003

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/03/13 | WORK ON INTERIM CASH COLLATERAL ISSUES (.2); CALL WITH AGAY AND ADELMAN RE: SAME (.2); CORRESPONDENCE WITH REYNOLDS RE: RESEARCH ON SAME (.1).<br>SEAN D MALLOY | 0.50 hours at | 525.00/hr | 262.50 |
| 10/04/13 | REVIEW CASH COLLATERAL ORDER.<br>SCOTT N OPINCAR | 0.50 hours at | 500.00/hr | 250.00 (4) 250.00 |
| 10/04/13 | GATHER CASH COLLATERAL FORM OBJECTIONS FOR AGAY (.5).<br>DANIEL REYNOLDS | 0.50 hours at | 215.00/hr | 107.50 |
| 10/04/13 | DRAFT OBJECTION TO CASH COLLATERAL (4.2); REVIEW CASH COLLATERAL ORDER AND CORRESPONDENCE REGARDING SAME (0.8).<br>DAVID AGAY | 5.00 hours at | 525.00/hr | 2,625.00 |
| 10/04/13 | REVIEW AND ANALYZE DEBTOR'S FIRST DAY FILINGS, INCLUDING CASH COLLATERAL MOTION AND ORDER (.7); TELEPHONE CONFERENCE WITH D. AGAY AND D. REYNOLDS REGARDING SAME (.2).<br>JOSH GADHARF | 0.90 hours at | 310.00/hr | 279.00 |
| 10/04/13 | REVIEW MOTION FOR CASH COLLATERAL.<br>MICAH E. MARCUS | 0.50 hours at | 485.00/hr | 242.50 (4) 242.50 |
| 10/04/13 | REVIEW DECLARATION IN SUPPORT OF FIRST DAY RELIEF.<br>MICAH E. MARCUS | 0.50 hours at | 485.00/hr | 242.50 (4) 242.50 |
| 10/05/13 | DRAFT OBJECTION TO CASH COLLATERAL MOTION AND ORDER.<br>DAVID AGAY | 1.70 hours at | 525.00/hr | 892.50 |
| 10/05/13 | REVIEW AND ANALYZE CASH COLLATERAL MOTION AND INTERIM ORDER.<br>JOSH GADHARF | 1.50 hours at | 310.00/hr | 465.00 |
| 10/06/13 | DETAILED ANALYSIS OF INTERIM CASH COLLATERAL ORDER AND DRAFT SUMMARY OF ISSUES/OBJECTIONS (1.5); CALL WITH AGAY RE: SAME (.2).<br>SEAN D MALLOY | 1.70 hours at | 525.00/hr | 892.50 |

$735.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/06/13 | REVIEW AND ANALYZE CASH COLLATERAL MOTION AND INTERIM ORDER (.8). JOSH GADHARF | 0.80 hours at | 310.00/hr | 248.00 |
| 10/07/13 | WORK ON PERFECTION ISSUES RELATED TO DEPOSIT ACCOUNTS AND PROCEEDS OF COLLATERAL. SCOTT N OPINCAR | 1.10 hours at | 500.00/hr | 550.00 |
| 10/07/13 | RESEARCH ISSUES FOR CASH COLLATERAL OBJECTIONS. DANIEL REYNOLDS | 3.20 hours at | 215.00/hr | 688.00 |
| 10/07/13 | DRAFT AND REVISE OBJECTION TO CASH COLLATERAL (1.3); TELEPHONE CONFERENCE WITH H. ADELMAN REGARDING DEPOSIT CONTROL AGREEMENTS (0.3); REVISE FINAL CASH COLLATERAL ORDER (0.3); REVIEW INTERIM CASH COLLATERAL STIPULATION AND BUDGET (0.6). DAVID AGAY | 2.50 hours at | 525.00/hr | 1,312.50 |
| 10/07/13 | RESEARCH AND REVIEW DEBTOR'S CASH COLLATERAL MOTION, INTERIM ORDER, CASELAW AND STATUTORY LAW AND DRAFT CASH COLLATERAL OBJECTION (3.3); TELEPHONE CONFERENCE WITH MH TEAM REGARDING SAME (0.5). JOSH GADHARF | 3.80 hours at | 310.00/hr | 1,178.00 |
| 10/07/13 | REVIEW RESEARCH AND CORRESPONDENCE RE PERFECTION OF INTEREST IN COLLATERAL. MICAH E. MARCUS | 0.30 hours at | 485.00/hr | 145.50 |
| 10/08/13 | WORK ON CASH COLLATERAL ISSUES, INCLUDING POTENTIAL OBJECTIONS AND REVIEW OF RESEARCH RESULTS (.7); CORRESPONDENCE WITH AGAY RE: SAME (.2). SEAN D MALLOY | 0.90 hours at | 525.00/hr | 472.50 |
| 10/08/13 | RESEARCH ISSUES FOR CASH COLLATERAL OBJECTIONS INCLUDING ESCROW OF SALES PAYMENTS, INVESTIGATION RIGHTS, DEFAULT INTEREST RATE. DANIEL REYNOLDS | 8.10 hours at | 215.00/hr | 1,741.50 |
| 10/08/13 | RESEARCH OBJECTION DEADLINES (.9). DANIEL REYNOLDS | 0.90 hours at | 215.00/hr | 193.50 (4) −193.50 |
| 10/08/13 | REVISE CASH COLLATERAL ORDER AND TELEPHONE CONFERENCES WITH H. ADELMAN REGARDING SAME (1.3); REVIEW EMAIL AND RESEARCH REGARDING CASH PERFECTION ISSUES (0.7). DAVID AGAY | 2.00 hours at | 525.00/hr | 1,050.00 |

−$193.50

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/08/13 | RESEARCH AND REVIEW CASELAW, STATUTORY LAW AND CASH COLLATERAL MOTION AND ORDER AND DRAFT OBJECTION TO CASH COLLATERAL MOTION (5.4); REVIEW AND REVISE DEBTOR'S PROPOSED FINAL CASH COLLATERAL ORDER (2.0). JOSH GADHARF | 7.40 hours at | 310.00/hr | 2,294.00 |
| 10/09/13 | REVIEW AND EDIT PROPOSED CASH COLLATERAL ORDER (1.2); CORRESPONDENCE TO AGAY RE: SAME (.1); WORK ON DISPUTED CASH COLLATERAL ISSUES (.3). SEAN D MALLOY | 1.60 hours at | 525.00/hr | 840.00 |
| 10/09/13 | HEARING ON 2ND INTERIM CASH COLLATERAL ORDER. DAVID AGAY | 1.20 hours at | 525.00/hr | 630.00 |
| 10/09/13 | REVIEW REVISED CASH COLLATERAL BUDGET AND FOLLOW-UP REGARDING SAME (0.4); MULTIPLE TELEPHONE CONFERENCES WITH H. ADELMAN REGARDING CASH COLLATERAL (0.5). DAVID AGAY | 0.90 hours at | 525.00/hr | 472.50 |
| 10/09/13 | DRAFT CASH COLLATERAL OBJECTION (6.5); REVIEW AND ANALYZE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS REGARDING SAME (.8). JOSH GADHARF | 7.30 hours at | 310.00/hr | 2,263.00 |
| 10/10/13 | REVIEW CASH COLLATERAL OBJECTION AND CORRESPONDENCE RE: CHANGES TO SAME. SEAN D MALLOY | 0.70 hours at | 525.00/hr | 367.50 |
| 10/10/13 | RESEARCH RE: EQUITY CUSHION AS ADEQUATE PROTECTION. DANIEL REYNOLDS | 2.20 hours at | 215.00/hr | 473.00 (2) -258.00 |
| 10/10/13 | REVIEW AND REVISE CASH COLLATERAL OBJECTION (1.4); REVIEW NEWKEY DEBT DOCUMENTS (0.7). DAVID AGAY | 2.10 hours at | 525.00/hr | 1,102.50 |
| 10/10/13 | REVISE CASH COLLATERAL OBJECTION AND PROPOSED ORDER (4.1); RESEARCH AND REVIEW CASELAW AND STATUTORY LAW REGARDING SAME (1.6). JOSH GADHARF | 5.70 hours at | 310.00/hr | 1,767.00 |
| 10/11/13 | WORK WITH AGAY ON CASH COLLATERAL OBJECTION AND STRATEGY. SEAN D MALLOY | 0.50 hours at | 525.00/hr | 262.50 |

