**FILED**

APR 30 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  )
                                        )
                                        )          Case No. 13 B 37603
    SGK VENTURES, LLC,                  )
                                        )
                                        )
                                        )          Chapter 11
        Debtor.                         )
                                        )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF CONWAY MACKENZIE, INC., FINANCIAL ADVISORS FOR DEBTOR IN POSSESSION, FOR ALLOWANCE FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $122,178.50 | TOTAL COSTS REQUESTED: | $997.47 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $247.73 |
| TOTAL FEES ALLOWED: | $122,178.50 | TOTAL COSTS ALLOWED: | $749.74 |

**TOTAL FEES AND COSTS ALLOWED: $122,928.24**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(6)     **Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

Dated: April 30, 2014

_____
Eugene R. Wedoff
United States Bankruptcy Judge

Keywell L.L.C.  Invoice #24615
October 31, 2013

| Date | Code | Amount | Description |
|---|---|---|---|
| 10/6/13 | TR | $ 17.00 | Cab from residence to office for weekend work. |
| 10/11/13 | M | $ 13.98 | Mileage from residence to Keywell (round trip). |
| 10/11/13 | ME | $ 8.17 | Meals.  − 8.17  (6) |
| 10/11/13 | PK | $ 22.00 | Parking at office following trip to Keywell. |
| 10/14/13 | ME | $ 4.91 | Meals (breakfast).  − 4.91  (6) |
| 10/14/13 | ME | $ 7.94 | Working lunch.  − 7.94  (6) |
| 10/16/13 | PK | $ 30.00 | Parking at office for retention hearing. |
| 10/25/13 | TR | $ 100.00 | Rental car for 1 day (pro rata). |
| 10/25/13 | TR | $ 18.00 | Cab from office to residence. |
| 10/28/13 | TR | $ 18.00 | Cab from residence to creditor meeting (Chicago). |
| 10/29/13 | TC | $ 59.70 | Telephone, cellular, etc. |
| | Total | $ 299.70 | |

−$13.67 from expenses

Keywell L.L.C.  Invoice #25288
January 31, 2014

| Date | Code | Amount | Description |
|---|---|---|---|
| 1/2/2014 | TC | $ 25.00 | Monthly jet pack data charge for use at client for internet. |
| 1/6/2014 | ME | $ 3.70 | Meals.  — 3.70 (6) |
| 1/6/2014 | ME | $ 1.10 | Meals.  — 1.10 (6) |
| 1/7/2014 | M | $ 44.80 | Mileage - RT mileage for 2 days. |
| 1/16/2014 | ME | $ 191.27 | Catering for all-day meeting in CM offices.  — 191.27 (6) |
| 1/17/2014 | TC | $ 5.36 | Internet charge for emails while traveling. |
| 1/21/2014 | ME | $ 8.14 | Meals.  — 8.14 (6) |
| 1/21/2014 | TC | $ 54.00 | Telephone, cellular, etc./ Verizon Charges Nov 10 - Dec 9- TBS |
| | Total | $ 333.37 | |

— $ 204.21
from expenses

SGK Ventures LLC  
February 28, 2014

Invoice #25577

| Date | Code | Amount | Description |
|---|---|---|---|
| 2/3/2014 | M | $ 14.11 | Mileage to and from SGK Ventures, LLC. |
| 2/3/2014 | ME | $ 5.40 | Meals.   — 5.40 (6) |
| 2/7/2014 | M | $ 14.11 | Mileage to and from SGK Ventures, LLC. |
| 2/7/2014 | ME | $ 6.43 | Meals.   — 6.43 (6) |
| 2/7/2014 | ME | $ 5.44 | Meals.   — 5.44 (6) |
| 2/10/2014 | TC | $ 139.04 | Telephone, cellular, etc./ Verizon Charges Dec 10 - Jan 9- TBS |
| 2/27/2014 | M | $ 12.32 | Mileage.   ~~12.32~~ (6) |
| 2/28/2014 | M | $ 20.33 | Mileage.   ~~20.33~~ |
| 2/28/2014 | ME | $ 11.49 | Meal.   — 11.49 (6) |
| 2/28/2014 | ME | $ 12.58 | Meal.   — 12.58 (6) |
|  | Total | $ 241.25 |  |

— $29.85  
from expenses

Page 11