## Schedule 6 - Party to Ongoing Litigation

| Name of Claimant | Claim Class | Claim Number | Claim Amount | Explanation |
|---|---|---|---|---|
| Karen A. Beninato | Priority | 267 | $781.35 | Party to ongoing litigation |
| Thomas P. Bertrand | Priority | 268 | $1,434.67 | Party to ongoing litigation |
| J. Mark Lozier | Priority | 270 | $498.58 | Party to ongoing litigation |
| Edward J. Newman | Priority | 264 | $1,325.83 | Party to ongoing litigation |
| Michael J. Pugliese | Priority | 266 | $1,589.66 | Party to ongoing litigation |
| Michael Rosenberg | Unsecured | 273 | $1.00 | Party to ongoing litigation |
| Michael C. Sheffieck | Priority | 269 | $1,519.93 | Party to ongoing litigation |
| Dennis C. Trostle | Priority | 275 | $821.08 | Party to ongoing litigation |
| **Total** | | | **$7,972.10** | |