# **EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SGK VENTURES, LLC ) | Case No. 13-37603 |
| (f/k/a Keywell L.L.C.), ) | |
| ) | Honorable Eugene R. Wedoff |
| Debtor. ) | |
| ) | |

**NOTICE OF TRUSTEE'S FIRST OMNIBUS CLAIMS OBJECTION**

**[Creditor Name]**

**PLEASE TAKE NOTICE THAT:**

**YOU ARE RECEIVING THIS NOTICE BECAUSE KELLY BEAUDIN STAPLETON (THE "TRUSTEE" OR "MS. STAPLETON"), SOLELY IN HER CAPACITY AS TRUSTEE OF SGK VENTURES, LLC LIQUIDATING TRUST, IS OBJECTING TO YOUR CLAIM(S) BY THE ATTACHED OBJECTION (THE "OBJECTION"). YOU SHOULD LOCATE YOUR NAME AND YOUR CLAIM(S) ON THE SCHEDULES ATTACHED HERETO. PLEASE TAKE NOTICE THAT, AS A RESULT OF THE OBJECTION, YOUR CLAIM(S) MAY BE DISALLOWED, EXPUNGED, RECLASSIFIED, REDUCED, OR OTHERWISE AFFECTED. THEREFORE, PLEASE READ THIS NOTICE AND THE ACCOMPANYING OBJECTION VERY CAREFULLY.**

**Important Information Regarding the Objection**

Grounds for the Objection. By the Objection, the Trustee is seeking to [disallow/expunge/reclassify/reduce] your claim(s) listed in the table below on the grounds that your claim(s) [is/are] [    ]. The claim(s) subject to the Objection may also be found on the schedules attached to the Objection, a copy of which has been provided with this notice.

| Date Filed | Claim No. | Asserted Claim Amount[1] | Basis For Objection | Proposed Treatment | Surviving Claim No. (if any) |
|---|---|---|---|---|---|
| | | | | | |

**Resolving the Objection**

Parties Required to File a Response. If you disagree with the Objection filed with respect to your claim, you must file a response (each, a "Response") with the Court in accordance with the procedures described below and appear at the Hearing (as defined herein).

---

[1] Asserted claim amounts listed as $0.00 reflect that the claim amount asserted is unliquidated.

{5213578:}

<u>Response Contents</u>. Each Response must contain the following (at a minimum):

a. a caption setting forth the name of the Court, the names of the Debtor, the case number, and the title "Response of [Claimant Name] to Claim Objection";

b. the name of the claimant and description of the basis for the amount of the claim;

c. a concise statement setting forth the reasons why the claim should not be disallowed or modified for the reasons set forth in the objection, including, but not limited to, the specific factual and legal bases upon which the claimant will rely in opposing the objection;

d. all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Court, upon which the claimant will rely in opposing the objection;

e. the address(es) to which the Trustee must return any reply to the Response, if different from that presented in the claim; and

f. the name, address, and telephone number of the person (which may be the claimant or a legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on behalf of the claimant.

<u>Notice and Service</u>. Your Response must be filed with the Court and served so as to be **actually received** by 4:00 p.m. (prevailing Central Time) on [ ], 2014 (the "<u>Response Deadline</u>") by the following parties (the "<u>Notice Parties</u>"):

| Trustee | Counsel to Trustee |
|---|---|
| Kelly Beaudin Stapleton<br>c/o Alvarez & Marsal<br>600 Madison Avenue<br>New York, NY 10022 | David A. Agay<br>c/o McDONALD HOPKINS LLC<br>300 North LaSalle Street, Suite 2100<br>Chicago, Illinois 60654 |
| **Counsel to Debtor** | **United States Trustee** |
| Howard L. Adelman<br>Adelman & Gettleman LTD<br>53 West Jackson Blvd., Ste. 1050<br>Chicago, IL 60604 | Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604 |

<u>Failure to Respond</u>. A Response that is not filed and served in accordance with the procedures set forth herein may not be considered by the Court at the Hearing. **Absent an agreement with the Trustee resolving the Objection to a claim, failure to (a) timely file and serve a Response as set forth herein and (b) appear at the Hearing may result in the Court granting the Objection without further notice or hearing.** Upon entry of an order, affected creditors will be served with a notice of entry, and a copy of the order.

{5213578:} 2

### Hearing on the Objection

Date, Time, and Location.  A hearing (the "Hearing") on the Objection will be held on [    ], at [    ] prevailing Central Time, before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. The Hearing may be adjourned to a subsequent date in these chapter 11 cases in the Trustee's sole discretion.  **You must attend the Hearing if you disagree with the Objection and have filed a Response.**  Contested claims for which (a) a Response is filed in accordance with the proposed response procedures but such Response is not resolved prior to the Hearing and (b) an appearance is made at the Hearing may be heard at the Hearing or adjourned to a subsequent hearing in the Trustee's sole discretion. If a subsequent hearing is determined to be necessary, the Trustee shall file with the Court and serve on the affected claimants a notice of the hearing (the date of which shall be determined in consultation with the affected claimant(s)).

Discovery.  If the Trustee determines that discovery is necessary in advance of a hearing on an Objection, the Trustee will serve notice on the affected claimant and its counsel of record that the scheduled hearing will be treated as a status conference during which the parties will request that the Court issue a scheduling order to facilitate dismissal or resolution of the litigation. Any such notice may be incorporated into the initial agenda letter for the hearing or may be provided by separate notice.

### Additional Information

Questions or Information.  you may obtain copies of any pleadings in this case at no cost by visiting the above-captioned debtor's claims and noticing agent's website at www.omnimgt.com/sgkventures or, for a fee, by visiting the Court's website at www.ilnb.uscourts.gov and following the procedures set forth therein.  **Please do not contact the Court to discuss the merits of any claim or any Objection filed with respect thereto.**

### Reservation of Rights

**NOTHING IN ANY OMNIBUS OBJECTION OR OBJECTION NOTICE IS INTENDED OR SHALL BE DEEMED TO CONSTITUTE (A) AN ADMISSION OR FINDING AS TO THE VALIDITY OF ANY CLAIM AGAINST A DEBTOR ENTITY; (B) A WAIVER OF THE RIGHT OF THE TRUSTEE TO DISPUTE OR OBJECT TO ANY CLAIM ON ANY GROUNDS; (C) A WAIVER OF THE RIGHT OF THE TRUSTEE TO ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE (AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME); (D) A PROMISE OR REQUIREMENT TO PAY ANY CLAIM; (E) A REQUEST OR AUTHORIZATION TO ASSUME ANY AGREEMENT, CONTRACT, OR LEASE PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE; OR (F) A WAIVER OF THE RIGHTS OF THE TRUSTEE UNDER THE BANKRUPTCY CODE OR ANY OTHER APPLICABLE LAW.**

| | |
|---|---|
| Dated: _____, 2014 | /s/ David A. Agay<br>David A. Agay (ARDC No. 6244314)<br>Sean D. Malloy (ARDC No. 6217401)<br>Micah E. Marcus (ARDC No. 6257569)<br>Joshua A. Gadharf (ARDC No. 6296543)<br>McDONALD HOPKINS LLC<br>300 North LaSalle Street, Suite 2100<br>Chicago, Illinois 60654<br>Telephone: (312) 280-0111<br>Facsimile: (312) 280-8232<br>dagay@mcdonaldhopkins.com<br>smalloy@mcdonaldhopkins.com<br>mmarcus@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com |