**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEC 23 2014

JANET S. BAER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

In re:                                )
                                      )
                                      )   Case No. 13 B 37603
SGK VENTURES, LLC                     )
(f/k/a KEYWELL LLC),                  )
                                      )
                                      )   Chapter 11
Debtor.                               )
                                      )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ALLOWING APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SGK VENTURS, LLC, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $325,000.00 | TOTAL COSTS REQUESTED: | $25,006.81 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $1,073.65 |
| TOTAL FEES ALLOWED: | $325,000.00 | TOTAL COSTS ALLOWED: | $23,933.16 |

**TOTAL FEES AND COSTS ALLOWED: $348,933.16**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)   Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(6)   Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(11)   Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re*

*Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: December 23, 2014

/s/ Janet S. Baer
Janet S. Baer
United States Bankruptcy Judge

*Exhibit F*

### Keywell LLC
### Expense Detail by Category
### October 7, 2013 through October 21, 2014

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Kelly Stapleton | 10/10/2013 | $758.80 | Airfare Philadelphia/New York. |
| Kelly Stapleton | 10/28/2013 | $447.80 | Airfare roundtrip Philadelphia/Chicago. |
| Kelly Stapleton | 6/27/2014 | $635.00 | Roundtrip from Philadelphia. |
| Rich Newman | 7/28/2014 | $680.00 | Airfare - return from vacation for depo. (4) |
| **Expense Category Total** | | **$2,521.60** | ? |

*Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Kelly Stapleton | 7/1/2014 | $235.13 | Hotel - 1 night. |
| **Expense Category Total** | | **$235.13** | |

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Kelly Stapleton | 10/9/2013 | $3.69 | Out of town breakfast - K. Stapleton. |
| Kelly Stapleton | 10/10/2013 | $7.89 | Out of town breakfast - K. Stapleton. |
| Kelly Stapleton | 10/28/2013 | $4.51 | Out of town breakfast - K. Stapleton. |
| Kelly Stapleton | 7/1/2014 | -37.65 $37.65 | Meal. (6) |
| Kelly Stapleton | 7/2/2014 | -42.79 $42.79 | Meal. (6) |
| Rich Newman | 11/19/2013 | -12.01 $12.01 | Working late dinner - R. Newman. (6) |
| Rich Newman | 7/28/2014 | -17.05 $17.05 | Lunch during depo with counsel (6) |
| **Expense Category Total** | | **$125.59** | |

*Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Rich Newman | 10/24/2013 | $34.95 | Software to convert PDF to excel. |
| Rich Newman | 11/25/2013 | $34.95 | PDF conversion software. (4) |

why 2 charges?

-824.45

*Exhibit F*

# Keywell LLC
## Expense Detail by Category
### October 7, 2013 through October 21, 2014

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Expense Category Total** | | **$69.90** | |

## Printing

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Rich Newman | 7/22/2014 | $45.00 | Printing ④ |
| **Expense Category Total** | | **$45.00** | |

## RR Donelley Document Production

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Rich Newman | 2/5/2014 | $8,230.00 | RR Donelley - Litigation document production |
| Rich Newman | 2/5/2014 | $12,749.00 | RR Donelley - Patzik Litigation document production - imaging- scanning-printing |
| **Expense Category Total** | | **$20,979.00** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Kelly Stapleton | 10/10/2013 | $31.50 | Taxi to meeting. |
| Kelly Stapleton | 10/10/2013 | $43.25 | Taxi to airport. |
| Kelly Stapleton | 10/11/2013 | $196.00 | Roundtrip taxi from home to Philadelphia Airport. |
| Kelly Stapleton | 10/28/2013 | $44.45 | Taxi in Chicago. |
| Kelly Stapleton | 10/28/2013 | $145.00 | Roundtrip taxi from home to Philadelphia Airport. |
| Kelly Stapleton | 7/1/2014 | $97.50 | Taxi: American Cab - home to Philadelphia. |
| Kelly Stapleton | 7/2/2014 | $8.94 | Taxi: Cab in Chicago. |
| Kelly Stapleton | 7/5/2014 | $97.50 | Taxi: American Cab - Philadelphia to home. |
| Rich Newman | 10/10/2013 | $39.00 | Parking for Keywell Management meeting. |
| Rich Newman | 10/28/2013 | $8.00 | Taxi from McDonald Hopkins to A&M. |
| Rich Newman | 10/28/2013 | $8.00 | Taxi from A&M to McDonald Hopkins. |

-45.00

*Exhibit F*

## Keywell LLC
### Expense Detail by Category
### October 7, 2013 through October 21, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Rich Newman | 10/28/2013 | $8.00 | Taxi to special counsel office - document discovery. |
| Rich Newman | 11/18/2013 | $5.45 | Taxi from McDonald Hopkins - Deposition Prep. |
| Rich Newman | 11/18/2013 | $26.25 | Taxi from train to home (work late). |
| Rich Newman | 11/18/2013 | $8.00 | Taxi - McDonald Hopkins - Dep Prep to office. |
| Rich Newman | 11/19/2013 | $24.00 | Taxi from train to home (work late). |
| Rich Newman | 11/19/2013 | $8.00 | Taxi to deposition. |
| Rich Newman | 8/4/2014 | $7.65 | Taxi from Deposition to office. |

**Expense Category Total**    $806.49

### Wireless

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Kelly Stapleton | 1/12/2014 | $2.12 | Wireless usage charges. |
| Kelly Stapleton | 5/12/2014 | $2.00 | Wireless usage charges |
| Kelly Stapleton | 6/1/2014 | $0.82 | Wireless usage charge. |
| Kelly Stapleton | 6/12/2014 | $1.93 | Wireless usage charge. |
| Kelly Stapleton | 8/1/2014 | $2.00 | Wireless usage charge. |
| Kelly Stapleton | 10/12/2014 | $67.71 | Wireless usage charges (Sept - Oct). |
| Rich Newman | 11/12/2013 | $21.60 | Wireless usage charges. |
| Rich Newman | 12/12/2013 | $22.49 | Wireless usage charges. |
| Rich Newman | 1/12/2014 | $5.47 | Wireless usage charges. |
| Rich Newman | 5/12/2014 | $17.71 | Wireless usage charges |
| Rich Newman | 6/12/2014 | $6.47 | Wireless usage charge. |
| Rich Newman | 7/12/2014 | $7.34 | Wireless usage charge. |
| Rich Newman | 8/5/2014 | $9.95 | Internet - plane. |
| Rich Newman | 8/6/2014 | $9.95 | Internet - plane. |
| Rich Newman | 10/12/2014 | $20.90 | Wireless usage charges (Sept - Oct). |
| Tom Downey | 11/12/2013 | $25.64 | Wireless usage charges. |