UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D

DEC 23 2014

JANET S. BAER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

In re:

SGK VENTURES, LLC
(f/k/a KEYWELL LLC),

Debtor.

Case No. 13 B 37603

Chapter 11

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ALLOWING APPLICATION OF SAUL EWING, LLP, SPECIAL LITIGATION COUNSEL FOR DEBTOR, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $28,823.50 | TOTAL COSTS REQUESTED: | $114.98 |
| TOTAL FEES REDUCED: | $849.75 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $27,973.75 | TOTAL COSTS ALLOWED: | $114.98 |

**TOTAL FEES AND COSTS ALLOWED: $28,088.73**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: December 23, 2014

Janet S. Baer
United States Bankruptcy Judge

| | | | | |
|---|---|---|---|---|
| 364868 | | Keywell LLC | Invoice Number | 2225396 |
| 00001 | | Pavilion Building Structures | Page 3 | |
| 03/10/14 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/17/13 | CK | Conference with M. Joyce regarding revisions to supplemental damages memo | 0.2 | 75.00 |
| 12/18/13 | CK ⑰ | Conference with M. Joyce regarding supplemental memorandum on damages; conference call with M. Joyce and Lou Wagner regarding same; review/revise Lou Wagner affidavit and supplemental memo | 1.8 | 675.00 -62.50 |
| 12/18/13 | MJJ ⑰ | Telephone conference with L. Wagner regarding Supplemental Memorandum of Law in Support of Motion for Damages; Draft Supplemental Memorandum; Draft Affidavit of L. Wagner in support of Supplemental Memorandum. | 2.7 | 702.00 -26.20 |
| 12/19/13 | JCH ⑰ | Review and analyze pending litigation and ability of debtor client to proceed with same; conference with C. Kelley re: same; review and analyze bankruptcy docket entries in Keywell case | 0.8 | 448.00 -44.80 |
| 12/19/13 | CK | Meeting with Lou Wagner on affidavit; final review of supplemental memo on damages and affidavit | 1.0 | 375.00 |
| 12/19/13 | MJJ | Draft and revise Supplemental Memorandum of Law in Support of Motion for Damages and Affidavit of L. Wagner in support of the same. | 1.5 | 390.00 |
| 12/20/13 | JCH | Telephone calls from/to debtor's counsel re: retention of Saul Ewing; follow up re: same; review and analyze correspondence from debtor's counsel re: same | 0.5 | 280.00 |
| 01/15/14 | JCH | Review and analyze correspondence from debtor's counsel re: proposed retention of SE and re: case background | 0.2 | 116.00 |
| 02/10/14 | CK ⑰ | Review/review motion and affidavit for appointment of Saul Ewing as special counsel; email exchanges with A. Brougham regarding same; review case files for representative cases; complete round of conflict checks and numerous calls and emails with Saul Ewing partners regarding client hits as Keywell creditors | 3.6 | 1,350.00 -135.00 |
| 02/12/14 | CK | Review/revise bankrutpcy materials regarding Pavilion case | 1.0 | 375.00 |
| 02/13/14 | CK ⑰ | Conference with Magistrate Judge Leslie Foschio regarding our final revisions to become special litigation counsel; various conferences with A. Brougham regarding background facts | 1.5 | 562.50 -56.25 |

-373.75

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Keywell LLC
890 Noble Drive
West Mifflin, PA  15122

| | |
|---|---|
| Invoice Number | 2232640 |
| Invoice Date | 05/12/14 |
| Client Number | 364868 |
| Matter Number | 00001 |

Re:  Pavilion Building Structures

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/14:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/06/14 | CK | Prepare first monthly application for payment with detailed breakdown by tasks | 3.3 | 1,237.50 |
| 04/07/14 | CK (?) | Conference with E. Buck regarding payment request letter; draft same; conference with L. Whalen regarding creating chart as instructed by E. Buck | 2.1 | 787.50 −78.75 |
| 04/08/14 | CK | Outline collection strategy; conference with E. Buck and S. Malloy regarding same | 1.2 | 450.00 |
| 04/22/14 | CK (?) | Strategy emails with E. Buck regarding collection steps; draft/revise strategy memo regarding collection efforts: review Judge Skretny final order adopting report and recommendation of magistrate Judge Foschio | 2.3 | 862.50 −86.25 |
| 04/22/14 | MJJ (?) | Draft outline of strategic steps for collection on judgment; Receipt and review of Order of Court regarding District Judge's acceptance of recommendations of Magistrate Judge. | 1.1 | 302.50 −30.25 |
| | | TOTAL HOURS | 10.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Michael J. Joyce | 1.1 | at | $275.00 | = | 302.50 |
| Charles Kelly | 8.9 | at | $375.00 | = | 3,337.50 |