-$258.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/11/13 | REVIEW AND REVISE CASH COLLATERAL OBJECTION AND FINALIZE SAME. DAVID AGAY | 1.50 hours at | 525.00/hr | 787.50 |
| 10/11/13 | CONFERENCE WITH R. NEWMAN RE INITIAL DISCOVERY REQUESTS. MICAH E. MARCUS | 0.30 hours at | 485.00/hr | 145.50 |
| 10/11/13 | CONFERENCE WITH D. AGAY RE INITIAL DISCOVERY REQUESTS, POTENTIAL CROSS EXAMINATION AT HEARING ON CASH COLLATERAL. MICAH E. MARCUS | 0.20 hours at | 485.00/hr | 97.00 |
| 10/12/13 | RESEARCH AND REVIEW CASELAW REGARDING EQUITY CUSHION AND ADEQUATE PROTECTION. JOSH GADHARF | 0.80 hours at | 310.00/hr | 248.00 (2) -248.00 |
| 10/13/13 | EMAILS TO AND FROM AND TELEPHONE CALLS WITH J. GADHARF RE: OBJECTION TO CASH COLLATERAL MOTION (1.8); E-MAILS TO AND FROM D. AGAY AND D. REYNOLDS RE: SAME (.9); REVIEW AND REVISE DOCUMENTS, RE: SAME AND DRAFT FILLABLE ORDER (1.9); PREPARE DOCUMENT FOR FILING AND FILE SAME (1.0). DEBORAH G BARROW | 5.60 hours at | 240.00/hr | 1,344.00 |
| 10/13/13 | REVISE CASH COLLATERAL OBJECTION AND RELATED FILINGS AND PREPARE SAME FOR FILING. JOSH GADHARF | 1.70 hours at | 310.00/hr | 527.00 |
| 10/14/13 | SERVICE OF OBJECTION TO CASH COLLATERAL MOTION (.4); E-MAILS TO AND FROM J. GADHARF RE: SAME (.1). DEBORAH G BARROW | 0.50 hours at | 240.00/hr | 120.00 |
| 10/14/13 | DETAILED CORRESPONDENCE TO AGAY RE: CASH COLLATERAL ARGUMENT (.3). SEAN D MALLOY | 0.30 hours at | 525.00/hr | 157.50 |
| 10/14/13 | REVIEW DEBTOR'S RESPONSE TO CASH COLLATERAL OBJECTION. SCOTT N OPINCAR | 0.20 hours at | 500.00/hr | 100.00 |
| 10/14/13 | CALL WITH J. GADHARF RE: FOLLOW-UP RESEARCH (.3); FOLLOW-UP RESEARCH IN PREPARATION FOR 10/16 HEARING (1.7). DANIEL REYNOLDS | 2.00 hours at | 215.00/hr | 430.00 (4) -365.50 |

-$613.50

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/14/13 | TELEPHONE CONFERENCE WITH H. ADELMAN REGARDING CASH COLLATERAL OBJECTION (0.5); REVIEW PROPOSED CASH COLLATERAL ORDER FROM NEWKEY AND CORRESPONDENCE REGARDING SAME (0.8). DAVID AGAY | 1.30 hours at | 525.00/hr | 682.50 |
| 10/14/13 | RESEARCH AND REVIEW CASELAW AND STATUTORY LAW REGARDING ISSUES RELATED TO NEWKEY'S ATTEMPT TO OBTAIN DEFAULT INTEREST AND ATTORNEYS' FEES AS ADEQUATE PROTECTION (5.1); TELEPHONE CONFERENCES WITH MH TEAM REGARDING SAME (.4). JOSH GADHARF | 5.50 hours at | 310.00/hr | 1,705.00 |
| 10/14/13 | REVIEW, ANALYZE, OBJECTION RE CASH COLLATERAL MOTION (.7); DRAFT CROSS EXAM OF M. LOZIER RE OBJECTION TO CASH COLLATERAL MOTION (1.2). MICAH E. MARCUS | 1.90 hours at | 485.00/hr | 921.50 |
| 10/15/13 | REVIEW MULTIPLE CORRESPONDENCE REGARDING CASH COLLATERAL HEARING AND RESPOND TO SAME (1.3); REVIEW NEWKEY'S RESPONSE TO CASH COLLATERAL OBJECTION (0.7); RESEARCH AND PREPARE FOR CASH COLLATERAL HEARING AND REVIEW CASELAW REGARDING SAME (3.5). DAVID AGAY | 5.50 hours at | 525.00/hr | 2,887.50 |
| 10/15/13 | REVIEW AND ANALYZE NEWKEY'S PROOFS OF CLAIM, RESPONSE TO COMMITTEE'S CASH COLLATERAL OBJECTION AND OBJECTION TO BID AND SALE PROCEDURES MOTION (2.5); REVIEW AND ANALYZE SHEFFIECK DECLARATION REGARDING CASH COLLATERAL (.8). JOSH GADHARF | 3.30 hours at | 310.00/hr | 1,023.00 |
| 10/15/13 | CORRESPOND AND CONFERENCES WITH D. AGAY RE POTENTIAL CROSS EXAMINATION (.4); DRAFT, REVISE SAME (1.5); REVIEW LENDER'S CASH COLLATERAL RESPONSE (.7). MICAH E. MARCUS | 2.60 hours at | 485.00/hr | 1,261.00 |
| 10/16/13 | CORRESPONDENCE RE: HEARING ON CASH COLLATERAL (.2). SEAN D MALLOY | 0.20 hours at | 525.00/hr | 105.00 |
| 10/16/13 | REVIEW AND REVISE CASH COLLATERAL ORDER TO SUBMIT TO THE COURT (1.4); TELEPHONE CONFERENCE WITH S. MALLOY REGARDING SAME (0.3). DAVID AGAY | 1.70 hours at | 525.00/hr | 892.50 |

(2) -961.00

(4) -$1,837.50

-$2,798.50

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: UNEXPIRED LEASES/EXECUTORY CONTRACTS
38577-00004