One PPG Place ♦ 30th Floor ♦ Pittsburgh, PA 15222
Phone: (412) 209-2500 ♦ Fax: (412) 209-2570

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

−195.25

| | | | | |
|---|---|---|---|---|
| 949369 | | Markel Southwest Underwriters, Inc. | Invoice Number | 2226301 |
| 00015 | | Robert Dyer, Claim No. -- C023204 | Page 3 | |
| 03/13/14 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/12/13 | RCG | Prepare for Mediation, including review of medical expenses, income history and select discovery materials. | 0.7 | 185.50 |
| 12/12/13 | RCG | Appear for and participate in mandatory Mediation. | 3.8 | 1,007.00 |
| 12/12/13 | JHS | Partial review of plaintiff's deposition and identification of documents and other discovery which is to be supplemented by agreement between parties; Draft memorandum to R. Gill identifying same. | 1.0 | 105.00 |
| 12/13/13 | JHS | Conclude drafting of memorandum regarding review of deposition and documents to be supplemented. | 1.0 | 105.00 |
| 12/17/13 | JHS (?) | Review all depositions and construct timeline showing line of events on date of incident; Review notice from court and update docket with deadline. | 1.8 | 189.00 -18.90 |
| 12/18/13 | RCG | Draft email to A. Venn transmitting Dyer medical records for Mediation. | 0.1 | 26.50 |
| 01/16/14 | JHS | Review and analyze upcoming deadlines with R. Gill; Docket deadlines in advance of Pretrial Conference. | 0.5 | 52.50 |
| 01/17/14 | RCG | Telephone call to A. Venn regarding upcoming Pretrial Conference and Settlement. | 0.1 | 26.50 |
| 01/17/14 | RCG | Draft email to Mr. Blair regarding Pretrial Conference set for February 10, 2014. | 0.1 | 26.50 |
| 01/24/14 | RCG | Telephone call with counsel for Plaintiff regarding Pretrial Statement. | 0.1 | 26.50 |
| 01/24/14 | RCG | Telephone call with co-counsel regarding Pretrial Statement. | 0.2 | 53.00 |
| 01/28/14 | RCG | Telephone call with A. Venn. | 0.1 | 26.50 |
| 01/28/14 | RCG | Email with A. Venn. | 0.1 | 26.50 |
| 01/28/14 | RCG | Email with co-counsel. | 0.1 | 26.50 |
| 01/28/14 | RCG | Telephone call with counsel for Plaintiff. | 0.1 | 26.50 |
| 01/29/14 | RCG | Begin work on joint Pretrial Statement. | 0.5 | 132.50 |
| 01/29/14 | CD | Analyze issues regarding joint pretrial submission (1.3); Review and analyze complaint (0.2); Review and analyze amended answer (0.1); Review and analyze pleadings and written discovery exchanged between parties (0.7). | 2.3 | 517.50 |
| 01/30/14 | RCG | Draft Pretrial Statement. | 0.8 | 212.00 |