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/09/13 | REVIEW WELLS FARGO MASTER LEASE DOCUMENTS AND SCHEDULES THERETO.<br>SCOTT N OPINCAR | 0.70 hours at | 500.00/hr | 350.00 |
| 10/09/13 | TELEPHONE CONFERENCE WITH H. ADELMAN REGARDING WF RAIL LEASE AND POTENTIAL SETTLEMENT REGARDING SAME.<br>DAVID AGAY | 0.60 hours at | 525.00/hr | 315.00 |
| 10/10/13 | WORK ON WELLS FARGO LEASE ISSUES AND POTENTIAL OBJECTIONS TO ITS ALLEGED SECURED CLAIM AND REVIEW OF LAW RELATED TO THE SAME.<br>SCOTT N OPINCAR | 2.50 hours at | 500.00/hr | 1,250.00 |
| 10/10/13 | REVIEW WELLS FARGO LEASE DOCUMENTS.<br>DAVID AGAY | 0.60 hours at | 525.00/hr | 315.00 |
| 10/11/13 | REVIEW PROOF OF CLAIM AND EXHIBITS ATTACHED THERETO FILED BY WELLS FARGO (.50); CALL WITH DEBTOR'S COUNSEL AND D. AGAY REGARDING WELLS FARGO'S MASTER EQUIPMENT LEASES AND SCHEDULES WITH THE DEBTOR (.80); WORK ON OBJECTION TO CLAIM AND DAMAGES CALACULATION (.50).<br>SCOTT N OPINCAR | 1.80 hours at | 500.00/hr | 900.00 |
| 10/11/13 | TELEPHONE CONFERENCE WITH H. ADELMAN, E. BUCK AND S. OPINCAR REGARDING WELLS FARGO RAILCAR CLAIM (0.8); REVIEW DOCUMENTS REGARDING SAME (0.7).<br>DAVID AGAY | 1.50 hours at | 525.00/hr | 787.50 |
| 10/14/13 | WORK ON OBJECTIONS TO WELLS FARGO'S MOTIONS AND CLAIM.<br>SCOTT N OPINCAR | 1.10 hours at | 500.00/hr | 550.00 (4) -550.00 |
| 10/15/13 | TELEPHONE CONFERENCE WITH D. AGAY REGARDING WELLS FARGO'S MOTIONS AND POTENTIAL OBJECTIONS TO THE SAME (.40); FURTHER WORK ON POTENTIAL OBJECTIONS (.30).<br>SCOTT N OPINCAR | 0.70 hours at | 500.00/hr | 350.00 |

$550.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/15/13 | TELEPHONE CONFERENCE WITH S. OPINCAR REGARDING WELLS FARGO MOTION AND LEASE ARRANGEMENTS (0.4); PREPARE FOR HEARING ON WELLS FARGO MOTIONS (0.1).<br>DAVID AGAY | 0.50 hours at | 525.00/hr | 262.50 |
| 10/16/13 | REVIEW WELLS FARGO BRIEFING SCHEDULE AND CALL WITH D. AGAY REGARDING OBJECTIONS TO THE MOTIONS.<br>SCOTT N OPINCAR | 0.20 hours at | 500.00/hr | 100.00 |
| 10/21/13 | REVIEW TOYOTA MASTER LEASE AND SCHEDULES.<br>SCOTT N OPINCAR | 0.60 hours at | 500.00/hr | 300.00 |
| 10/22/13 | CONFERENCE WITH D. REYNOLDS REGARDING RESEARCH OF LAW ON SPRINGING ATTACHMENTS OF SECURITY INTERESTS RELATED TO WELLS FARGO LEASES (.30); REVIEW WELLS FARGO LEASES AND CLAIM (.50); REVIEW MOTIONS FOR RELIEF FROM STAY AND TO COMPEL ASSUMPTION OR REJECTION OF LEASES (.60).<br>SCOTT N OPINCAR | 1.40 hours at | 500.00/hr | 700.00 |
| 10/22/13 | MEET WITH OPINCAR RE: WELLS FARGO (.3); REVIEW WELLS FARGO MOTION TO COMPEL AND CORRESPONDENCE (.7); <RESEARCH FOR OBJECTION (3.8)><br>DANIEL REYNOLDS | 4.80 hours at | 215.00/hr | 1,032.00 (4) -817.00 |
| 10/23/13 | WORK ON WELLS FARGO SETTLEMENT AND OBJECTION TO THE MOTIONS.<br>SCOTT N OPINCAR | 0.40 hours at | 500.00/hr | 200.00 |
| 10/23/13 | <RESEARCH OBJECTION TO WELLS FARGO MOTION TO COMPEL (2.9)>; DRAFT SAME (2.3).<br>DANIEL REYNOLDS | 5.20 hours at | 215.00/hr | 1,118.00 (4) -623.50 |
| 10/23/13 | REVIEW DEBTOR'S DRAFT SETTLEMENT LETTER TO WELLS FARGO (0.4); CORRESPONDENCE TO TEAM REGARDING SAME (0.2); REVIEW WELLS FARGO PROOF OF CLAIM (0.6).<br>DAVID AGAY | 1.20 hours at | 525.00/hr | 630.00 |
| 10/24/13 | WORK ON WELLS FARGO OBJECTION WITH D. REYNOLDS AND CALL WITH DEBTOR'S COUNSEL REGARDING THE SAME (.30); REVIEW WELLS FARGO FORKLIFT DOCUMENTS (.20).<br>SCOTT N OPINCAR | 1.00 hours at | 500.00/hr | 500.00 |
| 10/24/13 | DRAFT OBJECTION TO WELLS FARGO MOTION TO COMPEL (5.1); RESEARCH CASUALTY CLAIM (.6).<br>DANIEL REYNOLDS | 5.70 hours at | 215.00/hr | 1,225.50 |

-$1,440.50

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/25/13 | REVIEW E-MAIL FROM D. REYNOLDS RE: OBJECTION TO WELLS FARGO MOTION (.1); REVIEW SAME PER INSTRUCTIONS FROM D. REYNOLDS (.3); E-MAIL REVISED VERSION TO D. AGAY, S. OPINCAR, S. MALLOY, AND D. REYNOLDS (.1). DEBORAH G BARROW | 0.50 hours at | 240.00/hr | 120.00 |
| 10/25/13 | DRAFT WELLS FARGO OBJECTION. SCOTT N OPINCAR | 0.50 hours at | 500.00/hr | 250.00 |
| 10/25/13 | DRAFT WELLS FARGO OBJECTION (2.9); REVIEW TOYOTA OBJECTION AND EXHIBITS (1.0); RESEARCH TOYOTA MOTION (3.3). DANIEL REYNOLDS | 7.20 hours at | 215.00/hr | 1,548.00 (4) -709.50 |
| 10/25/13 | REVIEW DRAFT OBJECTION TO WELLS FARGO MOTIONS (0.4); CORRESPONDENCE WITH D. REYNOLDS REGARDING SAME (0.2). DAVID AGAY | 0.60 hours at | 525.00/hr | 315.00 |
| 10/27/13 | REVISE OBJECTION TO WELLS FARGO MOTION TO COMPEL. DANIEL REYNOLDS | 1.00 hours at | 215.00/hr | 215.00 |
| 10/28/13 | WORK ON WELLS FARGO SETTLEMENT AND REVIEW OF TOYOTA ALLEGED SECURITY INTERESTS. SCOTT N OPINCAR | 0.50 hours at | 500.00/hr | 250.00 |
| 10/28/13 | REVISE OBJECTION TO WELLS FARGO MOTION TO COMPEL (1.9); RESEARCH TOYOTA SEVERABILITY ISSUES (2.2). DANIEL REYNOLDS | 4.10 hours at | 215.00/hr | 881.50 |
| 10/29/13 | WORK ON TOYOTA LEASE AND RELIEF FROM STAY ISSUES AND CALL WITH DEBTOR'S COUNSEL REGARDING THE SAME. SCOTT N OPINCAR | 0.50 hours at | 500.00/hr | 250.00 |
| 10/29/13 | DRAFT EMAIL TO DEBTOR'S COUNSEL RE: TOYOTA (.2); MEET TOYOTA MOTION WITH OPINCAR RE: SAME (.2); RESEARCH OBJECTION (.5). DANIEL REYNOLDS | 0.90 hours at | 215.00/hr | 193.50 |
| 10/30/13 | WORK ON TOYOTA FORKLIFT LEASES AND OBJECTION TO MOTION FOR RELIEF FROM STAY. SCOTT N OPINCAR | 1.00 hours at | 500.00/hr | 500.00 |
| 10/30/13 | RESEARCH OBJECTION DEADLINES RE: TOYOTA (.7). DANIEL REYNOLDS | 0.70 hours at | 215.00/hr | 150.50 (2) -129.00 |
| | TOTAL FEES FOR MATTER: 38577-00004 | | | $15,559.00 |

-$838.50

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: DISPOSITION OF ASSETS
38577-00006

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/06/13 | DETAILED REVIEW AND ANALYSIS OF BID PROCEDURES AND CORRESPONDENCE TO AGAY RE: SAME (1.1); BRIEF CORRESPONDENCE TO ADELMAN RE: PROCEDURES (.1). SEAN D MALLOY | 1.20 hours at | 525.00/hr | 630.00 |
| 10/08/13 | REVISE BID PROCEDURES ORDER AND BID PROCEDURES. DAVID AGAY | 1.10 hours at | 525.00/hr | 577.50 |
| 10/08/13 | REVIEW AND ANALYZE DEBTOR'S FIRST DAY MOTIONS AND PROPOSED ORDERS. JOSH GADHARF | 2.00 hours at | 310.00/hr | 620.00 (4) -620.00 |
| 10/09/13 | REVIEW AND EDIT PROPOSED BID PROCEDURES ORDER (.5); CORRESPONDENCE TO WORKING GROUP RE: SAME (.2); WORK ON DISPUTED BID PROCEDURE ISSUES (.2). SEAN D MALLOY | 0.90 hours at | 525.00/hr | 472.50 |
| 10/09/13 | DRAFT BID PROCEDURES OBJECTION INCLUDING RESEARCH (3.3); CALLS WITH AGAY RE: SAME (.2). DANIEL REYNOLDS | 3.50 hours at | 215.00/hr | 752.50 |
| 10/09/13 | REVIEW AND ANALYZE PROPOSED AMENDMENTS TO BID PROCEDURES ORDERS AND BID PROCEDURES. JOSH GADHARF | 1.40 hours at | 310.00/hr | 434.00 |
| 10/10/13 | DRAFT BID PROCEDURES OBJECTION. DANIEL REYNOLDS | 4.30 hours at | 215.00/hr | 924.50 |
| 10/10/13 | (SALE) REVIEW AND REVISE OBJECTION TO BID PROCEDURES. DAVID AGAY | 0.80 hours at | 525.00/hr | 420.00 |
| 10/11/13 | DRAFT AND FINAILZE BID PROCEDURES OBJECTION. DANIEL REYNOLDS | 3.70 hours at | 215.00/hr | 795.50 |
| 10/11/13 | (SALE) REVIEW, REVISE AND CORRESPONDENCE REGARDING SALE/BID PROCEDURES OBJECTION. DAVID AGAY | 0.40 hours at | 525.00/hr | 210.00 |
| 10/12/13 | DRAFT AND REVISE BID PROCEDURES AND CASH COLLATERAL OBJECTIONS. | | | |

-$620.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | DANIEL REYNOLDS | 3.00 hours at | 215.00/hr | 645.00 |
| 10/12/13 | REVISE BID PROCEDURES OBJECTION. JOSH GADHARF | 0.60 hours at | 310.00/hr | 186.00 |
| 10/13/13 | E-MAILS TO AND FROM AND TELEPHONE CALLS WITH J. GADHARF RE: OBJECTION TO SALE MOTION (1.1); E-MAILS TO AND FROM D. AGAY AND D. REYNOLDS RE: SAME (.5); REVIEW AND REVISE DOCUMENTS RE: SAME AND DRAFT FILLABLE ORDER (1.6); PREPARE DOCUMENT FOR FILING AND FILE SAME (1.0). DEBORAH G BARROW | 4.20 hours at | 240.00/hr | 1,008.00 |
| 10/13/13 | FINALIZE BID PROCEDURES AND CASH COLLATERAL OBJECTIONS FOR FILING. DANIEL REYNOLDS | 2.50 hours at | 215.00/hr | 537.50 |
| 10/13/13 | REVISE BID PROCEDURES OBJECTION AND RELATED FILINGS AND PREPARE SAME FOR FILING. JOSH GADHARF | 2.30 hours at | 310.00/hr | 713.00 |
| 10/14/13 | SERVICE OF OBJECTION TO BID PROCEDURES MOTION. DEBORAH G BARROW | 0.30 hours at | 240.00/hr | 72.00 -72.00 |
| 10/14/13 | REVIEW AND REVISE COMMITTEE NDA (0.2); FOLLOW-UP WITH COMMITTEE AND CIRCULATE SAME (0.3). DAVID AGAY | 0.50 hours at | 525.00/hr | 262.50 |
| 10/15/13 | REVIEW BID PROCEDURES MOTION IN CONNECTION WITH PAYMENTS TO NEWKEY AS A SECURED LENDER. SCOTT N OPINCAR | 0.80 hours at | 500.00/hr | 400.00 |
| 10/15/13 | REVIEW NEW KEYWELL OBJECTIONS (1.5); ATTENTION TO HEARING DEADLINES (.5). DANIEL REYNOLDS | 2.00 hours at | 215.00/hr | 430.00 |
| 10/15/13 | TELEPHONE CONFERENCE WITH H. ADELMAN REGARDING BID PROCEDURES AND SALE PROCESS (0.3); REVIEW NEWKEY'S OBJECTION TO BID PROCEDURES (0.6); TELEPHONE CONFERENCE WITH H. ADELMAN AND STALKING HORSE BIDDER REGARDING MODIFICATION TO BID PROCEDURES (0.4). DAVID AGAY | 1.30 hours at | 525.00/hr | 682.50 |
| 10/16/13 | REVIEW AND REVISE SALE ORDER TO SUBMIT TO THE COURT AND CORRESPONDENCE REGARDING SAME. DAVID AGAY | 0.90 hours at | 525.00/hr | 472.50 |

-$72.00



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/18/13 | REVIEW REVISED BID PROCEDURES, ORDER AND NOTICES (0.9); CORRESPONDENCE AND FOLLOW-UP REGARDING SAME (0.3). DAVID AGAY | 1.20 hours at | 525.00/hr | 630.00 |
| 10/21/13 | REVIEW CIM FOR MARKETING PROCESS (0.5); CORRESPONDENCE REGARDING SAME (0.2). DAVID AGAY | 0.70 hours at | 525.00/hr | 367.50 |
| 10/21/13 | REVIEW AND ANALYZE FINAL BID PROCEDURES ORDER AND TOYOTA MOTOR CREDIT'S MOTION TO COMPEL ASSUMPTION/REJECTION OR FOR STAY RELIEF. JOSH GADHARF | 0.70 hours at | 310.00/hr | 217.00 |
| 10/22/13 | WORK ON SALE ISSUES AND REVIEW COMPETING PARTY LIST. SEAN D MALLOY | 0.10 hours at | 525.00/hr | 52.50 |
| 10/22/13 | REVIEW AND ANALYZE KEYWELL CIM. JOSH GADHARF | 0.50 hours at | 310.00/hr | 155.00 |
| 10/23/13 | REVIEW EUREKA CIM. DAVID AGAY | 0.30 hours at | 525.00/hr | 157.50 |
| 10/29/13 | WORK ON MATTERS RELATED TO SALE PROCESS. SEAN D MALLOY | 0.50 hours at | 525.00/hr | 262.50 |
| 10/31/13 | MEET WITH FEDER RE: POTENTIAL BIDDER. SEAN D MALLOY | 0.10 hours at | 525.00/hr | 52.50 |
| 10/31/13 | CORRESPOND WITH D. AGAY AND R. NEWMAN RE STATUS OF SALES PROCESS. MICAH E. MARCUS | 0.20 hours at | 485.00/hr | 97.00 |
| | TOTAL FEES FOR MATTER: 38577-00006 | | | $13,237.00 |

Bid Pro. Objection

26.7 hrs, $6,626 = $248/hr

(2) unreasonable time
10 hrs @ $248 (avg. rate) = $2,480

= $4,146 deduction

-$4,146.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: HEARINGS
38577-00012

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/14/13 | REVIEW AND ANALYZE FIRST DAY MOTIONS IN PREPARATION FOR 10/16 HEARING. JOSH GADHARF | 0.70 hours at | 310.00/hr | 217.00 |
| 10/15/13 | PREPARE FOR HEARING ON CASH COLLATERAL AND BID PROCEDURES. JOSH GADHARF | 1.20 hours at | 310.00/hr | 372.00 (4) -372.00 |
| 10/16/13 | PREPARE FOR AND REPRESENT COMMITTEE AT HEARING ON SEVERAL MOTIONS, INCLUDING BID PROCEDURES AND CASH COLLATERAL. DAVID AGAY | 3.50 hours at | 525.00/hr | 1,837.50 |
| 10/16/13 | PREPARE FOR AND ATTEND HEARING ON FIRST DAY MOTIONS. JOSH GADHARF | 2.00 hours at | 310.00/hr | 620.00 |
| | TOTAL FEES FOR MATTER: 38577-00012 | | | $ 3,046.50 |

-$372.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: DEBTOR COMMUNICATIONS
38577-00014

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/04/13 | CONFERENCE CALL WITH ADELMAN, BUCK AND AGAY RE: KEY INITIAL ISSUES AND DEBTOR'S PERSPECTIVE ON CASE (.8). mismatch<br>SEAN D MALLOY | 1.20 hours at | 525.00/hr | 630.00 $-210.00 |
| 10/08/13 | WORK ON ISSUES FOR IN-PERSON MEETING WITH DEBTOR AND PROFESSIONALS (.5).<br>SEAN D MALLOY | 0.50 hours at | 525.00/hr | 262.50 |
| 10/09/13 | REVIEW AGENDA, SALE MATTERS, AND VARIOUS FILED DOCUMENTS IN PREPARATION FOR MEETING WITH DEBTOR MANAGEMENT AND PROFESSIONALS (1.3); CORRESPONDENCE WITH A&M RE: SAME (.1).<br>SEAN D MALLOY | 1.40 hours at | 525.00/hr | 735.00 |
| 10/10/13 | WORK WITH AGAY AND PREPARE FOR IN-PERSON MEETING WITH DEBTOR AND DEBTOR PROFESSIONALS (.5); ATTEND DEBTOR MEETING (4.0).<br>SEAN D MALLOY | 4.50 hours at | 525.00/hr | 2,362.50 |
| 10/10/13 | LENGTHY MEETING WITH KEYWELL PRINCIPALS AND ADVISORS REGARDING SALE PROCESS, CASH COLLATERAL AND VARIOUS ISSUES RELATING TO THE BANKRUPTCY CASE.<br>DAVID AGAY | 4.50 hours at | 525.00/hr | 2,362.50 |
| 10/15/13 | PREPARE FOR AND TELEPHONE CONFERENCES WITH DEBTOR'S COUNSEL REGARDING EUREKA RETENTION TERMS.<br>JOSH GADHARF | 0.80 hours at | 310.00/hr | 248.00 |
| 10/24/13 | REPRESENT COMMITTEE AT 341 MEETING AND POST-MEETING WITH DEBTOR REPRESENTATIVES.<br>DAVID AGAY | 1.50 hours at | 525.00/hr | 787.50 |
| 10/25/13 | PREPARATION FOR IN-PERSON MEETING WITH DEBTOR AND COMMITTEE MEMBERS (1.1).<br>SEAN D MALLOY | 1.10 hours at | 525.00/hr | 577.50 |
| 10/28/13 | MEETING IN CHICAGO WITH COMMITTEE, DEBTOR, AND DEBTOR PROFESSIONALS.<br>SEAN D MALLOY | 2.70 hours at | 525.00/hr | 1,417.50 |

-$210.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: CREDITOR COMMITTEE INVESTIGATION
38577-00018

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/04/13 | CONFERENCES WITH D. AGAY RE CASE STRATEGY.<br>MICAH E. MARCUS | 0.20 hours at | 485.00/hr | 97.00 |
| 10/07/13 | WORK WITH OPINCAR AND AGAY RE: ISSUES FOR LIEN INVESTIGATION.<br>SEAN D MALLOY | 0.30 hours at | 525.00/hr | 157.50 |
| 10/07/13 | WORKING GROUP CALL RE: OPEN ISSUES, DIVISION OF RESPONSIBILITY, AND NEXT STEPS (.8); WORK WITH AGAY ON VARIOUS OPEN ISSUES (.4).<br>SEAN D MALLOY | 1.20 hours at | 525.00/hr | 630.00 (4) -210.00 |
| 10/07/13 | WORK ON LIEN INVESTIGATION AND UCC-1 FINANCING STATEMENTS AND STB FILINGS REGARDING ROLLING STOCK.<br>SCOTT N OPINCAR | 1.20 hours at | 500.00/hr | 600.00 |
| 10/07/13 | RESEARCH REGARDING LEGAL THEORIES AND ISSUES IN CONNECTION WITH COMMITTEE INVESTIGATION.<br>MARC I. GOLDSAND | 3.30 hours at | 335.00/hr | 1,105.50 (4) -1,105.50 |
| 10/07/13 | CONFERENCE WITH D. AGAY AND RESTRUCTURING TEAM RE KEYWELL BACKGROUND AND STRATEGY.<br>MICAH E. MARCUS | 0.80 hours at | 485.00/hr | 388.00 |
| 10/08/13 | INVESTIGATE LIEN PERFECTION ISSUES.<br>SCOTT N OPINCAR | 0.50 hours at | 500.00/hr | 250.00 |
| 10/08/13 | RESEARCH REGARDING LEGAL THEORIES AND ISSUES IN CONNECTION WITH COMMITTEE INVESTIGATION.<br>MARC I. GOLDSAND | 4.00 hours at | 335.00/hr | 1,340.00 |
| 10/08/13 | CORRESPOND AND CONFERENCE WITH D. AGAY RE POTENTIAL LIEN INFIRMITIES (.3); REVIEW RESEARCH RE SAME (.2).<br>MICAH E. MARCUS | 0.50 hours at | 485.00/hr | 242.50 |
| 10/10/13 | CONFERENCE WITH D. AGAY RE CLAIMS INVESTIGATION.<br>MICAH E. MARCUS | 0.30 hours at | 485.00/hr | 145.50 |
| 10/10/13 | REVIEW SOFAS.<br>MICAH E. MARCUS | 1.00 hours at | 485.00/hr | 485.00 |

-$1,215.50

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/10/13 | ANALYZE, DRAFT INFORMAL DISCOVEY REQUESTS TO DEBTORS RE POTENTIAL ESTATE CLAIMS.<br>MICAH E. MARCUS | 1.80 hours at | 485.00/hr | 873.00 |
| 10/10/13 | CORRESPOND WITH D. AGAY RE SAME.<br>MICAH E. MARCUS | 0.20 hours at | 485.00/hr | 97.00 |
| 10/10/13 | CORRESPOND WITH FINANCIAL ADVISORS RE INVESTIGATION.<br>MICAH E. MARCUS | 0.20 hours at | 485.00/hr | 97.00 |
| 10/11/13 | ANALYZE PLEADINGS AND POTENTIAL DISCOVERY ISSUES REGARDING DEBTOR'S ASSETS AND ESTATE.<br>MICAH E. MARCUS | 1.50 hours at | 485.00/hr | 727.50 |
| 10/14/13 | REVIEW INVESTIGATION REQUEST AND CORRESPONDENCE TO MARCUS RE: SAME.<br>SEAN D MALLOY | 0.30 hours at | 525.00/hr | 157.50 |
| 10/14/13 | RESEARCH REGARDING LEGAL THEORIES AND ISSUES IN CONNECTION WITH COMMITTEE INVESTIGATION.<br>MARC I. GOLDSAND | 4.00 hours at | 335.00/hr | 1,340.00 (4) -1,340.00 |
| 10/14/13 | CORRESPOND WITH S. MALLOY AND D. AGAY RE DRAFT DISCOVERY REQUEST TO DEBTOR (.3); REVIEW, EDIT, REVISE SAME (.5).<br>MICAH E. MARCUS | 0.50 hours at | 485.00/hr | 242.50 |
| 10/15/13 | REVIEW DISCOVERY REQUESTS AND EMAILS RELATED TO THE SAME.<br>SCOTT N OPINCAR | 0.30 hours at | 500.00/hr | 150.00 |
| 10/15/13 | REVIEW AND COMMENT ON KEYWELL DOCUMENT REQUESTS.<br>DAVID AGAY | 0.60 hours at | 525.00/hr | 315.00 |
| 10/15/13 | REVIEW CORRESPONDENCE RE POTENTIAL TOPICS (.3); DRAFT, REVISE DISCOVERY REQUEST TO DEBTOR (.4).<br>MICAH E. MARCUS | 0.70 hours at | 485.00/hr | 339.50 |
| 10/16/13 | DRAFT AND CIRCULATE EMAIL CORRESPONDENCE TO THE COMMITTEE REGARDING OUTCOME OF HEARING (0.7); REVIEW AND REVISE COMMITTEE NDA AND CORRESPONDENCE REGARDING SAME (0.5).<br>DAVID AGAY | 1.20 hours at | 525.00/hr | 630.00 |
| 10/16/13 | REVIEW AND REVISE REQUESTS FOR INFORMATION FROM DEBTOR. | | | |

-$1,340.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | JOSH GADHARF | 2.20 hours at | 310.00/hr | 682.00 |
| 10/17/13 | REVISION OF DISCOVERY REQUESTS (.40); CALL WITH M. MICAH RELATED TO THE SAME (.20); WORK ON LIEN SEARCH REVIEW AND STB FILINGS RELATED TO RAILCARS (.90). SCOTT N OPINCAR | 1.50 hours at | 500.00/hr | 750.00 |
| 10/17/13 | REVIEW AND COMMENT ON DOCUMENT PRODUCTION REQUEST (0.5); CORRESPONDENCE REGARDING SAME (0.2). DAVID AGAY | 0.70 hours at | 525.00/hr | 367.50 |
| 10/17/13 | TELEPHONE CONFERENCE WITH D. AGAY REGARDING LEGAL RESEARCH THEORIES AND ISSUES IN CONNECTION WITH COMMITTEE INVESTIGATION. MARC I. GOLDSAND | 0.20 hours at | 335.00/hr | 67.00 (4) -67.00 |
| 10/17/13 | EDIT, REVISE, FINALIZE DISCOVERY REQUESTS (1.0); CONFERENCE AND CORRESPOND WITH D. AGAY AND RESTRUCTURING TEAM RE SAME (.4); CORRESPOND WITH COUNSEL FOR DEBTOR AND LENDER RE SAME (.3). MICAH E. MARCUS | 1.70 hours at | 485.00/hr | 824.50 |
| 10/20/13 | CORRESPOND WITH COUNSEL FOR LENDERS, DEBTOR AND D. AGAY RE DISCOVERY SEARCH TERMS. MICAH E. MARCUS | 0.30 hours at | 485.00/hr | 145.50 |
| 10/21/13 | REVIEW SERACH TERMS FOR EMAIL DISCOVERY (.20); CALL WITH D. AGAY AND M. MICAH REGARDING SAME (.40). SCOTT N OPINCAR | 0.60 hours at | 500.00/hr | 300.00 |
| 10/21/13 | RESEARCH REGARDING LEGAL THEORIES AND ISSUES IN CONNECTION WITH COMMITTEE INVESTIGATION. MARC I. GOLDSAND | 2.50 hours at | 335.00/hr | 837.50 (4) -837.50 |
| 10/21/13 | ANALYZE, DRAFT ELECTRONIC SEARCH TERMS RE INVESTIGATION DISCOVERY (1.1); CORRESPOND WITH D. AGAY AND S. MALLOY RE SAME (.3); CONFERENCE WITH T. BANICH RE DOCUMENT PRODUCTION AND SEARCH TERMS (.2); CONFERENCE WITH T. BANICH AND J. GOODMAN RE SAME (.3). MICAH E. MARCUS | 1.90 hours at | 485.00/hr | 921.50 |
| 10/21/13 | CONFERENCE WITH D. AGAY, S. OMALLEY AND S. OPINCAR RE CASE STATUS AND STRATEGY. MICAH E. MARCUS | 1.00 hours at | 485.00/hr | 485.00 |

-$904.50

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/22/13 | INTERNAL CONFERENCE WITH ATTORNEY OPINCAR (.2); RESEARCH REGARDING SEARCH OF RECORDS TO DETERMINE OWNERSHIP OF RAILCARS AND REGISTRATION OF LIENS (1.4); TELEPHONE CONFERENCES WITH CT CORPORATION PERSONNEL REGARDING SEARCHES OF RECORDS TO DETERMINE OWNERSHIP AND LIENS ON RAIL CARS (.2). MONICA R MORENO | 1.80 hours at | 225.00/hr | 405.00 |
| 10/22/13 | WORK ON LIEN INVESTIGATION (1.5); REVIEW DRAFT 502(D) ORDER (.20). SCOTT N OPINCAR | 1.70 hours at | 500.00/hr | 850.00 |
| 10/22/13 | REVIEW WARN DOCUMENTS (.7); CONSULTATION WITH MR. AGAY RE WARN ISSUES (.2). MIRIAM ROSEN | 0.90 hours at | 420.00/hr | 378.00 |
| 10/22/13 | LENGTHY AND DETAILED REVIEW OF RESEARCH ON POTENTIAL NEWKEY CLAIMS (2.0); FOLLOW-UP CORRESPONDENCE REGARDING SAME (0.4). DAVID AGAY | 2.40 hours at | 525.00/hr | 1,260.00 |
| 10/22/13 | CONTINUED RESEARCH REGARDING LEGAL THEORIES AND ISSUES IN CONNECTION WITH COMMITTEE INVESTIGATION. MARC I. GOLDSAND | 5.00 hours at | 335.00/hr | 1,675.00 |
| 10/22/13 | REVIEW AND REVISE E-DISCOVERY SEARCH TERM LIST TO INCLUDE SEARCH TERMS DESIRED FROM RESEARCH. MARC I. GOLDSAND | 0.60 hours at | 335.00/hr | 201.00 |
| 10/22/13 | CORRESPOND WITH D. AGAY AND M. GOLDSAND RE RESEARCH (.3); CONFERENCE WITH M. GOLDSAND RE SAME (.2). MICAH E. MARCUS | 0.50 hours at | 485.00/hr | 242.50 |
| 10/23/13 | FOLLOW-UP TELEPHONE CONFERENCE WITH CT PERSONNEL REGARDING SURFACE TRANSPORTATION BOARD SEARCHES (.1); FOLLOW-UP E-MAIL AND TELEPHONE CONFERENCE WITH ATTORNEY OPINCAR REGARDING STATUS (.2); REVIEW AND SUMMARIZE UCC SEARCH RESULTS (3.0). MONICA R MORENO | 3.30 hours at | 225.00/hr | 742.50 |
| 10/23/13 | WORK WITH M. MARCUS ON DISCOVERY (.30); WORK WITH M. MORENO ON REAL ESTATE LIEN SEARCHES AND SURFACE TRANSPORTATION BOARD SEARCHES (.30). SCOTT N OPINCAR | 0.60 hours at | 500.00/hr | 300.00 |

(4) -1,675.00

-$1,675.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/23/13 | REVIEW RESEARCH REGARDING RECHARACTERIZATION CLAIMS AND CORRESPONDENCE REGARDING SAME (0.7); REVIEW SPREADSHEET REGARDING NEWKEY LOANS AND SHARES AND CORRESPONDENCE TO TEAM REGARDING SAME (0.7); TELEPHONE CONFERENCE WITH M. GOLDSAND REGARDING RESEARCH (0.2); REVIEW PROPOSED ENGAGEMENT LETTER FROM DOCUMENT VENDOR (0.5); REVIEW PROTECTIVE STIPULATION AND ORDER REGARDING DISCOVERY AND CORRESPONDENCE REGARDING SAME (0.4). DAVID AGAY | 2.50 hours at | 525.00/hr | 1,312.50 |
| 10/23/13 | REVISIONS TO DISCOVERY TERM LIST BASED ON DISCOVERY RESEARCH. MARC I. GOLDSAND | 1.50 hours at | 335.00/hr | 502.50 |
| 10/23/13 | FURTHER RESEARCH REGARDING LEGAL THEORIES AND ISSUES IN CONNECTION WITH COMMITTEE INVESTIGATION. MARC I. GOLDSAND | 1.50 hours at | 335.00/hr | 502.50 (4) -502.50 |
| 10/23/13 | REVIEW AND FAMILIARIZE WITH CONVERTIBLE NOTES; RESEARCH REGARDING LEGAL THEORIES AND ISSUES IN CONNECTION WITH COMMITTEE INVESTIGATION. MARC I. GOLDSAND | 2.00 hours at | 335.00/hr | 670.00 |
| 10/23/13 | SUPPLEMENT RESEARCH. MARC I. GOLDSAND | 0.50 hours at | 335.00/hr | 167.50 (4) -167.50 |
| 10/23/13 | CORRESPOND WITH DEBTOR RE RETENTION OF FORENSIC RECOVERY FIRM (.2); REVIEW, ANALYZE SCOPE OF ELECTRONIC SEARCH (.4); REVIEW DRAFT RETENTION AGREEMENT RE FORENSIC RECOVERY GROUP (.3); CORRESPND WITH S. TOWBIN RE DISCOVERY PROCESS (.1). MICAH E. MARCUS | 1.00 hours at | 485.00/hr | 485.00 |
| 10/24/13 | REVIEW OF SCHEDULE REGARDING REAL PROPERTY (0.2); PRELIMINARY RESEARCH REGARDING SITE INFORMATION (0.7); CORRESPONDING WITH TITLE COMPANY REPRESENTATIVE REGARDING SEARCH REQUEST (0.3). J. PATRICIA MASSEY | 1.20 hours at | 220.00/hr | 264.00 |
| 10/24/13 | CORRESPONDENCE TO MARCUS RE: DISCOVERY AND TIMING ISSUES. SEAN D MALLOY | 0.20 hours at | 525.00/hr | 105.00 |

-$670.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| | J. PATRICIA MASSEY | 0.20 hours at | 220.00/hr | 44.00 |
| 10/28/13 | CONTINUE REVIEWING AND SUMMARIZING RESULTS OF SURFACE TRANSPORTATION BOARD SEARCH (1.2); ATTENTION TO TOYOTA MOTOR CREDIT UCC FILINGS (.2). | | | |
| | MONICA R MORENO | 1.40 hours at | 225.00/hr | 315.00 |
| 10/28/13 | CONFERENCE WITH D. AGAY RE DISCOVERY PROCESS (.3); REVIEW PROTECTIVE ORDER AND CORRESPOND WITH J. GOODMAN RE SAME (.4); CONFERENCE WITH RR DONNELY RE COPYING OF PRODUCTION MATERIALS (.3); CORRESPOND WITH J. GOODMAN RE DOCUMENT COLLECTION PROCESS (.3); DOCUMENT COLLECTION AND TRAVEL TO KEYWELL RE SAME (3.0); CORRESPOND WITH J. GOODMAN RE DISCOVERY ISSUES (.3); CONFERENCE WITH K. REZEK RE SAME (.2). | | | |
| | MICAH E. MARCUS | 4.80 hours at | 485.00/hr | 2,328.00 |
| 10/29/13 | TELECONFERENCE WITH D. AGAY AND J. GHADARF; RESEARCH REGARDING NEW FACTS AND FACTORS AS TO RESEARCH. | | | |
| | MARC I. GOLDSAND | 1.00 hours at | 335.00/hr | 335.00 |
| 10/29/13 | RESEARCH REGARDING LEGAL THEORIES AND ISSUES IN CONNECTION WITH COMMITTEE INVESTIGATION. | | | |
| | MARC I. GOLDSAND | 0.50 hours at | 335.00/hr | 167.50 |
| 10/29/13 | CORRESPOND WITH T. BANICH RE PROPOSED PROTECTIVE ORDER (.2); ATTEND HEARING ON MOTION FOR 502(D) ORDER (1.0); CORRESPOND AND CONFERENCES WITH VENDOR RE DOCUMENT COLLECTION (.3); REVIEW RESEARCH RE POTENTIAL CLAIMS (1.4); CORRESPOND WITH J. GOODMAN RE DOCUMENT COLLECTION AND REVIEW PROCESS (.3). | | | (4) -679.00 |
| | MICAH E. MARCUS | 3.20 hours at | 485.00/hr | 1,552.00 |
| 10/30/13 | WORK ON LIEN INVESTIGATION AND LOAN DOCUMENT REVIEW. | | | |
| | SCOTT N OPINCAR | 2.00 hours at | 500.00/hr | 1,000.00 |
| 10/30/13 | TELEPHONE CONFERENCE WITH VENDOR REGARDING COLLECTION AND PRODUCTION FORMAT FOR PAPER DOCUMENTS (.3); TELEPHONE CONFERENCE WITH MICAH MARCUS REGARDING REVIEW OF ELECTRONIC DATA PRODUCTION (.2); TELEPHONE CONFERENCE WITH VENDOR REGARDING COLLECTION OF ELECTRONIC DATA(.5). | | | |
| | KATHY REZEK | 1.00 hours at | 200.00/hr | 200.00 |

– $679.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/30/13 | ALL HANDS TELEPHONE CONFERENCE TO DISCUSS STRATEGY FOR INVESTIGATION INTO NATURE OF CLAIMED SECURED LOANS FROM NEWKEY. JAYSON RUFF | 0.20 hours at | 340.00/hr | 68.00 |
| 10/30/13 | RECEIVE AND REVIEW MEMO FROM MICAH MARCUS ON LOAN TRANSACTIONS BETWEEN DEBTOR AND NEWKEY. JAYSON RUFF | 0.20 hours at | 340.00/hr | 68.00 |
| 10/30/13 | RECEIVE AND REVIEW OBJECTION TO CASH COLLATERAL AND FINAL DIP ORDER IN PREPARATION FOR MEETING ON DOCUMENT REVIEW STRATEGY TO INVESTIGATE LOAN TRANSACTION WITH NEWKEY. JAYSON RUFF | 0.30 hours at | 340.00/hr | 102.00 |
| 10/30/13 | PULL CASES CITED IN ARTICLE FOR MR. MARCUS. LESLIE BURRELL | 1.00 hours at | 225.00/hr | 225.00 (4) -225.00 |
| 10/30/13 | PARTICIPATE IN GROUP CALL (.2); REVIEW MEMORANDUM, CASH COLLATERAL MOTION, OBJECTION THERETO AND FINAL ORDER RE: USE OF CASH COLLATERAL (.8). JOHN A POLINKO | 1.00 hours at | 320.00/hr | 320.00 |
| 10/30/13 | REVIEW DOCUMENT REVIEW MEMO (.3); TELEPHONE CALL RE: DOCUMENT REVIEW (.3). DANIEL REYNOLDS | 0.60 hours at | 215.00/hr | 129.00 |
| 10/30/13 | REVIEW DUE DILIGENCE MEMO (0.5); CORRESPONDENCE WITH M. MARCUS REGARDING POTENTIAL ACTIONS (0.2). DAVID AGAY | 0.70 hours at | 525.00/hr | 367.50 |
| 10/30/13 | PREPARE SECTIONS OF MEMO IN PREPARATION OF DISCOVERY CONFERENCE CALL. MARC I. GOLDSAND | 1.00 hours at | 335.00/hr | 335.00 |
| 10/30/13 | PREPARE FOR AND ATTEND TELECONFERENCE WITH DOCUMENT REVIEW TEAM AHEAD OF AND IN PREPARATION FOR E-DISCOVERY DOCUMENT REVIEW TO DISCUSS ISSUES, STRATEGY, AND GOALS. MARC I. GOLDSAND | 0.40 hours at | 335.00/hr | 134.00 |

$225.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/30/13 | CORRESPOND WITH K. REZEK AND W. LINDOW RE DOCUMENT COLLECTION AND PROCESSING (.5); COORDINATE REVIEW PROCESS AND TEAM (.3); CORRESPOND WITH DEBTOR AND LENDER RE INTERVIEW PROCESS (.3); REVIEW DOCUMENTS (2.5); CONFERENCES WITH S. OPINCAR RE LIEN ANALYSIS (.3); CONFERENCE WITH J. GOODMAN RE DOCUMENT REVIEW (.2); CORRESPOND AND CONFERENCES WITH J. GADHARF RE DOCUMENT REVIEW OUTLINE (.3); REVIEW, REVISE DOCUMENT REVIEW MEMORANDUM (.5); RESEARCH RE POTENTIAL CLAIMS (1.4); PREPARATION FOR AND CONFERENCE WITH REVIEW TEAM RE DOCUMENT REVIEW (.4).<br>MICAH E. MARCUS | 6.60 hours at | 485.00/hr | 3,201.00 (4) -679.00 |
| 10/31/13 | WORK ON LIEN INVESTIGATION AND TO REVIEW DOCUMENTS PRODUCED IN CONNECTION WITH NEWKEY.<br>SCOTT N OPINCAR | 2.00 hours at | 500.00/hr | 1,000.00 |
| 10/31/13 | RECEIVED AND REVIEWED SUMMATION DATA AND LOAD FILE(.3); CREATED SUMMATION DATABASE AND LOADED DATA INTO IT FOR ATTORNEY REVIEW (.8).<br>KATHY REZEK | 1.00 hours at | 200.00/hr | 200.00 |
| 10/31/13 | RECEIVE AND REVIEW E-MAIL FROM JOSH GADHARF RE DOCUMENTS REVIEW.<br>JAYSON RUFF | 0.10 hours at | 340.00/hr | 34.00 |
| 10/31/13 | INTEROFFICE DOCUMENT REVIEW MEETING (1.1); CALL WITH GADHARF RE: DOCUMENT REVIEW (.2); CALL WITH GOLDSAND RE SAME (.2); COMMENCE DOCUMENT REVIEW (.8).<br>DANIEL REYNOLDS | 2.30 hours at | 215.00/hr | 494.50 |
| 10/31/13 | TELECONFERENCE REGARDING DOCUMENT REVIEW SOFTWARE AND PROCEDURE.<br>MARC I. GOLDSAND | 1.00 hours at | 335.00/hr | 335.00 |
| 10/31/13 | CORRESPOND WITH COUNSEL FOR DEBTORS AND LENDERS RE DEPOSITIONS (.2); CORRESPOND WITH ALVAREZ RE GENERAL LEDGER AND FINANCIAL ANALYSIS (.2); ATTEND TRAINING ON DOCUMENT REVIEW SERVICE (1.0); CORRESPOND WITH K. REZEK AND VENDOR RE REVIEW PROCESS (.3); ANALYZE RESEARCH (1.2).<br>MICAH E. MARCUS | 2.90 hours at | 485.00/hr | 1,406.50 |
| | TOTAL FEES FOR MATTER: 38577-00018 | | | $43,862.50 |

– $679.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: CASE ADMINISTRATION
38577-00001

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/01/13 | UPDATE GENERAL SERVICE LIST.<br>DEBORAH G BARROW | 0.20 hours at | 240.00/hr | 48.00 |
| 11/04/13 | ATTENTION TO SERVING OBJECTION TO TOYOTA MOTION.<br>LINDA M GALLAGHER | 0.50 hours at | 165.00/hr | 82.50 |
| 11/04/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME (.1); REVIEW TRIAL ORDER AND UPDATE CALENDARS WITH RESPONSE DEADLINE (.1).<br>LINDA M GALLAGHER | 0.20 hours at | 165.00/hr | 33.00 |
| 11/05/13 | MULTIPLE WORKING CALLS WITH AGAY RE: STRATEGY ON VARIOUS ISSUES.<br>SEAN D MALLOY | 0.30 hours at | 525.00/hr | 157.50 |
| 11/05/13 | TAKE MINUTES OF COMMITTEE CALL.<br>DANIEL REYNOLDS | 0.70 hours at | 215.00/hr | 150.50 |
| 11/06/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME (.1); REVIEW DOCKET ENTRIES REGARDING CONTINUED HEARING AND UPDATE CALENDARS (.2).<br>LINDA M GALLAGHER | 0.30 hours at | 165.00/hr | 49.50 (12) -33.00 |
| 11/07/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME (.1); REVIEW TRAIL ORDER AND UPDATE CALENDARS WITH VARIOUS DEADLINES AND TRIAL DATE (.4).<br>LINDA M GALLAGHER | 0.50 hours at | 165.00/hr | 82.50 (13) -66.00 |
| 11/07/13 | REVISE WORK-IN-PROGRESS CHART AND DISTRIBUTE TO MH TEAM.<br>JOSH GADHARF | 0.20 hours at | 310.00/hr | 62.00 |
| 11/11/13 | RESEARCH PACER FOR DOCKET UPDATES, UPDATE DOCKET ACCORDINGLY AND PREPARE EMAIL TO WORKING GROUP REGARDING SAME.<br>LINDA M GALLAGHER | 0.10 hours at | 165.00/hr | 16.50 |

{4600625:}

$99.00