-18.90

| 949369 | Markel Southwest Underwriters, Inc. | Invoice Number 2226301 |
| 00015 | Robert Dyer, Claim No. -- C023204 | Page 4 |
| 03/13/14 | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/30/14 | CD | Analyze issues regarding joint Pretrial Statement (0.3); Review and analyze index of production materials (0.2). | 0.5 | 112.50 |
| 01/30/14 | JHS | Retrieve and organize production materials for review and proposed exhibit identification; Preparation of exhibit list; Retrieve and organize materials and preparation of binders for use in trial preparation. | 1.2 | 126.00 −12.60 |
| 01/31/14 | RCG | Draft and revise Pretrial Statement. | 1.6 | 424.00 |
| 01/31/14 | CD | Draft, review and revise joint Pretrial Statement, including standard jury instructions and voie dire. | 1.9 | 427.50 |
| 02/03/14 | RCG | Draft, revise Pretrial Statement. | 1.8 | 477.00 |
| 02/03/14 | RCG | Emails with counsel for Plaintiff regarding preparation of Pretrial statement. | 0.2 | 53.00 |
| 02/03/14 | RCG | Review, revise motion for extension of time to file joint Pretrial statement. | 0.1 | 26.50 |
| 02/03/14 | CD | Review and revise joint Pretrial Statement. | 1.7 | 382.50 |
| 02/03/14 | CD | Review and analyze documents for inclusion as potential exhibits for joint Pretrial Statement. | 1.6 | 360.00 |
| 02/03/14 | CD | Draft, review and revise joint motion for enlargement of time to file joint Pretrial Statement. | 0.7 | 157.50 |
| 02/03/14 | JHS | Attend meeting with R. Gill and C. Due in advance of filing Pretrial Statement (.40); Review documents for potential exhibits (.30); Interface with staff regarding extraction of emails sent by previous counsel (.30); Review, revise, finalize, file Motion for Extension of Time (.30); Preparation of email to Judge attaching order (as required) (.30) | 1.6 | 168.00 −10.50 |
| 02/04/14 | RCG | Draft, revise Pretrial Statement, including objections to Plaintiff's exhibits and instructions. | 1.5 | 397.50 |
| 02/04/14 | RCG | Exchange emails with counsel for Plaintiff regarding Joint Pretrial Statement and Plaintiff's exhibits. | 0.2 | 53.00 |
| 02/04/14 | CD | Review and analyze Plaintiff's proposed jury instructions and Pretrial submission. | 1.0 | 225.00 |
| 02/04/14 | JHS | Retrieve and organize materials to be used during trial preparation; Combine and create binders for depositions and other miscellaneous trial documents for R. Gill and C Due. | 1.5 | 157.50 |

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| Keywell LLC | Invoice Number | 2238883 |
| 890 Noble Drive | Invoice Date | 07/10/14 |
| West Mifflin, PA 15122 | Client Number | 364868 |
| | Matter Number | 00001 |

Re: Pavilion Building Structures

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/14:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/02/14 | CK | Response to contingency committee on cases against Uzman and Barrett; conference with M. Joyce regarding execution of discovery to Barrett and Uzman | 0.7 | 262.50 -26.25 |
| 06/16/14 | CK | Various email exchanges with J. Freeman of IT Group regarding way back machine and Pavilion projects; review same; conference with M. Joyce regarding same | 0.8 | 300.00 |
| 06/18/14 | MJJ | Receipt and review of background and identification of Pavilion jobs in the United States, in preparation for execution proceedings. | 0.3 | 82.50 |
| 06/20/14 | MJJ | Draft First Set of Interrogatories in Aid of Execution to Defendant Uzman; Draft First Set of Requests for Production of Documents in Aid of Execution to Defendant Uzman. | 2.2 | 605.00 |
| | | TOTAL HOURS | 4.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Michael J. Joyce | 2.5 | at | $275.00 | = | 687.50 |
| Charles Kelly | 1.5 | at | $375.00 | = | 562.50 |

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Keywell LLC | Invoice Number 2245385 |
| 890 Noble Drive | Invoice Date 09/08/14 |
| West Mifflin, PA 15122 | Client Number 364868 |
| | Matter Number 00001 |

Re:   Pavilion Building Structures

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/14:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/25/14 | MJJ | Telephone call to Court regarding 8/29/14 Status Conference, and counsel's required attendance at the same. | 0.2 | 55.00 |
| 08/26/14 | MJJ | Receipt of telephone call from Court confirming appearance of Attorney C. Kelly via telephone at 8/29/14 Status Conference. | 0.2 | 55.00 |
| 08/27/14 | CK | Review Uzman discovery in preparation for call with S. Malloy and E. Buck | 0.4 | 150.00 |
| 08/28/14 | CK (P) | Review Judge Foschio opinion on liability and damages in preparation for Chief Judge Skretny status conference; conference call with S. Malloy and E. Buck regarding position to take with J. Skretney regarding further activity in case. | 1.2 | 450.00 -45.00 |
| 08/28/14 | MJJ (P) | Prepare for 8/29/14 Status Conference; Review of discovery requests and responses of Defendant Uzman, in preparation for the same; Conduct legal research regarding potential execution of income streams from domestic projects of Defendant Pavilion; Conduct legal research regarding effect of default judgment on remaining Defendants; Draft memo summarizing the above legal research. | 3.5 | 962.50 -96.25 |
| 08/29/14 | CK (P) | Review discovery to Burhan Uzman; review Uzman discovery responses and Keywell responses to Uzman discovery for Chief Judge Skretny update; status conference with Chief Judge Skretny; overview for S. Malloy, E. Buck on the status conference | 1.9 | 712.50 -71.25 |

One PPG Place • 30th Floor • Pittsburgh, PA 15222
Phone: (412) 209-2500 • Fax: (412) 209-2570

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP