**FILED**

**DEC 23 2014**

JANET S. BAER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )          Case No. 13 B 37603
SGK VENTURES, LLC                         )
(f/k/a KEYWELL LLC),                      )
                                          )
                                          )          Chapter 11
                Debtor.                   )
_____ )

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ALLOWING APPLICATION OF MCDONALD HOPKINS, LLC, ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $1,790,164.25 | TOTAL COSTS REQUESTED: | $40,646.65 |
| TOTAL FEES REDUCED: | $25,045.95 | TOTAL COSTS REDUCED: | $5,509.70 |
| TOTAL FEES ALLOWED: | $1,765,118.30 | TOTAL COSTS ALLOWED: | $35,136.95 |

### TOTAL FEES AND COSTS ALLOWED: $1,800,255.25

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)      Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(2)      Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re*

*Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(5)     Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

**(6)     Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(7)     Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11)     Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Covent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(12)     Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(14)     Computational or Typographical Error**

     The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error.  Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated:  December 23, 2014

                                        Janet S. Baer
                                        United States Bankruptcy Judge

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMUNICATIONS
      38577-00009

| | | | |
|---|---|---|---|
| 01/07/14 | CALL WITH CREDITOR (CRG) RE: CASE STATUS. | | |
| | SEAN D MALLOY | 0.30 hours at  525.00/hr | 157.50 |
| 01/09/14 | CORRESPONDENCE RE: COMMUNICATION WITH CREDITORS/PUBLIC INFORMATION. | | |
| | SEAN D MALLOY | 0.20 hours at  525.00/hr | 105.00 |
| 01/09/14 | EMAIL CORRESPONDENCE TO AND TELEPHONE CONFERENCE WITH KEYWELL CREDITOR, D. AGAY, AND S. MALLOY REGARDING KEYWELL ASSETS AND APA PURCHASE PRICE. | | |
| | JOSH GADHARF | 0.50 hours at  310.00/hr | 155.00 |
| 01/14/14 | TELEPHONE CONFERENCE WITH UNSECURED CREDITOR'S COUNSEL IN RESPONSE TO INQUIRY REGARDING POTENTIAL RECOVERIES (.2); TELEPHONE CONFERENCE WITH AND EMAIL CORRESPONDENCE TO D. AGAY REGARDING SAME (.2). | | |
| | JOSH GADHARF | 0.40 hours at  310.00/hr | 124.00 |
| 01/20/14 | REVIEW ALVAREZ PRESENTATION AND CORRESPONDENCE RE: SAME. | | |
| | SEAN D MALLOY | 0.40 hours at  525.00/hr | 210.00 |
| 01/20/14 | REVIEW CREDITORS COMMITTEE PRESENTATION AND CORRESPONDENCE REGARDING SAME. | | |
| | DAVID AGAY | 0.50 hours at  525.00/hr | 262.50 |
| 01/21/14 | PREPARE FOR, ATTEND, AND PARTICIPATE IN COMMITTEE MEETING. | | |
| | SEAN D MALLOY | 1.20 hours at  525.00/hr | 630.00 |
| | | | -63.00 |
| 01/21/14 | ATTEND COMMITTEE MEETING. | | |
| | DANIEL REYNOLDS | 0.90 hours at  215.00/hr | 193.50 |
| | | | -193.50 |
| 01/21/14 | CONFERENCE WITH COMMITTEE RE STATUS OF CASE AND ADVERSARY (.7); CONFERENCES WITH D. AGAY AND S. MALLOY RE SAME (.3). | | |
| | MICAH E. MARCUS | 1.00 hours at  485.00/hr | 485.00 |
| 01/28/14 | CALL WITH COMMITTEE MEMBER RE: PROOF OF CLAIM. | | |

{4700957;}

-256.50

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   RELIEF FROM STAY
      38577-00010

01/13/14   E-MAILS TO AND FROM AND DISCUSSION WITH J. POLINKO
           RE: REQUEST FOR ADJOURNMENT RE: OBJECTION TO MOTION
           FOR RELIEF FROM STAY (.2); REVIEW AND REVISE SAME TO
           INCLUDE CERTIFICATE OF SERVICE (.4); FILE AND SERVICE
           OF SAME (.3)
           DEBORAH G BARROW          0.90 hours at   240.00/hr      216.00

                TOTAL FEES FOR MATTER:  38577-00010      $   216.00

{4700957:}

−72.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   ADVERSARY PROCEEDINGS
      38577-00013

12/09/13   DEVELOP ADDITIONAL THEORIES OF RECOVERY ON NEWKEY
           LITIGATION (1.0); RESEARCH RE: SAME (1.4); WORK WITH
           KACZKA RE: SAME (.3); WORK ON PRIVILEGE ISSUES (1.0);
           CORRESPONDENCE TO MARCUS RE: APPROACH (.2);
           CORRESPONDENCE TO GROUP RE: COMPLAINT (.1); CALL WITH
           AGAY/MARCUS (.2).
           SEAN D MALLOY              4.20 hours at   525.00/hr   2,205.00
                                                                  -301.00

12/10/13   WORK ON ILLINOIS LAW ISSUES (.5); FOLLOW UPS WITH
           GUPTA AND MARCUS (.3); WORK ON PROOF OF CLAIM AND
           PRIVILEGE ISSUES (1.5); WORK WITH REYNOLDS ON
           RESEARCH (.3).
           SEAN D MALLOY              2.60 hours at   525.00/hr   1,365.00

12/11/13   WORK ON ISSUES RELATED TO COMPLAINT AND LIEN
           CLAIMS/INTERSECTION OF LEGAL ISSUES (1.0); CALL WITH
           OPINCAR AND MARCUS RE: SAME (.4).
           SEAN D MALLOY              1.40 hours at   525.00/hr     735.00

12/13/13   WORK ON PROFESSIONAL CLAIM ISSUES AND CORRESPODNENCE
           TO GADHARF.
           SEAN D MALLOY              0.30 hours at   525.00/hr     157.50

12/17/13   WORK WITH REYNOLDS RE: ISSUES RELATED TO FILING OF
           COMPLAINT.
           SEAN D MALLOY              1.50 hours at   525.00/hr     787.50

01/02/14   E-MAILS TO AND FROM B. BACON RE: SERVICE VIA MAIL OF
           NOTICE OF WITHDRAWAL OF CAUSE OF ACTION.
           DEBORAH G BARROW           0.20 hours at   240.00/hr      48.00

01/02/14   REVIEW COMPLAINT FILED AGAINST KEYWELL'S DIRECTORS
           AND OFFICERS IN PREPARATION FOR CALL WITH J. GADHARF
           AND M. MARCUS (2.8); CALL WITH M. MARCUS AND J.
           GADHARF RE: SAME (.4); REVIEW PERTINENT DOCUMENTS
           ATTACHED TO COMPLAINT IN PREPARATION TO DRAFT
           DISCOVERY (2.9).
           MANJU GUPTA                6.10 hours at   310.00/hr   1,891.00

{4700957:}

-301.06

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 01/02/14 | PREPARE FOR AND TELEPHONE CONFERENCE WITH M. MARCUS AND M. GUPTA REGARDING NEWKEY LITIGATION DISCOVERY. | | |
| | JOSH GADHARF | 0.30 hours at   310.00/hr | 93.00 |
| | | | *-9.30* |
| 01/02/14 | PREPARATION FOR AND CONFERENCE WITH J. GADHARF AND M. GUPTA RE WRITTEN DISCOVERY REQUESTS. | | |
| | MICAH E. MARCUS | 0.30 hours at   485.00/hr | 145.50 |
| | | | *-14.55* |
| 01/03/14 | REVIEW DEPOSITION TRANSCRIPT OF M. SHEFFIELD AND EXHIBITS. | | |
| | MANJU GUPTA | 5.50 hours at   310.00/hr | 1,705.00 |
| 01/03/14 | RESEARCH AND DRAFT SUMMONS FOR POTENTIAL 30(B)(6) DEPOSITION WITNESS. | | |
| | DANIEL REYNOLDS | 2.00 hours at   215.00/hr | 430.00 |
| 01/03/14 | CORRESPOND AND CONFERENCE WITH T. BANNICH RE REQUESTED EXTENSION TO PLEAD (.3); CONFERENCE WITH D. AGAY RE ALLOCATION OF ESTATE ASSET ISSUES (.3); CONFERENCE WITH D. AGAY AND COUNSEL FOR DEBTOR RE SAME (.4). | | |
| | MICAH E. MARCUS | 1.00 hours at   485.00/hr | 485.00 |
| 01/06/14 | CONTINUE TO REVIEW FINANCIAL DOCUMENTS AND OTHER RELEVANT DOCUMENTS FOUND IN THE REVIEW OF KEYWELL DOCUMENTS (3.5); DRAFT DISCOVERY REQUESTS (6.3). | | |
| | MANJU GUPTA | 9.80 hours at   310.00/hr | 3,038.00 |
| 01/06/14 | RESEARCH AND DRAFT SUMMONS FOR POTENTIAL 30(B)(6) DEPOSITION WITNESS. | | |
| | DANIEL REYNOLDS | 3.70 hours at   215.00/hr | 795.50 |
| 01/06/14 | DRAFT DISCOVERY TO DEFENDANTS. | | |
| | JOSH GADHARF | 2.20 hours at   310.00/hr | 682.00 |
| 01/06/14 | CORRESPOND WITH T. BANNICH RE ACCEPTANCE OF SERVICE AND CONTINUANCE OF ANSWER (.2); CORRESPOND WITH S. TOWBIN RE L. TAUBER AND M. HORING ALLEGED DEFENSES (.2); REVIEW PLEADINGS AND FILES RE SAME (.4). | | |
| | MICAH E. MARCUS | 0.60 hours at   485.00/hr | 291.00 |
| 01/07/14 | ASSEMBLE COMPLAINT AND EXHIBITS FOR MR. MARCUS. | | |
| | LESLIE BURRELL | 0.50 hours at   225.00/hr | 112.50 |

{4700957:}

*-2385*

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

01/13/14   REVIEW OF MOTION OF DIRECTORS AND OFFICERS AND KCL
MANAGEMENT FOR USE OF INSURANCE PROCEEDS FOR DEFENSE
COSTS (.5); PREPARE DRAFT OF LIMITED OBJECTION TO USE
OF DEFENSE FUNDS AND PROVIDE SAME TO S.MALLOY (2.8);
PREPARE REVISIONS TO LIMITED OBJECTION TO ROSENBERG'S
MOTION AND CIRCULATE TO D.AGAY AND M.MARCUS (.8).
JOHN A POLINKO        4.10 hours at   320.00/hr   1,312.00

01/13/14   REVIEW COMMENTS AND REVISE DISCOVERY TO NEWKEY
DEFENDANTS.
MANJU GUPTA           0.40 hours at   310.00/hr    124.00

01/13/14   REVISE REQUEST FOR ADJOURNMENT RELATING TO NEWKEY
DEFENDANTS MOTION FOR INSURANCE COSTS (2.6); MULTIPLE
CORRESPONDENCE REGARDING SAME (.3); REVIEW AND REVISE
OBJECTION TO ROSENBERG MOTION FOR REIMBURSEMENT OF
D&O COSTS (2.7).
DAVID AGAY           5.40 hours at   525.00/hr   2,835.00

01/13/14   REVIEW, REVISE WRITTEN DISCOVERY TO DEFENDANTS.
MICAH E. MARCUS       1.50 hours at   485.00/hr    727.50

01/13/14   EDIT, REVISE RESPONSE TO MOTION FOR USE OF INSURANCE
PROCEEDS (.3); CORRESPOND AND CONFERENCE WITH D. AGAY
AND S. MALLOY RE SAME (.2)
MICAH E. MARCUS       0.50 hours at   485.00/hr    242.50

01/14/14   WORK ON NEXT STEPS FOR LITIGATION RELATED TO D&O
INSURANCE (.4); REVIEW FIDUCIARY COVERAGE IN
CONNECTION WITH D&O COVERAGE (.5); WORK WITH POLINKO
ON RESEARCH RE: COVERAGE (.2).
SEAN D MALLOY         1.10 hours at   525.00/hr    577.50

01/14/14   MEET WITH S.MALLOY TO DISCUSS ISSUES TO REVIEW RE:
MOTIONS FOR RELIEF FROM STAY, PARTICULARLY CASES
CITED BY MOVANTS (.3); BEGIN FURTHER RESEARCH ON
CASES CITED (1.8).
JOHN A POLINKO        2.10 hours at   320.00/hr    672.00

01/14/14   REVIEW AND REVISE DISCOVERY TO NEWKEY DEFENDANTS.
MANJU GUPTA           1.10 hours at   310.00/hr    341.00

-96.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 01/14/14 | HEARING ON LIFT STAY MOTIONS RELATING TO D&O INSURANCE (1.0); FOLLOW-UP CORRESPONDENCE WITH S. MALLOY AND M. MARCUS REGARDING SAME (.2); TELEPHONE CONFERENCE WITH S. MALLOY REGARDING STRATEGY FOR SAME (.3). | | |
| | DAVID AGAY | 1.50 hours at 525.00/hr | 787.50 |
| 01/14/14 | REVIEW AND REVISE DISCOVERY TO NEWKEY DEFENDANTS. | | |
| | JOSH GADHARF | 1.50 hours at 310.00/hr | 465.00 |
| 01/14/14 | PREPARE FOR AND TELEPHONE CONFERENCE WITH M. MARCUS REGARDING DISCOVERY ISSUES. | | |
| | JOSH GADHARF | 0.20 hours at 310.00/hr | 62.00 |
| | | | -62.00 |
| 01/14/14 | CORRESPOND AND CONFERENCE WITH D. AGAY RE MOTION FOR USE OF INSURANCE PROCEEDS. | | |
| | MICAH E. MARCUS | 0.20 hours at 485.00/hr | 97.00 |
| | | | -97.00 |
| 01/14/14 | CONFERENCE WITH J. GADHARF RE REVISIONS TO DISCOVERY REQUESTS. | | |
| | MICAH E. MARCUS | 0.30 hours at 485.00/hr | 145.50 |
| 01/15/14 | CONFERENCE WITH JOSH GADHARF RE DOCUMENT REVIEW. | | |
| | JAYSON RUFF | 0.20 hours at 340.00/hr | 68.00 |
| 01/15/14 | SEND COPY OF ADVERSARY COMPLAINT AND EXHIBITS TO MR. GOLDSAND. | | |
| | LESLIE BURRELL | 0.20 hours at 225.00/hr | 45.00 |
| 01/15/14 | TC WITH ATTORNEY TEAM RE DISCOVERY AND DOCUMENTS (.4); ATTENTION TO POTENTIAL SEARCH TERMS (.3). | | |
| | PETER BERK | 0.70 hours at 465.00/hr | 325.50 |
| 01/15/14 | CONTINUE RESEARCH ON ISSUES DISCUSSED WITH S.MALLOY RE: INSURANCE POLICIES, COVERAGE AND LIMITATIONS AND PROVIDE SUMMARY TO S.MALLOY (4.5). | | |
| | JOHN A POLINKO | 4.50 hours at 320.00/hr | 1,440.00 |
| 01/15/14 | MEETING RE: KEYWELL DISCOVERY (.5); CALL TO M. MARCUS RE: SAME (.2); SEVERAL DISCUSSIONS WITH S. MALLOY RE: SAME (.4). | | |
| | MANJU GUPTA | 1.10 hours at 310.00/hr | 341.00 |
| 01/15/14 | ATTEND CONFERENCE CALL WITH MH DOCUMENT REVIEW TEAM RE: INSTRUCTIONS FOR ADDITIONAL DOCUMENT REVIEW. | | |
| | DANIEL REYNOLDS | 0.60 hours at 215.00/hr | 129.00 |

{4700957:}

-159.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

01/15/14   RESEARCH ISSUES RELATING TO D&O POLICY (1.8);
CORRESPONDENCE WITH S. MALLOY REGARDING SAME (.2).
DAVID AGAY           2.00 hours at   525.00/hr     1,050.00
                                                    -337.00

01/15/14   TELEPHONE CONFERENCES WITH MH TEAM REGARDING REVIEW
OF KEYWELL DOCUMENTS (.5); REVIEW DOCUMENTS PRODUCED
BY KEYWELL THAT ARE POTENTIALLY RESPONSIVE TO
DOCUMENT REQUESTS (2.6).
JOSH GADHARF         3.10 hours at   310.00/hr       961.00

01/15/14   DISCOVERY REVIEW TELEPHONE CONFERENCE WITH LITIGATION
TEAM.
MARC I. GOLDSAND     0.40 hours at   335.00/hr       134.00

01/15/14   REVIEW PLEADINGS RE REPARATION FOR CONFERENCE WITH
DISCOVERY REVIEW TEAM (.6); CONFERENCE WITH REVIEW
TEAM RE DOCUMENT REVIEW AND DRAFTING ADDITIONAL
DISCOVERY (.5); REVIEW WRITTEN DISCOVERY AND
CORRESPOND WITH J. GADHARF RE SAME (.6).
MICAH E. MARCUS      1.60 hours at   485.00/hr       776.00

01/15/14   REVIEW TRANSCRIPT RE MOTION FOR USE OF INSURANCE
PROCEEDS.
MICAH E. MARCUS      0.20 hours at   485.00/hr        97.00

01/16/14   RECEIVE AND REVIEW DOCUMENTS BATCH FROM JOSH GADHARF
AND BEGIN REVIEW OF THE SAME.
JAYSON RUFF          0.40 hours at   340.00/hr       136.00

01/16/14   ATTEND REVEAL TRAINING FOR DOCUMENT REVIEW.
PETER BERK           0.60 hours at   465.00/hr       279.00

01/16/14   CALL WITH MALLOY TO DISCUSS MOTIONS FOR RELIEF (.2);
RESEARCH FURTHER CASE LAW ON D&O INSURANCE (1.4);
REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY
RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (3.7).
JOHN A POLINKO       5.30 hours at   320.00/hr     1,696.00

01/16/14   REVIEW DOCUMENTS PRODUCED BY DEBTOR POTENTIALLY
RESPONSIVE TO CLAIMS IN ADVERSARY COMPLAINT.
DANIEL REYNOLDS      0.60 hours at   215.00/hr       129.00

01/16/14   FURTHER RESEARCH REGARDING D&O POLICY AND
CORRESPONDENCE REGARDING SAME.
DAVID AGAY           1.80 hours at   525.00/hr       945.00
                                                    -337.00

-666.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 01/20/14 | TELECONFERENCE WITH TEAM REGARDING DISCOVERY; CONTINUED DOCUMENT REVIEW. | | | |
| | MARC I. GOLDSAND | 2.20 hours at | 335.00/hr | 737.00 |

01/20/14   REVIEW, REVISE DISCOVERY AND COMPLAINT SUMMARY (1.8);
ANALYZE DISCOVERY REQUIREMENTS AND PREPARATION RE
CALL WITH REVIEW TEAM (.5); CONFERENCE WITH REVIEW
TEAM RE REVIEW PROCESS (.3); CONFERENCE WITH J.
GADHARF AND P. BERK RE CATEGORIZING PRODUCED
MATERIALS (.2); REVIEW NEW HOT DOCUMENTS AND UPDATE
NOTES RE SAME (1.1); ANALYZE REVISED SEARCH STRINGS
AND CORRESPOND WITH J. GADHARF RE SAME (.2);
CORRESPOND WITH T. BANICH RE DOCUMENT PRODUCTION
ISSUES (.2); REVIEW FEE APPLICATIONS RE POTENTIAL
ISSUES (.9).
MICAH E. MARCUS           5.20 hours at    485.00/hr   2,522.00

01/21/14   CONTINUED REVIEW OF DOCUMENTS FOR INVESTIGATION OF
POSSIBLE CLAIMS.
JAYSON RUFF               4.80 hours at    340.00/hr   1,632.00

01/21/14   DRAFT APPEARANCE FOR MR. MARCUS AND ELECTRONICALLY
FILE SAME.
LESLIE BURRELL            0.40 hours at    225.00/hr      90.00

01/21/14   REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY
RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (2.2).
JOHN A POLINKO            2.20 hours at    320.00/hr     704.00

01/21/14   RESEARCH RE: NICKEL PRICING IN 2008 (.8); CORRESPOND
WITH M. MARCUS RE: SAME (.2); REVIEW OF APA EXCLUDED
ASSETS RE: SAME (.3).
MANJU GUPTA               1.30 hours at    310.00/hr     403.00

01/21/14   REVIEW DOCUMENTS PRODUCED BY DEBTOR POTENTIALLY
RESPONSIVE TO CLAIMS IN ADVERSARY COMPLAINT.
DANIEL REYNOLDS           5.50 hours at    215.00/hr   1,182.50

01/21/14   REVIEW OF ELECTRONICALLY STORED INFORMATION TO ASSIST
IN IDENTIFYING EVIDENCE IN SUPPORT OF CREDITOR
COMMITTEE CLAIMS RELATIVE TO COMPLAINT.
MARC I. GOLDSAND          1.50 hours at    335.00/hr     502.50

01/21/14   CONFERENCES WITH S. MALLOY AND D. AGAY RE LITIGATION
STRATEGY.

{4700957:}

-9.00

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| 01/27/14 | CALL WITH AGAY RE: OPEN ISSUES (.4); WORK ON OVERALL CASE ADMINISTRATION (.5). | | | | |
|---|---|---|---|---|---|
| | SEAN D MALLOY | 0.90 hours at | 525.00/hr | 472.50 |
| | | | | -262.50 |
| 01/28/14 | REVIEW DOCKET/FILINGS (.4); REVIEW OF WIP AND ALL OPEN ISSUES (.5); WORK ON WIP AND MULTIPLE CORRESPONDENCE TO GADHARF RE: SAME (.3). | | | |
| | SEAN D MALLOY | 1.20 hours at | 525.00/hr | 630.00 |
| 01/28/14 | REVIEW AND REVISE KEYWELL WORK-IN-PROGRESS CHART AND EMAIL SAME TO MH TEAM. | | | |
| | JOSH GADHARF | 0.70 hours at | 310.00/hr | 217.00 |
| 01/29/14 | REVIEW PACER DOCKETS FOR UPDATES TO MAIN AND ADVERSARY CASES AND E-MAIL SAME TO D. AGAY, J. GADHARF, M. GOLDSAND, S. OPINCAR, S. MALLOY, M. GUPTA AND D. REYNOLDS AND UPDATE CALENDARS ACCORDINGLY. | | | |
| | DEBORAH G BARROW | 0.50 hours at | 240.00/hr | 120.00 |
| 01/29/14 | CALL WITH AGAY RE: HEARING RESULTS AND NEXT STEPS (.2); REVIEW PROPOSED ORDINARY COURSE SALES AND CORRESPONDENCE TO NEWMAN (.2). | | | |
| | SEAN D MALLOY | 0.40 hours at | 525.00/hr | 210.00 |
| 01/30/14 | REVIEW PACER DOCKETS FOR UPDATES TO MAIN AND ADVERSARY CASES AND E-MAIL SAME TO D. AGAY, J. GADHARF, M. GOLDSAND, S. OPINCAR, S. MALLOY, M. GUPTA AND D. REYNOLDS AND UPDATE CALENDARS ACCORDINGLY. | | | |
| | DEBORAH G BARROW | 0.40 hours at | 240.00/hr | 96.00 |

TOTAL FEES FOR MATTER: 38577-00001        $ 7,511.50

CASH ADVANCED

| CERTIFIED/EXPRESS MAIL/POSTAGE | 140.01 |
|---|---|
| CAB VOUCHER - DOCKET 1/22/14 TO FEDERAL COURT | 7.00 |
| PRODUCTION OF DOCUMENTS | 50.00 |
| COMPUTERIZED RESEARCH | 52.60 |

TOTAL EXPENSES FOR MATTER: 38577-00001     $ 249.61

{4700957;}

-262.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   DIP FINANCING/CASH COLLATERAL
      38577-00003

| 12/10/13 | REVIEW BUDGET REPORTS (.2); WORK ON WIND DOWN BUDGET ISSUES (.2). | | | |
| | SEAN D MALLOY | 0.40 hours at | 525.00/hr | 210.00 |
| 12/17/13 | REVIEW BUDGET REPORTS (.2); WORK ON GECC/PNC PAYOFF (.2). | | | |
| | SEAN D MALLOY | 0.40 hours at | 525.00/hr | 210.00 |
| 12/23/13 | CORRESPONDENCE RE: BUDGET REPORTS. | | | |
| | SEAN D MALLOY | 0.20 hours at | 525.00/hr | 105.00 |
| 01/02/14 | DRAFT CORRESPONDENCE TO DEBTOR'S COUNSEL REGARDING DEBTOR'S PROPOSED APPROACH ON CASH COLLATERAL. | | | |
| | DAVID AGAY | 0.60 hours at | 525.00/hr | 315.00 |
| 01/03/14 | DRAFT FOLLOW-UP CORRESPONDENCE TO DEBTOR'S COUNSEL REGARDING PROPOSED APPROACH ON CASH COLLATERAL (.3); FOLLOW-UP CALL WITH DEBTOR'S COUNSEL REGARDING SAME (.5). | | | |
| | DAVID AGAY | 0.80 hours at | 525.00/hr | 420.00 |
| 01/05/14 | REVIEW DEBTOR'S MOTION TO AUTHORIZE USE OF CASH COLLATERAL AND CORRESPONDENCE AND RESEARCH REGARDING SAME (2.0); DRAFT LIMITED RESPONSE TO MOTION TO USE CASH COLLATERAL (1.5). | | | *-105.00* |
| | DAVID AGAY | 3.50 hours at | 525.00/hr | 1,837.50 |
| 01/05/14 | REVIEW AND ANALYZE DEBTOR'S MOTION TO USE CASH COLLATERAL, EMAIL CORRESPONDENCE REGARDING SAME AND COMMITTEE'S DRAFT LIMITED RESPONSE TO SAME. | | | |
| | JOSH GADHARF | 0.60 hours at | 310.00/hr | 186.00 |
| 01/06/14 | WORK WITH AGAY ON APPROACH TO CASH COLLATERAL AND NEWKEY PROCEEDS (.2); REVIEW DRAFT RESPONSE RE: SAME AND CORRESPOND TO AGAY (.2); REVIEW DEBTOR BUDGET AND CORRESPOND TO NEWMAN RE: SAME (.3). | | | |
| | SEAN D MALLOY | 0.70 hours at | 525.00/hr | 367.50 |

{4700957:}

*- 105.00*

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   DISPOSITION OF ASSETS
      38577-00006

| | | | |
|---|---|---|---|
| 12/09/13 | REVIEW AUCTION TRANSCRIPT (.5); WORK ON SALE/CLOSING ISSUES (.1); WORK ON SALE ORDER LANGUAGE ISSUES (.3). | | |
| | SEAN D MALLOY | 0.90 hours at   525.00/hr | 472.50 |
| 12/10/13 | WORK ON SALE CLOSING ISSUES AND ALLOCATION. | | |
| | SEAN D MALLOY | 0.50 hours at   525.00/hr | 262.50 |
| 12/11/13 | WORK THROUGHOUT THE DAY ON MULTIPLE CALLS, CORRESPONDENCE AND LANGUAGE REVIEW FOR SALE ORDER. | | ⑦ |
| | SEAN D MALLOY | 1.00 hours at   525.00/hr | 525.00 |
| | | | -52.50 |
| 12/12/13 | WORK THROUGHOUT THE DAY ON SALE ISSUES, INCLUDING REVIEW MARKED/REVISED APA (.8); CALLS WITH AGAY RE: OPEN SALE ISSUES (.7); CORRESPONDENCE RE: SALE DOCUMENTS (.5); FOLLOW UP FROM HEARING (.2). | | |
| | SEAN D MALLOY | 2.20 hours at   525.00/hr | 1,155.00 |
| 12/13/13 | REVIEW BROKER PROPOSAL AND CORRESPONDENCE RE: SAME. | | |
| | SEAN D MALLOY | 0.20 hours at   525.00/hr | 105.00 |
| 12/27/13 | WORK ON TRANSITION SERVICES AGREEMENT. | | |
| | SEAN D MALLOY | 0.30 hours at   525.00/hr | 157.50 |
| 12/30/13 | WORK ON ISSUES RELATED TO TRANSITION SERVICES. | | |
| | SEAN D MALLOY | 0.50 hours at   525.00/hr | 262.50 |
| 01/06/14 | E-MAILS TO AND FROM J. GADHARF RE: LIMITED RESPONSE TO MOTION FOR AUTHORITY TO USE SALE PROCEEDS; REVIEW, REVISE, FILE AND SERVICE OF SAME. | | |
| | DEBORAH G BARROW | 1.00 hours at   240.00/hr | 240.00 |
| 01/09/14 | TELEPHONE CONFERENCE WITH MR. MALLOY REGARDING ENVIRONMENTAL ISSUES IN KEYWELL ALLOYS' BANKRUPTCY. | | |
| | THEODORE J ESBORN | 0.40 hours at   620.00/hr | 248.00 |
| 01/13/14 | E-MAIL TO MR. MALLOY REGARDING CONTACT WITH KEYWELL ENVIRONMENTAL ATTORNEY. | | |
| | THEODORE J ESBORN | 0.30 hours at   620.00/hr | 186.00 |

{4700957:}

- 52.50

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   PLAN OF LIQUIDATION
      38577-00007

| | | | |
|---|---|---|---|
| 01/02/14 | WORK WITH GADHARF ON EXCLUSIVITY. | | |
| | SEAN D MALLOY | 0.30 hours at    525.00/hr | 157.50 |
| 01/02/14 | REVIEW AND ANALYZE RECENTLY FILED OBJECTIONS TO MOTIONS TO EXTEND EXCLUSIVITY AND PLANS OF LIQUIDATION. | | |
| | JOSH GADHARF | 4.00 hours at    310.00/hr | 1,240.00 |
| 01/03/14 | REVIEW PRECEDENT AND RESEARCH ON OBJECTIONS TO PLAN EXCLUSIVITY (1.7); REVIEW PRECEDENT AND RESEARCH ON LIQUIDATING PLANS (1.5). | | ①|
| | DAVID AGAY | 3.20 hours at    525.00/hr | 1,680.00 |
| 01/05/14 | REVIEW AND ANALYZE DRAFT OBJECTIONS TO MOTIONS TO EXTEND EXCLUSIVITY. | | -624.00 |
| | JOSH GADHARF | 0.80 hours at    310.00/hr | 248.00 |
| 01/06/14 | REVIEW PLANS OF LIQUIDATION FROM OTHER LIQUIDATING CHAPTER 11 CASES. | | |
| | DAVID AGAY | 1.50 hours at    525.00/hr | 787.50 |
| 01/06/14 | REVIEW AND ANALYZE POTENTIAL FORM PLANS OF LIQUIDATION AND EMAIL CORRESPONDENCE TO D. AGAY AND S. MALLOY REGARDING SAME. | | |
| | JOSH GADHARF | 0.60 hours at    310.00/hr | 186.00 |
| 01/08/14 | WORKING CALL WITH ADELMAN, AGAY AND OTHERS RE: CASE EXIT/PLAN (1.0); INTERNAL STRATEGY CALL RE: PLAN AND LITIGATION (.7); CALL WITH ALVAREZ RE: STRATEGY AND CASH USE/BUDGETS (.4). | | -367.50 |
| | SEAN D MALLOY | 2.10 hours at    525.00/hr | 1,102.50 |
| 01/08/14 | LENGTHY CALL WITH ADELMAN & CO. REGARDING EXIT STRATEGY AND VARIOUS MISCELLANEOUS MATTERS (1.0); INTERNAL CALL WITH S. MALLOY, S. POLINKO AND M. MARCUS REGARDING PLAN AND EXIT STRATEGY AS IT RELATES TO OTHER MATTERS IN THE CASE (.7); TELEPHONE CONFERENCE WITH S. MALLOY AND R. NEWMAN REGARDING SAME (.4). | | |

⑤

-991.50

{4700957:}

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | | |
|------|-------------|---|---|
| 01/29/14 | PREPARE PLAN OF LIQUIDATION (.6); TELEPHONE CONFERENCE WITH S. MALLOY REGARDING SAME (.2) | | |
| | JOSH GADHARF | 0.80 hours at 310.00/hr | 248.00 |
| 01/30/14 | WORK ON PLAN STRATEGY AND PRECEDENT (.5); CORRESPONDENCE TO GADHARF RE: SAME (.2). | | |
| | SEAN D MALLOY | 0.70 hours at 525.00/hr | 367.50 |
| 01/30/14 | COMMENCE DRAFT PLAN OF LIQUIDATION. | | |
| | JOSH GADHARF | 0.70 hours at 310.00/hr | 217.00 |
| 01/31/14 | BRIEF CALL WITH AGAY RE: STRATEGY AND TAX ISSUES. | | |
| | SEAN D MALLOY | 0.20 hours at 525.00/hr | 105.00 |
| 01/31/14 | DRAFT PLAN OF LIQUIDATION. | | |
| | JOSH GADHARF | 2.80 hours at 310.00/hr | 868.00 |
| | TOTAL FEES FOR MATTER: 38577-00007 | | $11,554.50 |

CASH ADVANCED
_____

COMPUTERIZED RESEARCH/WESTLAW 12/30/13-1/28/14          59.23

                    TOTAL EXPENSES FOR MATTER: 38577-00007        $    59.23

-62.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 02/19/14 | E-MAIL TO AND FROM D. AGAY RE: MCDONALD HOPKINS FEE APPLICATIONS. | | |
| | DEBORAH G BARROW | 0.20 hours at    240.00/hr | 48.00 |
| 02/20/14 | TELEPHONE CALL WITH D. AGAY, J. GADHARF AND M. BRADY RE: MCDONALD HOPKINS APPLICATIONS. | | _48.00 |
| | DEBORAH G BARROW | 0.20 hours at    240.00/hr | 48.00 |
| 02/20/14 | TELEPHONE CONFERENCE WITH J. GADHARF REGARDING RESPONSE TO OBJECTION (.4); RESEARCH PRIOR AWARDS OF FEES FOR RESPONSE TO OBJECTION TO FEE PETITION (.7); RESEARCH REGARDING ELECTRONIC DOCUMENT REVIEW REASONABLENESS AND USE OF SEARCH TERMS (.6). | | |
| | PETER BERK | 1.70 hours at    465.00/hr | 790.50 |
| 02/20/14 | DRAFT MOTION TO RECONSIDER RE: COMMITTEE EXPENSES (1.5); REVISE SAME BASED ON AGAY NOTES (.7). | | |
| | DANIEL REYNOLDS | 0.70 hours at    215.00/hr | 150.50 |
| 02/20/14 | REVIEW AND REVISE MOTION TO RECONSIDER ORDER DENYING COMMITTEE EXPENSE REQUEST. | | |
| | JOSH GADHARF | 0.40 hours at    310.00/hr | 124.00 |
| 02/20/14 | REVIEW AND ANALYZE NEWKEY OBJECTION TO JANUARY 2014 FEE STATEMENT. | | |
| | JOSH GADHARF | 0.80 hours at    310.00/hr | 248.00 |
| 02/20/14 | REVIEW AND ANALYZE TAXMAN 7TH CIRCUIT CASE AND ITS PROGENY THAT LOZIER, ET AL. CITE IN SUPPORT OF THEIR OBJECTION TO MH'S FIRST INTERIM FEE APPLICATION. | | |
| | JOSH GADHARF | 1.90 hours at    310.00/hr | 589.00 |
| 02/20/14 | CORRESPOND WITH D. AGAY AND J. GADHARF RE OBJECTION TO FEES. | | |
| | MICAH E. MARCUS | 0.20 hours at    485.00/hr | 97.00 |
| 02/21/14 | REVIEW MOTION FOR RECONSIDERATION OF COURT'S DENIAL OF MOTION FOR REIMBURSEMENT OF COMMITTEE EXPENSES. | | |
| | DAVID AGAY | 0.30 hours at    525.00/hr | 157.50 |
| 02/21/14 | MULTIPLE TELEPHONE CONFERENCES WITH E. BUCK REGARDING NEWKEY OBJECTION TO JANUARY 2014 FEE STATEMENT AND MOTION FOR RECONSIDERATION OF ORDER DENYING COMMITTEE EXPENSE REQUEST. | | |
| | JOSH GADHARF | 0.30 hours at    310.00/hr | 93.00 |

-48.00

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

02/12/14   REVIEW AND COMMENT ON REVISED PLAN AND TELEPHONE
CONFERENCE WITH J. GADHARF REGARDING SAME.
DAVID AGAY                    1.60 hours at    525.00/hr      840.00

02/12/14   REVISE PLAN OF LIQUIDATION (3.4); MULTIPLE TELEPHONE
CONFERENCES WITH D. AGAY REGARDING SAME (.4); EMAIL
CORRESPONDENCE TO DEBTOR'S COUNSEL REGARDING SAME
(.1).
JOSH GADHARF                  3.90 hours at    310.00/hr    1,209.00
                                                            -104.00

02/12/14   REVIEW AND ANALYZE PROPOSED PLAN ADMINISTRATOR'S
ABILITY TO ABANDON PROPERTY.
JOSH GADHARF                  1.30 hours at    310.00/hr      403.00

02/17/14   MULTIPLE CORRESPONDENCE WITH ALVAREZ PERSONNEL RE:
PLAN TAX ISSUES.
SEAN D MALLOY                 0.20 hours at    525.00/hr      105.00

02/18/14   CALL WITH ADELMAN AND STALKAMP RE: SOLICITATION
ISSUES RAISED BY INSIDERS CONTACTING CREDITORS
DIRECTLY AND NEED FOR CLARITY ON CAPACITY IN WHICH
THEY DO SO.
SEAN D MALLOY                 0.30 hours at    525.00/hr      157.50

            TOTAL FEES FOR MATTER: 38577-00007          $12,843.50

-124.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMUNICATIONS
      38577-00009

02/11/14   CORRESPOND WITH D. AGAY AND S. MALLOY RE STATUS AND
           UPDATE TO COMMITTEE.
           MICAH E. MARCUS          0.20 hours at    485.00/hr      97.00

02/12/14   REVIEW WORK IN PROGRESS REPORT (.1); DETAILED UPDATE
           CORRESPONDENCE TO COMMITTEE RE: WORK IN PROCESS AND
           STATUS OF CASE (.5).
           SEAN D MALLOY            0.60 hours at    525.00/hr     315.00

02/18/14   UPDATE CORRESPONDENCE TO COMMITTEE RE: DEVELOPMENTS
           AND CASE STATUS (.3); CORRESPONDENCE TO M. SLOAT RE:
           INSIDER SOLICITATION OF CREDITORS (.2); RETURN CALL
           TO CAMBRIDGE IRON RE: INQUIRY AND QUESTIONS ABOUT
           STATUS (.3).
           SEAN D MALLOY            0.80 hours at    525.00/hr     420.00

02/19/14   RETURN CALL WITH CREDITOR (TERRAPIN METALS) RE:
           INQUIRY AND QUESTIONS ABOUT CASE STATUS (.2);
           CORRESPONDENCE TO COMMITTEE RE: NEXT MEETING (.2).
           SEAN D MALLOY            0.20 hours at    525.00/hr     105.00

02/24/14   CORRESPONDENCE TO COMMITTEE RE: PLANNING AND NEXT
           MEETING.
           SEAN D MALLOY            0.20 hours at    525.00/hr     105.00

02/25/14   CALL WITH AGAY AND MARCUS RE: LITIGATION STRATEGY
           RELATED TO INSIDER COMMUNICATIONS WITH CREDITORS
           (.4); CALL WITH M. SLOAT (COMMITTEE CHAIR) RE: SAME
           (.6).                                                  -210.00
           SEAN D MALLOY            1.00 hours at    525.00/hr     525.00

02/25/14   TELEPHONE CONFERENCES WITH M. SLOAT AND S. MALLOY
           REGARDING LITIGATION STRATEGY (.7); DRAFT
           CORRESPONDENCE TO COMMITTEE REGARDING LITIGATION
           UPDATE (.5).
           DAVID AGAY              1.20 hours at    525.00/hr     630.00

-210.00

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   HEARINGS
      38577-00012

| | | | |
|---|---|---|---|
| 02/12/14 | ATTEND HEARING ON MULTIPLE CASE/ADMINISTRATIVE MOTIONS. | | |
| | DAVID AGAY | 0.50 hours at  525.00/hr | 262.50 |
| 02/17/14 | PREPARE FOR 2/19/14 HEARING. | | |
| | JOSH GADHARF | 0.80 hours at  310.00/hr | 248.00 |
| 02/18/14 | TELEPHONE CONFERENCE WITH E. BUCK REGARDING PREPARATION FOR FEB. 19 HEARING AND EMAIL CORRESPONDENCE TO D. AGAY, S. MALLOY AND M. MARCUS REGARDING SAME. | | |
| | JOSH GADHARF | 0.30 hours at  310.00/hr | 93.00 |
| 02/19/14 | REPRESENT COMMITTEE AT HEARING ON VARIOUS MATTERS INCLUDING COMMITTEE FEE APPLICATION AND STATUS ON NEWKEY LITIGATION. | | |
| | DAVID AGAY | 0.80 hours at  525.00/hr | 420.00 |
| 02/19/14 | PREPARE FOR FEB. 19 HEARING INCLUDING OFFICE CONFERENCES WITH D. AGAY, S. MALLOY AND M. MARCUS REGARDING MATTERS UP AT HEARING. | | |
| | JOSH GADHARF | 1.00 hours at  310.00/hr | 310.00 |
| 02/19/14 | PREPARATION FOR HEARING RE ADVERSARY STATUS, MOTION TO DISMISS AND RELATED MATTERS (1.0); ATTEND SAME (1.0). | | -485.00 |
| | MICAH E. MARCUS | 2.00 hours at  485.00/hr | 970.00 |
| 02/20/14 | E-MAILS TO AND FROM J. GADHARF RE: TRANSCRIPTS FROM ALL HEARING DATES (.1); E-MAILS TO AND TELEPHONE CALLS TO COURT REPORTER RE: SAME (.1). | | |
| | DEBORAH G BARROW | 0.20 hours at  240.00/hr | 48.00 |
| 02/21/14 | E-MAILS TO AND FROM COURT REPORTER RE: HEARING TRANSCRIPTS (.3); E-MAILS TO AND FROM J. GADHARF RE: SAME (.2). | | |
| | DEBORAH G BARROW | 0.50 hours at  240.00/hr | 120.00 |

-485.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 02/03/14 | DRAFT CORRESPONDENCE TO PATZIK LAW FIRM REGARDING TURNOVER OF NEWKEY DOCUMENTS. | | |
| | JOSH GADHARF | 1.00 hours at  310.00/hr | 310.00 |
| 02/03/14 | WEEKLY KEYWELL STRATEGY SESSION WITH M. MARCUS, J. GADHARF, AND D. REYNOLDS TO DISCUSS PROGRESS IN REVIEW OF DOCUMENTS AND IDENTIFY ISSUES. | ⑤ | -100.50 |
| | MARC I. GOLDSAND | 0.30 hours at  335.00/hr | 100.50 |
| 02/03/14 | CONFERENCE WITH J. GADHARF, D. REYNOLDS AND M. GOLDSAND RE STATUS OF REVIEW (.3); CONFERENCES WITH J. BERGER AND J. MCGOVERN RE DOCUMENT REVIEW (.2); CORRESPOND WITH D. AGAY AND S. MALLOY RE RESEARCH ISSUES (.2). | | |
| | MICAH E. MARCUS | 0.70 hours at  485.00/hr | 339.50 |
| 02/04/14 | REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION. | | |
| | JENNY R MCGOVERN | 6.70 hours at  355.00/hr | 2,378.50 |
| 02/04/14 | REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (2.0). | | |
| | JOHN A POLINKO | 2.00 hours at  320.00/hr | 640.00 |
| 02/04/14 | REVIEW DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION CLAIMS. | | |
| | JOSH GADHARF | 1.00 hours at  310.00/hr | 310.00 |
| 02/05/14 | CORRESPONDENCE TO MARCUS RE: POTENTIAL LEGAL THEORIES IN LITIGATION (SPECIFIC THEORIES NOT DISCLOSED FOR PRIVILEGE AND STRATEGIC REASONS). | | |
| | SEAN D MALLOY | 0.20 hours at  525.00/hr | 105.00 |
| 02/05/14 | REVIEW ISSUES RELATED TO DIRECTOR AND OFFICER POLICY RENEWAL AND AMOUNT OF POLICY AND DETAILED CORRESPONDENCE TO FRICANO DEMANDING SAME (.5); CORRESPONDENCE TO MARCUS RE: SAME (.2). | | |
| | SEAN D MALLOY | 0.70 hours at  525.00/hr | 367.50 |
| 02/05/14 | INTERNAL CONFERENCE CALL WITH M. MARCUS AND J. GADHARF TO DISCUSS DOCUMENT PRODUCTION. | | |
| | JENNY R MCGOVERN | 0.50 hours at  355.00/hr | 177.50 |
| 02/05/14 | RESEARCH POTENTIAL DEFENSES TO CLAWBACK ACTIONS (SPECIFIC THEORIES NOT DISCLOSED FOR PRIVILEGE AND STRATEGIC REASONS). | | |

-100.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |
|---|---|---|---|
| | JOHN A POLINKO | 2.50 hours at    320.00/hr | 800.00 |
| 02/05/14 | REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION (1.2); TELEPHONE CONFERENCE WITH J. MCGOVERN AND J. BERGER REGARDING SAME (.5) | | −155.00 (s) |
| | JOSH GADHARF | 1.70 hours at    310.00/hr | 527.00 |
| 02/05/14 | REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION. | | |
| | JACOB BERGER | 2.60 hours at     40.00/hr | 104.00 |
| 02/06/14 | REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION. | | |
| | JENNY R MCGOVERN | 5.00 hours at    355.00/hr | 1,775.00 |
| 02/06/14 | CONTINUE RESEARCH REGARDING POTENTIAL DEFENSES TO CLAWBACK ACTIONS (SPECIFIC DEFENSES AND DISCLOSED FOR PRIVILEGE AND STRATEGIC REASONS). | | |
| | JOHN A POLINKO | 2.80 hours at    320.00/hr | 896.00 |
| 02/06/14 | REVIEW DOCUMENTS PRODUCED BY DEBTOR POTENTIALLY RESPONSIVE TO CLAIMS IN ADVERSARY COMPLAINT. | | |
| | DANIEL REYNOLDS | 1.40 hours at    215.00/hr | 301.00 |
| 02/06/14 | REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION. | | |
| | JOSH GADHARF | 1.90 hours at    310.00/hr | 589.00 |
| 02/06/14 | CORRESPOND WITH S. TOWBIN RE NEWKEY CORPORATE RECORDS (.1); CORRESPOND WITH J. GADHARF RE RESEARCH FOR SAME (.1); EDIT, REVISE LETTER TO PATZIK RE REQUEST FOR CASEFILE (.3); REVIEW KEY DOCUMENTS ANALYZING FINANCIAL CONDITION OF DEBTOR AND INTENT REGARDING NEWKEY (1.1); CORRESPOND WITH J. POLINKO RE RESEARCH ISSUE (.2) | | |
| | MICAH E. MARCUS | 1.80 hours at    485.00/hr | 873.00 |
| 02/07/14 | REVIEW CORRESPONDENCE RE: PRIVILEGE RELATED TO ONE FIRM REPRESENTING ESTATE ENTITIES AND DEFENDANTS. | | |
| | SEAN D MALLOY | 0.10 hours at    525.00/hr | 52.50 |
| 02/07/14 | CONTINUE RESEARCH ON POTENTIAL DEFENSES TO CLAWBACK ACTIONS (SPECIFIC DEFENSES NOT DISCLOSED FOR PRIVILEGE AND STRATEGIC REASONS) AND PREPARE MEMORANDUM TO BE FORWARDED TO M. MARCUS (3.2). | | |
| | JOHN A POLINKO | 3.20 hours at    320.00/hr | 1,024.00 |

−155.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 02/10/14 | REVIEW DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION (6.9); PREPARE FOR AND TELEPHONE CONFERENCE WITH M. MARCUS, M. GOLDSAND AND D. REYNOLDS REGARDING SAME (.3). | | | *-93.00* |
| | JOSH GADHARF | 7.20 hours at | 310.00/hr | 2,232.00 |
| 02/10/14 | REVIEW KEYWELL FINANCIALS IN PREPARATION FOR MEETING WITH POSSIBLE EXPERT WITNESS. | | | |
| | JOSH GADHARF | 0.50 hours at | 310.00/hr | 155.00 |
| 02/10/14 | TELEPHONE CONFERENCE WITH DOCUMENT REVIEW TEAM AS TO KEY DISCOVERY ISSUES, AND TRENDS. | | | *-67.00* |
| | MARC I. GOLDSAND | 0.20 hours at | 335.00/hr | 67.00 |
| 02/10/14 | PREPARATION FOR CONFERENCE WITH POTENTIAL EXPERT (.7); CONFERENCE WITH J. GADHARF RE FINANCIAL RECORDS AND REVIEW PROCESS (.3); CONFERENCE WITH J. GADHARF, D. REYNOLDS AND M. GOLDSAND RE STATUS OF REVIEW PROCESS (.2). | | | |
| | MICAH E. MARCUS | 1.20 hours at | 485.00/hr | 582.00 |
| 02/11/14 | REVIEW DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION. | | | |
| | MICHAEL J KACZKA | 4.90 hours at | 390.00/hr | 1,911.00 |
| 02/11/14 | REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION. | | | |
| | JENNY R MCGOVERN | 2.00 hours at | 355.00/hr | 710.00 |
| 02/11/14 | CONTINUED WORK ON HARD COPY DOCUMENT PRODUCTION (.4); REVIEW BANKRUPTCY DOCKET FOR ORDER ON MOTION FOR M. MARCUS (.4). | | | |
| | LESLIE BURRELL | 0.80 hours at | 225.00/hr | 180.00 |
| 02/11/14 | MEETING WITH POTENTIAL EXPERTS REGARDING FINANCIAL ANALYSIS OF KEYWELL. | | | *-46500* |
| | PETER BERK | 1.00 hours at | 465.00/hr | 465.00 |
| 02/11/14 | REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (4.0). | | | |
| | JOHN A POLINKO | 4.00 hours at | 320.00/hr | 1,280.00 |
| 02/11/14 | PREPARATION FOR CONFERENCE WITH POTENTIAL EXPERT (.3); CONFERENCE WITH D. AGAY RE SEEKING BANKRUPTCY COURT APPROVAL RE SAME (.1); CONFERENCE WITH POTENTIAL EXPERT WITNESS RE ISSUES IN CASE (.9). | | | |

*-625.00*

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
| | MICAH E. MARCUS | 1.30 hours at | 485.00/hr | 630.50 |
| 02/12/14 | REVIEW DOCUMENTS POTENTIALLY RESPONSIVE TO CLAIMS IN NEWKEY LITIGATION. | | | |
| | MICHAEL J KACZKA | 4.60 hours at | 390.00/hr | 1,794.00 |
| 02/12/14 | REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION. | | | |
| | JENNY R MCGOVERN | 3.90 hours at | 355.00/hr | 1,384.50 |

02/12/14   REVIEW OF DOCKET REGARDING PROTECTIVE ORDER FOR M.
MARCUS (.3); CONFERENCE CALL WITH P. BERK AND J.
GADHARF REGARDING DISCOVERY, DOCUMENT PRODUCTION AND
EXPERT WITNESS PREPARATION (.4); REVIEW DATABASE FOR
DOCUMENTS FOR P. BERK (.4).

*(handwritten: -90.00, circled 5)*

|  |  |  |  |
|---|---|---|---|
| LESLIE BURRELL | 1.10 hours at | 225.00/hr | 247.50 |

02/12/14   EDIT AND REVISE PATZIK SUBPOENA RIDER (.6); TELEPHONE
CONFERENCE WITH J. GADHARF REGARDING DOCUMENTS FOR
EXPERTS (.2); REVIEW DOCUMENTS FOR DOCUMENTS TO BE
SENT TO EXPERTS (.6).

|  |  |  |  |
|---|---|---|---|
| PETER BERK | 1.40 hours at | 465.00/hr | 651.00 |

02/12/14   REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY
RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (3.0).

|  |  |  |  |
|---|---|---|---|
| JOHN A POLINKO | 3.00 hours at | 320.00/hr | 960.00 |

02/12/14   CONDUCT ADDITIONAL RESEARCH RELATED TO DEFENSE OF
CLAIMS AND PROVIDE M. MARCUS WITH FINAL RESULTS
(1.2).

|  |  |  |  |
|---|---|---|---|
| JOHN A POLINKO | 1.20 hours at | 320.00/hr | 384.00 |

02/12/14   BEGIN REVIEW OF RELEVANT MATERIAL VIA MEMORANDUM
PREPARED FOR DOCUMENT PRODUCTION(.4) REVIEW AND
ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY
LITIGATION (.6).

|  |  |  |  |
|---|---|---|---|
| OWEN P. QUINN | 1.00 hours at | 420.00/hr | 420.00 |

02/12/14   REVIEW ALL 30(B)(6) DEPOSITION SUBPOENAS TO BE
DELIVERED IN CONNECTION WITH ADVERSARY PROCEEDING
(.9); MAKE M. MARCUS EDITS TO SAME (.1).

|  |  |  |  |
|---|---|---|---|
| DANIEL REYNOLDS | 1.00 hours at | 215.00/hr | 215.00 |

02/12/14   REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE
TO NEWKEY LITIGATION (.6); TELEPHONE CONFERENCES WITH
P. BERK AND M. KACZKA REGARDING SAME (.6).

*(handwritten: -90.00)*

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

JOSH GADHARF                        1.20 hours at    310.00/hr      372.00

02/12/14   EDIT, REVISE DRAFT 30(B)(6) NOTICES TO CORPORATE
           DEFENDANTS (1.1); CONFERENCES WITH P. BERK AND D.
           REYNOLDS RE SAME (.2); CORRESPOND WITH COUNSEL FOR
           DEFENDANT (.2); CONFERENCE WITH O. QUINN RE CASE
           BACKGROUND AND DOCUMENT REVIEW (.3).
           MICAH E. MARCUS          1.80 hours at    485.00/hr      873.00

02/13/14   REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY
           RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT.
           MICHAEL J KACZKA         4.90 hours at    390.00/hr    1,911.00

02/13/14   DRAFT SUBPOENAS FOR DOCUMENTS.
           LESLIE BURRELL           2.10 hours at    225.00/hr      472.50

02/13/14   EDIT AND REVISE SUBPOENA RIDERS TO PATZIK, EUREKA,
           PROPHET, TRAFIGURA AND ADELMAN AND PREPARE SAME FOR
           SERVICE.
           PETER BERK               0.90 hours at    465.00/hr      418.50

02/13/14   REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY
           RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (4.9).
           JOHN A POLINKO           4.90 hours at    320.00/hr    1,568.00

02/13/14   PARTICIPATE IN MEETING WITH ELIJAH IN PREPARATION FOR
           REVIEW OF RELEVANT DOCUMENTS (.5); REVIEW ADDITIONAL
           MEMORANDUM RELATED TO MATTER INCLUDING COMPLAINT IN
           PREPARATION FOR DOCUMENT REVIEW(.4); REVIEW AND
           ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY
           LITIGATION(.6).
           OWEN P. QUINN            1.50 hours at    420.00/hr      630.00

02/13/14   REVIEW DOCUMENTS PROVIDED BY DEBTOR POTENTIALLY
           RESPONSIVE TO CLAIMS WITH NEWKEY LITIGATION (2.6);
           CORRESPOND WITH J. GADHARF RE: CERTAIN EXHIBITS TO
           DISCOVERY (.2).
           MANJU GUPTA              2.80 hours at    310.00/hr      868.00

02/13/14   REVIEW ALL 30(B)(6) DEPOSITION SUBPOENAS TO BE
           DELIVERED IN CONNECTION WITH ADVERSARY PROCEEDING
           (.5); DELIVER TO M. MARCUS (.1)                        -21.50
           DANIEL REYNOLDS          0.60 hours at    215.00/hr      129.00

02/13/14   REVIEW MOTION TO DISMISS FILED BY NEWKEY DEFENDANTS.
           DAVID AGAY               0.90 hours at    525.00/hr      472.50

-21.80

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

02/14/14  CALL WITH J. GADHARF RE: DISCOVERY (.4) DRAFT
DISCOVERY INCLUDING INTERROGATORIES, REQUEST FOR
PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS TO
FIDUCIARY DEFENDANTS, INCLUDING NEWKEY I, NEWKEY II,
KCL MANAGEMENT CORP., J. LOZIER, J. TAUBER AND M.
SHEFFIECK (7.3).                                         -124.00
MANJU GUPTA              7.70 hours at   310.00/hr   2,387.00

02/14/14  REVIEW MOTION TO DISMISS AND MEMO IN SUPPORT FILED BY
NEWKEY DEFENDANTS (1.0); REVIEW COUNTERCLAIMS FILED
BY NEWKEY DEFENDANTS (0.5).
DAVID AGAY               1.50 hours at   525.00/hr     787.50

02/14/14  REVIEW AND ANALYZE PATZIK'S LETTER REFUSING TO
TURNOVER DOCUMENTS AND PREPARE RESPONSE WITH M.
MARCUS (0.7); REVIEW AND ANALYZE CASELAW REGARDING
SAME (1.2); DRAFT DISCOVERY TO NEWKEY DEFENDANTS
(4.1); MULTIPLE TELEPHONE CONFERENCES AND EMAIL
CORRESPONDENCE TO M. MARCUS AND M. GUPTA REGARDING
SAME (.4).
JOSH GADHARF             4.40 hours at   310.00/hr   1,364.00

02/14/14  REVIEW OF ELECTRONICALLY STORED INFORMATION TO ASSIST
IN IDENTIFYING EVIDENCE IN SUPPORT OF CREDITOR
COMMITTEE CLAIMS RELATIVE TO COMPLAINT.
MARC I. GOLDSAND         1.00 hours at   335.00/hr     335.00

02/14/14  RESEARCH, DRAFT LETTER TO J. GOODMAN (.7);
CONFERENCES WITH J. GADHARF RE SAME AND MOTION TO
DISMISS (.3); CONFERENCES WITH D. AGAY AND P. BERK RE
MOTION TO DISMISS (.4); COORDINATE THIRD PARTY
DISCOVERY WITH P. BERK (.3); REVIEW, ANALYZE 70 PAGE
MOTION TO DISMISS (3.5).
MICAH E. MARCUS          5.20 hours at   485.00/hr   2,522.00

02/15/14  REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE
TO NEWKEY LITIGATION.
OWEN P. QUINN            2.70 hours at   420.00/hr   1,134.00

02/15/14  REVIEW OF ELECTRONICALLY STORED INFORMATION TO ASSIST
IN IDENTIFYING EVIDENCE IN SUPPORT OF CREDITOR
COMMITTEE CLAIMS RELATIVE TO COMPLAINT.
MARC I. GOLDSAND         1.40 hours at   335.00/hr     469.00

-124.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

02/17/14   DRAFT REQUESTS FOR PRODUCTION, INTERROGATORIES AND
REQUESTS TO ADMIT TO DEFENDANTS IN NEWKEY ADVERSARY
PROCEEDING.
JOSH GADHARF              5.90 hours at   310.00/hr   1,829.00

02/17/14   REVIEW OF ELECTRONICALLY STORED INFORMATION TO ASSIST
IN IDENTIFYING EVIDENCE IN SUPPORT OF CREDITOR
COMMITTEE CLAIMS RELATIVE TO COMPLAINT.
MARC I. GOLDSAND          1.00 hours at   335.00/hr    335.00

02/17/14   CORRESPOND WITH J. GADHARF RE STATUS ON DISCOVERY AND
NEWKEY DOCUMENT (.2); CORRESPOND WITH S. MALLOY AND
LITIGATION TEAM RE ANALYSIS OF MOTION TO DISMISS
(.3); REVIEW, ANALYZE COUNTERCLAIM AND POTENTIAL
DEFENSES REGARDING SAME (1.0); CORRESPOND WITH P.
BERK RE THIRD PARTY DISCOVERY (.2); REVIEW, ANALYZE
MOTION TO FILE UNDER SEAL (.3).
MICAH E. MARCUS           2.00 hours at   485.00/hr    970.00

02/17/14   REVIEW AND ANALYZE DOCUMENTS POTENTIALLY RESPONSIVE
TO NEWKEY LITIGATION.
JACOB BERGER              1.00 hours at    40.00/hr     40.00

02/18/14   INTERNAL STRATEGY CALL RE: APPROACH TO COUNTERCLAIMS
AND MOTION TO DISMISS.     ⑤                           -26.25
SEAN D MALLOY             0.50 hours at   525.00/hr    262.50

02/18/14   REVIEW DOCUMENTS POTENTIALLY RESPONSIVE TO NEWKEY
LITIGATION.
MICHAEL J KACZKA          3.30 hours at   390.00/hr   1,287.00

02/18/14   REVIEW FINANCIAL DOCUMENTS TO BE SENT TO EXPERTS
⑦          (2.1); PREPARE FOR AND ATTEND TELEPHONE CONFERENCE
WITH S. MALLOY, D. AGAY, M. MARCUS AND J. GADHARF
⑤          REGARDING MOTION TO DISMISS RESPONSE AND RESPONSE TO   -32.55
COUNTER-CLAIM AND RELATED STRATEGY (.7).
PETER BERK                2.80 hours at   465.00/hr   1,302.00

02/18/14   REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY
RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (2.8).
JOHN A POLINKO            2.80 hours at   320.00/hr    896.00

-58.80

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 02/19/14 | CONTINUED DRAFTING OF INDEX TO 146 CASES CITED IN MOTION TO DISMISS AND COMPILE SAME CASES (2.3); OBTAIN EXHIBITS TO KEYWELL COMPLAINT FOR M. MARCUS (.5). | | |
| | LESLIE BURRELL | 2.80 hours at  225.00/hr | 630.00 |
| 02/19/14 | REVIEW FINANCIAL DOCUMENTS TO BE SENT TO EXPERTS (2.4); STRATEGY DISCUSSION WITH D. AGAY, M. MARCUS, J. GADHARF AND S. MALLOY REGARDING ADVERSARY PROCEEDING AFTER HEARING BEFORE JUDGE WEDOFF (1.8). | | |
| | PETER BERK | 4.20 hours at  465.00/hr | 1,953.00 |
| 02/19/14 | REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (5.5). | | |
| | JOHN A POLINKO | 5.50 hours at  320.00/hr | 1,760.00 |
| 02/19/14 | REVIEW DOCUMENTS PRODUCED BY DEBTOR POTENTIALLY RESPONSIVE TO CLAIMS IN ADVERSARY COMPLAINT. | | |
| | DANIEL REYNOLDS | 1.80 hours at  215.00/hr | 387.00 |
| 02/19/14 | OFFICE CONFERENCE WITH D. AGAY AND M. MARCUS REGARDING RESULTS OF FEB 19 HEARING AND STRATEGY GOING FORWARD. | | -434.00 |
| | JOSH GADHARF | 1.40 hours at  310.00/hr | 434.00 |
| 02/19/14 | CONFERENCES WITH D. AGAY, P. BERK, J. GADHARF AND S. MALLOY RE STRATEGY ON LITIGATION FOLLOWING HEARING ON STATUS. | | |
| | MICAH E. MARCUS | 1.80 hours at  485.00/hr | 873.00 |
| 02/20/14 | REVIEW DOCUMENTS PRODUCED BY DEBTOR AND NEWKEY POTENTIALLY RESPONSIVE TO NEWKEY LITIGATION. | | |
| | MICHAEL J KACZKA | 2.70 hours at  390.00/hr | 1,053.00 |
| 02/20/14 | COMPLETE DRAFTING INDEX TO 146 CASES CITED IN MOTION TO DISMISS AND OBTAIN SAME (1.5); COORDINATE COMPILING DOCUMENTS FROM DOCKET FOR J. GADHARF (.6) | | |
| | LESLIE BURRELL | 2.10 hours at  225.00/hr | 472.50 |
| 02/20/14 | REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (4.3). | | |
| | JOHN A POLINKO | 4.30 hours at  320.00/hr | 1,376.00 |
| 02/20/14 | REVIEW DOCUMENTS PRODUCED BY DEBTOR POTENTIALLY RESPONSIVE TO CLAIMS IN ADVERSARY COMPLAINT. | | |
| | DANIEL REYNOLDS | 1.00 hours at  215.00/hr | 215.00 |

-434.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

02/23/14   DRAFT DISCOVERY INCLUDING INTERROGATORIES, REQUEST
FOR PRODUCITON OF DOCUMENTS AND REQUEST FOR
ADMISSIONS TO THE DEFENDANTS, INCLUDING TOTH TRUST,
D. TROSTLE, L. TROSTLE AND L. WAGNER.
MANJU GUPTA                    3.70 hours at    310.00/hr    1,147.00

02/24/14   TELEPHONE CONFERENCE WITH P. BERK, M. MARCUS, J.
GADHARF, AND M. GUPTA REGARDING REVIEW OF DOCUMENTS
PRODUCED BY DEBTOR AND NEWKEY THAT ARE POTENTIALLY
RESPONSIVE TO CLAIMS IN NEWKEY LITIGATION (.2)
REVIEW DOCUMENTS PRODUCED BY DEBTOR AND NEWKEY THAT
ARE POTENTIALLY RESPONSIVE TO CLAIM IN NEWKEY
LITIGATION  (3.6).                                          -78.00
MICHAEL J KACZKA               3.80 hours at    390.00/hr    1,482.00

02/24/14   INTERNAL TELEPHONE CONFERENCE WITH M. MARCUS AND J.
GADHARF TO DISCUSS DOCUMENT REVIEW.                         -71.00
JENNY R MCGOVERN               0.20 hours at    355.00/hr    71.00

02/24/14   TELEPHONE CONFERENCE WITH M. MARCUS, J. GADHARF, M.
KACZKA AND M. GUPTA REGARDING STATUS OF DOCUMENT
REVIEW AND STRATEGY (.3); RESEARCH REGARDING RESPONSE
TO MOTION TO DISMISS ON STATUTE OF LIMITATIONS ISSUES
(1.1); RESEARCH RE BREACH OF FIDCUIARY DUTY CLAIMS
(1.4).
PETER BERK                     2.80 hours at    465.00/hr    1,302.00

02/24/14   REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY
RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (5.0).
JOHN A POLINKO                 5.00 hours at    320.00/hr    1,600.00

02/24/14   REVISE KEYWELL DISCOVERY INCLUDING INTERROGATORIES,
REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR
ADMISSIONS TO SEND TO M. MARCUS (.5); CALL WITH J.
GADHARF AND M. MARCUS ON KEYWELL RE: DOCUMENT REVIEW
(.3).
MANJU GUPTA                    0.80 hours at    310.00/hr    248.00

02/24/14   REVIEW DOCUMENTS PRODUCED BY DEBTOR POTENTIALLY
RESPONSIVE TO CLAIMS IN ADVERSARY COMPLAINT.
DANIEL REYNOLDS                1.70 hours at    215.00/hr    365.50

-149.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

## McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

02/24/14  TELEPHONE CONFERENCE WITH M. MARCUS, D. REYNOLDS AND
          M. GOLDSAND REGARDING REVIEW OF DOCUMENTS PRODUCED BY
          DEBTOR AND NEWKEY THAT ARE POTENTIALLY RESPONSIVE TO      ⑤
          CLAIMS IN NEWKEY LITIGATION (.2); REVIEW AND ANALYZE          -62.00
          SUCH DOCUMENTS (.1).
          JOSH GADHARF              0.30 hours at   310.00/hr      93.00

02/24/14  REVIEW OF ELECTRONICALLY STORED INFORMATION TO ASSIST
          IN IDENTIFYING EVIDENCE IN SUPPORT OF CREDITOR
          COMMITTEE CLAIMS RELATIVE TO COMPLAINT.
          MARC I. GOLDSAND         0.70 hours at   335.00/hr     234.50

02/24/14  PREPARATION FOR AND CONFERENCE WITH J. GADHARF, D.
          REYNOLDS AND M. GOLDSAND RE STATUS OF DOCUMENT REVIEW
          AND MOTIONS BEFORE COURT (.4); CONFERENCES WITH P.
          BERK RE RESEARCH ON MOTION TO DISMISS (.3); REVIEW
          RESEARCH RE SAME RE OPERATING ACT CLAIMS (.4);
          RESEARCH, ANALYZE MOTION TO DISMISS RE STRATEGIZING
          RESPONSE (2.1); CONFERENCE WITH S. TOWBIN AND T.
          BANICH RE SCHEDULING ISSUES (.2); CONFERENCE WITH P.
          BERK RE SAME (.2).
          MICAH E. MARCUS          3.60 hours at   485.00/hr   1,746.00

02/24/14  WEEKLY STATUS CALL WITH M. MARCUS, J. GADHARF AND D.
          REYNOLDS TO DISCUSS DOC REVIEW PROGRESS (.2); STATUS
          OF LITIGATION (.1).
          JACOB BERGER             0.30 hours at    40.00/hr      12.00

02/25/14  CALL WITH AGAY RE: NEWKEY COMPLAINT, STRATEGY AND
          NEXT STEPS (.3); REVIEW INSURANCE POLICY RE:
          POTENTIAL COVERAGE FOR COUNTERCLAIMS (.4).
          SEAN D MALLOY            0.70 hours at   525.00/hr     367.50

02/25/14  REVIEW OF DOCUMENTS PRODUCED BY DEBTOR AND NEWKEY
          THAT ARE POTENTIALLY RESPONSIVE TO CLAIMS IN NEWKEY
          LITIGATION.
          MICHAEL J KACZKA         3.70 hours at   390.00/hr   1,443.00

02/25/14  EDIT AND REVISE RIDERS TO SUBPOENAS.
          PETER BERK               0.90 hours at   465.00/hr     418.50

02/25/14  REVIEW DOCUMENTS PROVIDED BY DEBTORS POTENTIALLY
          RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT (4.0).
          JOHN A POLINKO           4.00 hours at   320.00/hr   1,280.00

-62.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   DEBTOR COMMUNICATIONS
      38577-00014

| | | | |
|---|---|---|---|
| 02/07/14 | TELEPHONE CONFERENCE WITH COMPANY COUNSEL, RUST OMNI AND M. SHEFFIECK REGARDING PENDING ISSUES INCLUDING CLAIMS PROCESS. | | |
| | DAVID AGAY | 0.60 hours at 525.00/hr | 315.00 |
| 02/07/14 | PREPARE FOR AND TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL, M. SHEFFIECK, RUST OMNI, AND D. AGAY REGARDING MULTIPLE ISSUES INCLUDING ADMIN CLAIMS BAR DATE, STATUS OF LIQUIDATION OF DEBTOR'S PROPERTY, AND CLAIMS ADMINISTRATION. | | |
| | JOSH GADHARF | 1.00 hours at 310.00/hr | 310.00 |

*(handwritten: lumping of duplicative services)*

TOTAL FEES FOR MATTER:  38577-00014        $   625.00

*(handwritten: -310.00)*

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMUNICATIONS
      38577-00009

03/07/14   DRAFT DETAILED LETTER TO CREDITORS ABOUT CASE STATUS
           (1.3); INTERNAL CORRESPONDENCE RE: SAME (.2); EDIT
           AND REVISE LETTER TO CREDITORS (.4); CORRESPONDENCE
           TO RUSTOMNI RE: SERVICE OF SAME (.2); DRAFT
           CORRESPONDENCE TO TOWBIN RE: CREDITOR COMMUNICATIONS
           AND MULTIPLE REPRESENTATIONS (.6); DETAILED
           CORRESPONDENCE TO COMMITTEE REGARDING CASE STATUS AND
           COMMUNICATIONS WITH UNSECURED CREDITORS (.7).
           SEAN D MALLOY            3.40 hours at  525.00/hr   1,785.00

03/10/14   CORRESPONDENCE TO COMMITTEE MEMBERS RE: OPEN ISSUES
           AND TELEPHONIC MEETING (.3); ATTEND AND PARTICIPATE
           IN COMMITTEE MEETING (.5); REVISE CREDITOR LETTER
           (.3); CORRESPONDENCE TO INTERNAL WORKING GROUP RE:
           SAME (.2); FINALIZE CORRESPONDENCE TO TOWBIN RE: RULE
           2019 DEMAND (.3); CORRESPONDENCE TO SHERMAN RE:
           CREDITOR INFORMATION LETTER (.1).
           SEAN D MALLOY            1.70 hours at  525.00/hr     892.50

03/10/14   TAKE MINUTES AT COMMITTEE MEETING.
           DANIEL REYNOLDS         0.60 hours at  215.00/hr     129.00

03/10/14   PARTICIPATE ON CREDITORS' COMMITTEE CALL.
           DAVID AGAY        (5)   0.50 hours at  525.00/hr     262.50
                                                             -262.50

03/10/14   CONFERENCE WITH COMMITTEE RE STATUS OF CASE AND
           POTENTIAL SETTLEMENT ISSUE.
           MICAH E. MARCUS   (5)   0.50 hours at  485.00/hr     242.50
                                                             -242.50

03/12/14   RESPOND TO CREDITOR REQUEST FOR COMPLAINT RE;
           COMMITTEE V. NEWKEY.
           DEBORAH G BARROW        0.10 hours at  240.00/hr      24.00

03/13/14   RESPOND TO CREDITORS E-MAIL REQUESTS FOR COMPLAINT
           RE: COMMITTEE V. NEWKEY (.3); E-MAIL TO S. MALLOY RE:
           SAME (.1).
           DEBORAH G BARROW        0.40 hours at  240.00/hr      96.00

-505.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 03/14/14 | REVIEW AND REVISE SETTLEMENT AGREEMENT (.2); CORRESPOND WITH COUNSEL FOR DEFENDANTS RE DISCOVERY REQUESTS (.1); CORRESPOND WITH COUNSEL FOR NEWKEY RE SCHEDULING ISSUE (.2). | | | |
| | MICAH E. MARCUS | 0.50 hours at | 485.00/hr | 242.50 |
| 03/17/14 | INTERNAL STATUS CALL RE: DISCOVERY ISSUES AND PROEDUCTION OF DOCUMENTS (.2); REVIEW DOCUMENTS PRODUCED BY DEBTOR AND NEWKEY POTENTIALLY RESPONSIVE TO CLAIMS IN NEWKEY LITIGATION (5.2). | | | |
| | MICHAEL J KACZKA | 5.40 hours at | 390.00/hr | 2,106.00 |
| 03/17/14 | TELEPHONE CONFERENCE WITH JOSHUA GADHARF AND MICAH MARCUS REGARDING STATUS OF DOCUMENT PRODUCTION. | | ⑤ | 35.50 |
| | JENNY R MCGOVERN | 0.10 hours at | 355.00/hr | 35.50 |
| 03/17/14 | TELEPHONE CONFERENCE WITH M. MARCUS, M. GUPTA AND J. GADHARF REGARDING RESPONSE TO MOTION TO DISMISS. | | | |
| | PETER BERK | 0.30 hours at | 465.00/hr | 139.50 |
| 03/17/14 | REVIEW DOCUMENTS PROVIDED BY DEBTOR POTENTIALLY RESPONSIVE TO NEWKEY ADVERSARY COMPLAINT. | | | |
| | JOHN A POLINKO | 2.50 hours at | 320.00/hr | 800.00 |
| 03/17/14 | REVIEW DOCUMENTS PRODUCED BY DEBTOR POTENTIALLY RESPONSIVE TO CLAIMS IN ADVERSARY COMPLAINT. | | | |
| | OWEN P. QUINN | 7.30 hours at | 420.00/hr | 3,066.00 |
| 03/17/14 | DISCUSSION WITH M. MARCUS RE: RESEARCH ISSUES AND DRAFTING OF BRIEF IN OPPOSITION TO MOTION TO DISMISS. | | ⑤ -124.00 | |
| | MANJU GUPTA | 0.40 hours at | 310.00/hr | 124.00 |
| 03/17/14 | REVIEW DOCUMENTS PRODUCED BY DEBTOR POTENTIALLY RESPONSIVE TO CLAIMS IN ADVERSARY COMPLAINT. | | | |
| | DANIEL REYNOLDS | 0.20 hours at | 215.00/hr | 43.00 |
| 03/17/14 | REVIEW AND ANALYZE DOCUMENTS PRODUCED BY DEBTOR AND NEWKEY POTENTIALLY RESPONSIVE TO CLAIMS IN NEWKEY COMPLAINT. | | | |
| | JOSH GADHARF | 2.70 hours at | 310.00/hr | 837.00 |
| 03/17/14 | REVIEW AND ANALYZE CASES CITED BY DEFENDANTS IN SUPPORT OF THEIR ARGUMENTS REGARDING RECHARACTERIZATION AND SOLVENCY IN THE MOTION TO DISMISS. | | | |
| | JOSH GADHARF | 1.50 hours at | 310.00/hr | 465.00 |

159.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

03/27/14   REVIEW AND ANALYZE CASELAW AND STATUTORY LAW IN
SUPPORT OF RECHARACTERIZATION AND FRAUDULENT TRANSFER
CLAIMS IN ADVANCE OF DRAFTING AMENDED COMPLAINT
(2.5); TELEPHONE CONFERENCE WITH M. MARCUS AND P.
BERK REGARDING DRAFTING AMENDED COMPLAINT (.4).                          -124.00
JOSH GADHARF                 2.90 hours at   310.00/hr      899.00

03/27/14   REVIEW CORRESPONDENCE FROM H. ADELMAN RE STANDING
ISSUES (.1); CONFERENCE WITH D. AGAY RE SAME (.2);
REVIEW, REVISE JOINT STATUS REPORT TO DISTRICT COURT
(.4); CORRESPOND WITH D. AGAY RE SAME (.2);
CONFERENCE WITH P. BERK AND J. GADHARF RE AMENDING
COMPLAINT (.5).
MICAH E. MARCUS              1.40 hours at   485.00/hr      679.00

03/28/14   EDIT AND REVISE AMENDED COMPLAINT.
PETER BERK                   2.70 hours at   465.00/hr    1,255.50

03/28/14   CALL TO J. GADHARF RE: AMENDED COMPLAINT (.2); CALL
TO M. MARCUS RE: SAME (.2).
MANJU GUPTA                  0.40 hours at   310.00/hr      124.00

03/28/14   REVIEW AND ANALYZE 2007 AND 2008 KEYWELL SHAREHOLDER
TRANSFERS (1.5); MULTIPLE TELEPHONE CONFERENCES WITH
AND EMAIL CORRESPONDENCE TO R. NEWMAN REGARDING SAME
(.5); DRAFT AMENDED COMPLAINT (2.9).
JOSH GADHARF                 4.90 hours at   310.00/hr    1,519.00

03/31/14   DRAFT APPEARANCES FOR D. AGAY, M. MARCUS AND J.
GADHARF AND ELECTRONICALLY FILE SAME WITH DISTRICT
COURT.
LESLIE BURRELL              0.70 hours at   225.00/hr      157.50

03/31/14   EDIT AND REVISE AMENDED COMPLAINT (4.1); RESEARCH
REGARDING TOLLING STATUTES OF LIMITATIONS (.8).
PETER BERK                   4.90 hours at   465.00/hr    2,278.50

03/31/14   CORRESPONDENCE WITH P. BERK RE: EQUITABLE TOLLING.
MANJU GUPTA                  0.20 hours at   310.00/hr       62.00

03/31/14   PREPARE AMENDED COMPLAINT (2.4); REVIEW AND ANALYZE
CASELAW REGARDING RECHARACTERIZATION CLAIMS AND
FRAUDULENT TRANSFER CLAIMS (.3); REVIEW AND ANALYZE
DOCUMENTS PRODUCED BY DEBTOR AND NEWKEY POTENTIALLY
RESPONSIVE TO CLAIMS IN AMENDED COMPLAINT (2.7).

-124.00

**McDonald**Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   PLAN OF LIQUIDATION
      38577-00007

| | | | |
|---|---|---|---|
| 04/09/14 | ANALYZE ISSUE OF LIQUIDATING TRUST AS OPPOSED TO PLAN ADMINISTRATOR. | | |
| | SEAN D MALLOY | 0.30 hours at   525.00/hr | 157.50 |
| 04/11/14 | REVIEW FACTUAL ISSUES TO APPLY TO LIQUIDATING TRUST/PLAN ADMINISTRATOR ISSUE FOR PLAN (.7); CORRESPONDENCE TO STAPLETON AND NEWMAN RE: SAME (.3). | | |
| | SEAN D MALLOY | 1.00 hours at   525.00/hr | 525.00 |
| 04/14/14 | CALL WITH AGAY AND GADHARF RE: PLAN PROCESS, STRATEGY AND OPTIONS (.5); CORRESPONDENCE TO STAPLETON AND NEWMAN RE: PLAN (.1). | | |
| | SEAN D MALLOY | 0.60 hours at   525.00/hr | 315.00 |
| 04/14/14 | TELEPHONE CONFERENCE WITH H. ADELMAN REGARDING DEBTOR REFUSING TO PURSUE CH. 11 PLAN. | | |
| | DAVID AGAY | 0.40 hours at   525.00/hr | 210.00 |
| 04/14/14 | TELEPHONE CONFERENCE WITH D. AGAY, S. MALLOY, AND M. MARCUS REGARDING PLAN OF LIQUIDATION (.2); REVIEW AND ANALYZE CURRENT VERSION OF SAME IN WAKE OF DEBTOR'S COUNSEL'S DISCLOSURE THAT IT WILL LET THE EXCLUSIVITY PERIOD RUN (.5). | ⑤  -62.00 | |
| | JOSH GADHARF | 0.70 hours at   310.00/hr | 217.00 |
| 04/14/14 | ATTEND CONFERENCE WITH D. AGAY, S. MALLOY AND J GADHARF RE STRATEGY ON COMMITTEE PLAN. | ⑤  -242.50 | |
| | MICAH E. MARCUS | 0.50 hours at   485.00/hr | 242.50 |
| 04/15/14 | CALL WITH STAPLETON, NEWMAN AND AGAY RE: COMMITTEE FILING PLAN AND STRATEGY (.5); CALL WITH AGAY RE: CLAIMS AND POTENTIAL CONVENIENCE CLASS OPTIONS (.3). | | |
| | SEAN D MALLOY | 0.80 hours at   525.00/hr | 420.00 |
| 04/15/14 | TELEPHONE CONFERENCE WITH R. NEWMAN, K. STAPLETON AND S. MALLOY REGARDING STRATEGY FOR FILING PLAN OF LIQUIDATION (.5); REVIEW KEYWELL RUST OMNI CLAIMS REPORT TO FINALIZE APPROPRIATE PLAN CLASSIFICATION SCHEME (1.2). | | |

-304.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |
|---|---|---|---|
| | DAVID AGAY | 1.70 hours at 525.00/hr | 892.50 |

04/15/14 CONFERENCE WITH D. AGAY RE PLAN STRATEGY RE FUTURE
LITIGATION MATTERS.
MICAH E. MARCUS                0.30 hours at    485.00/hr    145.50

04/16/14 REVIEW OF PLAN RESEARCH RE: TREATMENT OF CERTAIN
CLAIMS (.3); MULTIPLE CALLS WITH AGAY RE: PLAN
STRATEGY AND DECISIONS ON CLAIMS TREATMENT (4.);
CORRESPONDENCE WITH CREDITOR (JOSEPHSON) RE: PLAN
(.3).
SEAN D MALLOY                 1.00 hours at    525.00/hr    525.00

04/16/14 CONFERENCE WITH MALLOY REGARDING PLAN ISSUE (.20);
CALL WITH AGAY AND MALLOY TO DISCUSS POTENTIAL        _-350.00_
COMMITTEE PLAN (.50).                    ⑤
SCOTT N OPINCAR              0.70 hours at    500.00/hr    350.00

04/16/14 TELEPHONE CONFERENCE WITH S. MALLOY AND S. OPINCAR
REGARDING PLAN CLASSIFICATION SCHEME (.5); RESEARCH
REGARDING TREATMENT OF SECURED CLASS UNDER
LIQUIDATION PLAN (1.2); REVIEW CLAIMS SPREADSHEET FOR
PLAN CLASSIFICATION SCHEME (.4).
DAVID AGAY                   2.10 hours at    525.00/hr  1,102.50

04/18/14 RESEARCH AND ANALYZE CASELAW AND STATUTORY LAW, AND
PREVIOUSLY FILED PLANS REGARDING PROPER TREATMENT OF
NEWKEY CLAIMS IN PLAN OF LIQUIDATION.
JOSH GADHARF                 1.20 hours at    310.00/hr    372.00

04/20/14 RESEARCH AND ANALYZE CASELAW AND STATUTORY LAW, AND
PREVIOUSLY FILED PLANS REGARDING PROPER TREATMENT OF
NEWKEY CLAIMS IN PLAN OF LIQUIDATION.
JOSH GADHARF                 0.20 hours at    310.00/hr     62.00

04/21/14 REVIEW RESEARCH RE: NEWKEY PLAN TREATMENT.
SEAN D MALLOY                0.30 hours at    525.00/hr    157.50

04/21/14 LENGTHY TELEPHONE CONFERENCE WITH J. GADHARF
REGARDING PLAN CONFIRMATION RESEARCH ISSUES RELATIVE
TO TREATMENT OF SECURED DEBT.
DAVID AGAY                   0.30 hours at    525.00/hr    157.50

04/21/14 RESEARCH AND ANALYZE CASELAW AND STATUTORY LAW, AND
PREVIOUSLY FILED PLANS REGARDING PROPER TREATMENT OF
NEWKEY CLAIMS IN PLAN OF LIQUIDATION.

_-350.00_

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMUNICATIONS
      38577-00009

04/03/14   CORRESPOND AND CONFERENCE WITH COUNSEL FOR [REDACTED]
           CREDITOR RE PROPOSED SETTLEMENT.
           MICAH E. MARCUS            0.40 hours at    485.00/hr        194.00

04/15/14   DRAFT EMAIL CORRESPONDENCE TO COUNSEL FOR INSIDERS
           REGARDING 2009 DEFERRED COMP AGREEMENTS.
           DAVID AGAY                 0.10 hours at    525.00/hr         52.50

04/16/14   CORRESPONDENCE TO COMMITTEE RE: UPDATE ON PLAN
           PROCESS AND OTHER ISSUES.
           SEAN D MALLOY              0.40 hours at    525.00/hr        210.00

04/18/14   CORRESPONDENCE TO COMMITTEE RE: NEXT CONFERENCE CALL.
           SEAN D MALLOY              0.10 hours at    525.00/hr         52.50

04/21/14   CORRESPONDENCE TO COMMITTEE RE: UPDATE (.1); CALL
           WITH CREDITOR (DEVINE) RE: NEWKEY LITIGATION (.4).
           SEAN D MALLOY              0.50 hours at    525.00/hr        262.50

04/21/14   DRAFT SLIDES REGARDING PLAN PROCESS FOR COMMITTEE
           MEETING.
           DAVID AGAY                 0.70 hours at    525.00/hr        367.50

04/22/14   CALL WITH AGAY RE: COMMITTEE CALL AND PLAN (.2);
           PREPARE FOR COMMITTEE CALL (.4).
           SEAN D MALLOY              0.60 hours at    525.00/hr        315.00

04/23/14   REVIEW MATERIALS FROM ALVAREZ AND PREPARE FOR
           COMMITTEE MEETING (.4); CALL WITH AGAY RE: OPEN
           ISSUES AND APPROACH FOR MEETING (.3); ATTEND AND
           PARTICIPATE IN TELEPHONIC COMMITTEE MEETING (1.3).
           SEAN D MALLOY              2.00 hours at    525.00/hr      1,050.00

04/23/14   LENGTHY TELEPHONE CONFERENCE WITH CREDITORS'  (5)
           COMMITTEE REGARDING PLAN PROCESS, LITIGATION STATUS,
           AND VARIOUS OTHER MATTERS IN THE CASE.            -682.50
           DAVID AGAY                 1.30 hours at    525.00/hr        682.50

04/30/14   CORRESPONDENCE WITH U.S. TRUSTEE REGARDING
           RESIGNATION OF COMMITTEE MEMBER.

-682.50

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Invoices Due Upon Receipt

RE:   ADVERSARY PROCEEDINGS
      38577-00013

04/01/14   RESEARCH AND REVIEW CASES REGARDING EQUITABLE
           TOLLING.
           PETER BERK            1.80 hours at   465.00/hr    837.00

04/01/14   DRAFT AMENDED COMPLAINT, INCLUDING REVISIONS TO
           CLAIMS FOR FRAUDULENT TRANSFER, RECHARACTERIZATION,
           AND BREACH OF FIDUCIARY DUTY.
           JOSH GADHARF          5.70 hours at   310.00/hr  1,767.00

04/02/14   CALL WITH MARCUS RR: AMENDED COMPLAINT, TIMING AND
           DISCOVERY.
           SEAN D MALLOY         0.30 hours at   525.00/hr    157.50

04/02/14   CONTINUE DRAFTING AMENDED COMPLAINT, INCLUDING
           REVISIONS TO CLAIMS FOR FRAUDULENT TRANSFER,
           RECHARACTERIZATION, AND BREACH OF FIDUCIARY DUTY.
           JOSH GADHARF          5.50 hours at   310.00/hr  1,705.00

04/02/14   CORRESPOND AND TELECONFERENCE WITH E. BUCK RE    (5)
           SUBPOENA RESPONSE (.4); TELECONFERENCE WITH S. MALLOY
           RE TIMING ON PLEADINGS AND SUBPOENA ISSUES (.3);   7
           DRAFT LETTER TO H. ADELMAN RE STANDING ISSUES (.4).        *145.50*
           MICAH E. MARCUS       1.10 hours at   485.00/hr    533.50

04/03/14   EDIT AND REVISE AMENDED COMPLAINT.
           PETER BERK            0.90 hours at   465.00/hr    418.50

04/03/14   EDIT AND REVISE LETTER TO H. ADELMAN RE STANDING
           ISSUES.
           MICAH E. MARCUS       0.40 hours at   485.00/hr    194.00

04/04/14   EDIT AND REVISE AMENDED COMPLAINT.
           PETER BERK            1.90 hours at   465.00/hr    883.50

04/07/14   CALL WITH AGAY RE: INSURANCE CLAIM ISSUES RELATED TO
           NEWKEY ADVERSARY.
           SEAN D MALLOY         0.20 hours at   525.00/hr    105.00

04/07/14   EDIT AND REVISE AMENDED COMPLAINT.
           PETER BERK            2.70 hours at   465.00/hr  1,255.50

*-145.50*

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 04/07/14 | CONFERENCES WITH D. AGAY RE STRATEGY AND REPORT ON HEARING AND CONFERENCE WITH COUNSEL FOR DEBTOR. | | |
| | MICAH E. MARCUS | 0.40 hours at 485.00/hr | 194.00 |
| 04/08/14 | REVIEW AND REVISE COMPLAINT (2.3); REVIEW M. SHEFFIECK DEPOSITION RE VARIOUS ADMISSIONS RE SAME (.3). | | |
| | MICAH E. MARCUS | 2.60 hours at 485.00/hr | 1,261.00 |
| 04/10/14 | REVIEW DEFERRED COMPENSATION AGREEMENTS AND PRE-PETITION PAYMENTS TO INSIDERS RELATING TO SAME FOR PURPOSES OF DETERMINING POTENTIAL PREFERENCE CLAIMS (1.4); RESEARCH CASES REGARDING SAME (1.1); TELEPHONE CONFERENCE WITH S. MALLOY REGARDING SAME (.2). | | |
| | DAVID AGAY | 2.70 hours at 525.00/hr | 1,417.50 |
| 04/11/14 | REVIEW AND REVISE AMENDED COMPLAINT. | | |
| | MICAH E. MARCUS | 2.00 hours at 485.00/hr | 970.00 |
| 04/14/14 | RESEARCH REGARDING SUBORDINATION OF NEWKEY DEBT BY BANK OF AMERICA. | | |
| | PETER BERK | 0.50 hours at 465.00/hr | 232.50 |
| 04/14/14 | REVIEW DEFERRED COMPENSATION AGREEMENTS FOR INSIDERS AND AMENDMENTS REGARDING SAME (.7); REVIEW DEFERRED COMPENSATION CLAIMS FILED BY INSIDERS AGAINST THE ESTATE (.5). | | |
| | DAVID AGAY | 1.20 hours at 525.00/hr | 630.00 |
| 04/14/14 | EMAIL CORRESPONDENCE TO D. AGAY REGARDING AVOIDABILITY OF DEFERRED COMPENSATION PAYMENTS MADE BY COMPANY PRE-PETITION (.4); RESEARCH AND ANALYZE CASELAW AND STATUTORY LAW REGARDING SAME (2.7). | | |
| | JOSH GADHARF | 3.10 hours at 310.00/hr | 961.00 |
| 04/14/14 | CONFERENCES WITH P. BERK RE FACTUAL ISSUE RE AMENDED COMPLAINT (.4); EDIT AND REVISE AMENDED COMPLAINT (1.8). | | |
| | MICAH E. MARCUS | 2.20 hours at 485.00/hr | 1,067.00 |
| 04/15/14 | TELEPHONE CONFERENCE WITH M. MARCUS AND J. GADHARF REGARDING COORDINATION AND EDITING AMENDED COMPLAINT. | | |
| | PETER BERK | 0.60 hours at 465.00/hr | 279.00 |

(5)

-229.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

04/15/14   REVIEW AND ANALYZE DOCUMENTS PRODUCED BY DEBTOR AND
           NEWKEY RESPONSIVE TO CLAIMS AND ISSUES RELATED TO THE
           PRE-PETITION LIQUIDATION OF INVENTORY (.5); TELEPHONE
           CONFERENCE WITH M. MARCUS AND P. BERK REGARDING
           AMENDED COMPLAINT (.3); REVISE AMENDED COMPLAINT
           (3.9).
           JOSH GADHARF              4.70 hours at   310.00/hr   1,457.00      -93.00

04/15/14   CONFERENCE WITH J. GADHARF, P. BERK RE REVISIONS TO
           AMENDED COMPLAINT.
           MICAH E. MARCUS           0.60 hours at   485.00/hr     291.00

04/16/14   REVIEW DEFERRED COMPENSATION CLAIMS AND LEGAL
           ANALYSIS OF POTENTIAL DEFENSES.
           SEAN D MALLOY             0.80 hours at   525.00/hr     420.00

04/16/14   RESEARCH REGARDING INTENTIONAL FRAUD FOR FRAUDULENT
           CONVEYANCE AND IMPUTATION OF INTENT.
           PETER BERK                1.30 hours at   465.00/hr     604.50

04/16/14   REVIEW AND REVISE AMENDED COMPLAINT VERSUS NEWKEY
           (1.6); OFFICE CONFERENCE WITH M. MARCUS REGARDING
           SAME (.4).
           DAVID AGAY                2.00 hours at   525.00/hr   1,050.00

04/16/14   REVIEW KEYWELL SOFA'S REGARDING COMPENSATION TO
           INSIDERS DURING PREFERENCE PERIOD (.2);
           CORRESPONDENCE WITH E. BUCK REGARDING SAME (.1).
           DAVID AGAY                0.30 hours at   525.00/hr     157.50

04/16/14   REVISE AMENDED COMPLAINT (5.2); REVIEW AND ANALYZE
           CASELAW AND STATUTORY LAW REGARDING CLAIMS IN AMENDED
           COMPLAINT (1.4); REVIEW AND ANALYZE DOCUMENTS
           PRODUCED BY DEBTOR AND NEWKEY REGARDING CLAIMS IN
           AMENDED COMPLAINT (1.2).
           JOSH GADHARF              7.80 hours at   310.00/hr   2,418.00

04/16/14   CORRESPOND WITH S. TOWBIN RE L. TAUBER AND HORING
           ALLEGATIONS (.2); CORRESPOND WITH J. GADHARF RE
           REVISIONS TO COMPLAINT (.1).
           MICAH E. MARCUS           0.30 hours at   485.00/hr     145.50

-93.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   DEBTOR COMMUNICATIONS
      38577-00014

04/08/14   PREPARE FOR CALL WITH ADELMAN, BUCK, AND CHAIKEN,
           INCLUDING REVIEW OF INSURANCE POLICY ISSUES (.3);
           CALL WITH AGAY RE: AGENDA FOR CALL AND APPROACH (.2);
           CONFERENCE CALL WITH ADELMAN, BUCK, CHAIKEN, AND AGAY
           RE: NEXT STEPS IN CASE INCLUDING PLAN, D&O INSURANCE,
           CLAIMS, AND FREWSBURG ENVIRONMENTAL (1.2); FOLLOW-UP
           CALL WITH AGAY RE: SAME (.1).
           SEAN D MALLOY            1.80 hours at   525.00/hr   945.00

04/08/14   TELEPHONE COMMUNICATION WITH S. MALLOY, H. ADELMAN,
           S. CHAIKEN AND E. BUCK REGARDING FREWESBERG,
           LIQUIDATING PLAN, D&O INSURANCE CLAIM, AND OTHER  (5)   -367.50
           MISCELLANEOUS MATTERS.
           DAVID AGAY              0.70 hours at   525.00/hr   367.50

04/09/14   TELEPHONE CONFERENCE WITH H. ADELMAN REGARDING
           DEBTOR'S EXCLUSIVITY (.4); EMAIL CORRESPONDENCE TO H.
           ADELMAN REGARDING SAME (.2).
           DAVID AGAY              0.60 hours at   525.00/hr   315.00

04/22/14   TELEPHONE CONFERENCE WITH T. STALLKAMP REGARDING WORK
           DONE BY DEBTOR/CONWAY ON LIFO RESERVE ANALYSIS (.2);
           REVIEW CORRESPONDENCE AND MATERIALS FROM T. STALLAMP
           REGARDING SAME (1.8).
           DAVID AGAY              2.00 hours at   525.00/hr   1,050.00

04/23/14   CONFERENCE CALL WITH DEBTOR PROFESSIONAL TEAM
           REGARDING PLAN ISSUES AND OTHER OPEN ISSUES, MEETING
           INCLUDED ADELMAN AND STALLKAMP AND COVERED TOPICS
           INCLUDING PLAN, DISCLOSURE STATEMENT LIQUIDATION   (5)   -682.50
           ANALYSIS, AND ENVIRONMENTAL CLAIMS.
           SEAN D MALLOY           1.30 hours at   525.00/hr   682.50

04/23/14   LENGTHY MEETING WITH DEBTORS' PROFESSIONALS (ADELMAN,
           BUCK, STALLKAMP) AND S. MALLOY REGARDING SEVERAL
           PENDING MATTERS IN THE BANKRUPTCY CASE AND THE
           CHAPTER 11 PLAN PROCESS.
           DAVID AGAY              1.70 hours at   525.00/hr   892.50

                                                              -1,050.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| 05/08/14 | E-MAIL CORRESPONDENCE REGARDING FREWSBURG RFP FOR ASSUMPTION OF REMEDIATION PROJECT (.2); REVIEW RFP PROPOSAL SENT BY DEBTORS COUNSEL (.6); BEGIN REVIEW OF ORDER OF CONSENT RELATING TO FREWSBURG (.2).  THEODORE J ESBORN | 1.00 hours at 620.00/hr | 620.00 |

| 05/08/14 | REVISE SOLICITATION PROCEDURES MOTION TO INCORPORATE CURE AND REJECTION DAMAGES CLAIMS PROCEDURES (.8); TELEPHONE CONFERENCE WITH RUST OMNI REGARDING SOLICITATION PROCEDURES MOTION (.5); PREPARE FOR SAME (.3); EMAIL CORRESPONDENCE TO RUST OMNI REGARDING SAME (.2).  JOSH GADHARF | 1.80 hours at 310.00/hr | 558.00 |

| 05/09/14 | PREPARE LEGAL ANALYSIS OF BEST INTEREST TEST ON FACTS OF CASE.  SEAN D MALLOY | 0.30 hours at 525.00/hr | 157.50 |

| 05/09/14 | DETAILED REVIEW AND COMMENTS ON SOLICITATION MOTION (.7); CORRESPONDENCE TO J. GADHARF AND S. MALLOY REGARDING SAME (.1)  DAVID AGAY | 0.80 hours at 525.00/hr | 420.00 |

| 05/12/14 | PREPARATION FOR TELEPHONE CALL REGARDING FREWSBURG (1.0); TELEPHONE CALL WITH MR. AGAY REGARDING RFP FOR FREWSBURG SITE (.5); E-MAIL EXCHANGE WITH BRUCE WHITE REGARDING SAME (.2).  THEODORE J ESBORN | 1.70 hours at 620.00/hr | 1,054.00 |

| 05/12/14 | CONTINUE TO DRAFT DISCLOSURE STATEMENT (9.7); CALL WITH AGAY RE: PLAN CONFIRMATION STRATEGY (.3); REVIEW GADHARF RESEARCH RE: PLAN CONFIRMATION (.4).  SEAN D MALLOY | 10.40 hours at 525.00/hr | 5,460.00 |

| 05/12/14 | TELEPHONE CONFERENCE WITH T. ESBORN REGARDING FREWESBURG ENVIRONMENTAL ISSUES.  DAVID AGAY | 0.30 hours at 525.00/hr | 157.50 |

(5) 157.50

| 05/12/14 | REVISE SOLICITATIONS PROCEDURES MOTION AND RELATED EXHIBITS (.8); TELEPHONE CONFERENCE WITH D. AGAY REGARDING SAME (.2).  JOSH GADHARF | 1.00 hours at 310.00/hr | 310.00 |

{4959961:}

-157.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

05/14/14   COMMENCED REVIEW OF REVISED PLAN FOR KEY ISSUES (.6);
           COMMENCED REVIEW OF DISCLOSURE STATEMENT FOR TAX
           ISSUES (.6).
           BRIAN J JEREB              1.20 hours at    490.00/hr    588.00

05/14/14   EDIT SECTIONS OF DISCLOSURE STATEMENT (1.9); OFFICE
           WORKING CONFERENCE CALL WITH GADHARF RE: CERTAIN
           TERMS OF PLAN AND DISCLOSURE STATEMENT (.6); WORKING
           CALL WITH AGAY RE: PLAN STRATEGY (.3); EDIT PLAN
           (1.8); CORRESPONDENCE TO NEWMAN AND STAPLETON RE:
           DISCLOSURE STATEMENT (.1); REVIEW RESPONSE RE: SAME
           (.1); CORRESPONDENCE TO GADHARF RE: DISCLOSURE
           STATEMENT CHANGES (.2); CONFERENCE CALL WITH AGAY AND
           GADHARF RE: SOLICITATION MATTERS AND FILING OF PLAN
           AND DISCLOSURE STATEMENT (.3).
           SEAN D MALLOY              5.30 hours at    525.00/hr   2,782.50

05/14/14   RESEARCH LOCAL RULES RE: FILING OF PLAN AND
           DISCLOSURE STATEMENT.
           DANIEL REYNOLDS           0.50 hours at    215.00/hr    107.50

05/14/14   FINAL REVISIONS TO KEYWELL PLAN (.3); REVIEW DRAFT
           DISCLOSURE STATEMENT (.6); CORRESPONDENCE REGARDING
           RFP RELATING TO FREWESBURG ENVIRONMENTAL MONITORING
           (.2).
           DAVID AGAY                1.10 hours at    525.00/hr    577.50

05/14/14   REVIEW AND REVISE SOLICITATION PROCEDURES MOTION
           (2.4); REVIEW AND REVISE EXHIBITS TO SAME (1.6).
           JOSH GADHARF              4.00 hours at    310.00/hr   1,240.00

05/14/14   REVIEW AND REVISE PLAN AND DISCLOSURE STATEMENT
           (4.1); MULTIPLE TELEPHONE CONFERENCES WITH D. AGAY      -248.00
           AND S. MALLOY REGARDING SAME (.8).
           JOSH GADHARF              4.90 hours at    310.00/hr   1,519.00

05/15/14   E-MAIL MEMORANDUM TO ATTORNEY WHITE REGARDING
           REVISIONS, INDEMNITIES, AND RFP RECIPIENTS.
           THEODORE J ESBORN         0.60 hours at    620.00/hr    372.00

05/15/14   REVIEW E-MAIL FROM MR. WHITE REGARDING NEW REVISIONS
           TO RFP.
           THEODORE J ESBORN         0.50 hours at    620.00/hr    310.00

05/15/14   FOLLOW UP CONCERNING PLAN AND DISCLOSURE STATEMENT.

{4959961:}

-248.00

McDonald**Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

05/16/14   REVIEW/EDIT/FINALIZE PLAN TERMS (1.5); MULTIPLE
           INTERNAL CALLS WITH GADHARF RE: SAME (.4);
           CORRESPONDENCE TO NEWMAN AND STAPLETON RE:
           CONVENIENCE CLASS ECONOMICS (.3); REVIEW PROPOSED
           PLAN LANGUAGE (.2); REVIEW/EDIT/FINALIZE DISCLOSURE
           STATEMENT TERMS (1.7); MULTIPLE INTERNAL CALLS WITH
           GADHARF RE: SAME (.3); REVIEW TAX CHANGES TO
           DISCLOSURE STATEMENT (.3); CALL WITH JEREB RE: SAME
           (.2).
           SEAN D MALLOY           4.90 hours at   525.00/hr   2,572.50

05/16/14   REVISE NOTICES OF PLAN FILING (.9); ASSIST J. GADHARF
           IN FINALIZING PLAN OF LIQUIDATION (1.2).
           DANIEL REYNOLDS         2.10 hours at   215.00/hr     451.50

05/16/14   MAKE FINAL REVISIONS TO PLAN IN ADVANCE OF FILING          -372.00
           (2.1); MAKE FINAL REVISIONS TO DISCLOSURE STATEMENT
           IN ADVANCE OF FILING (2.0); MAKE FINAL REVISIONS TO
           LIQUIDATION ANALYSIS IN ADVANCE OF FILING (.7);
           MULTIPLE TELEPHONE CONFERENCES WITH S. MALLOY AND D.
           REYNOLDS REGARDING SAME (.8); PREPARE DISCLOSURE FOR
           E-FILING DOCUMENTS AFTER PETITION FOR M. SLOAT,
           COMMITTEE CHAIR (.4); PREPARE FOR AND FILE PLAN,
           DISCLOSURE STATEMENT, SOLICITATION PROCEDURES MOTION,
           AND DECLARATION (1.8).
           JOSH GADHARF            7.80 hours at   310.00/hr   2,418.00

05/19/14   REVIEWING LEGAL OPINION ON DISCHARGABILITY OF CLEAN-
           UP CLAIM RELATING TO FREWSBURG, NEW YORK FACILITY
           PROPOSED BY DEBTOR'S COUNSEL.
           THEODORE J ESBORN       1.00 hours at   620.00/hr     620.00

05/19/14   REVIEW WHITE ENVIRONMENTAL MEMO AND  RELATED CASE LAW
           (1.8); DEVELOP STRATEGY RE: FREWSBURG RE: SAME (.5).
           SEAN D MALLOY           2.30 hours at   525.00/hr   1,207.50

05/19/14   INTERNAL WORKING CALL WITH AGAY ABOUT ANTICIPATED
           PLAN OBJECTIONS AND STRATEGY.
           SEAN D MALLOY           0.60 hours at   525.00/hr     315.00

05/20/14   DEVELOP PLAN STRATEGY RELATED TO NEWKEY ISSUES.
           SEAN D MALLOY           0.30 hours at   525.00/hr     157.50

-372.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 05/14/14 | ATTEND COMMITTEE CALL AND TAKE MINUTES OF COMMITTEE CALL. | | | |
| | DANIEL REYNOLDS | 1.30 hours at | 215.00/hr | 279.50 |
| 05/14/14 | TELEPHONE CONFERENCE WITH CREDITORS' COMMITTEE REGARDING PLAN, DISCLOSURE STATEMENT AND SOLICITATION PROCESS. | | | _-426.00_ |
| | DAVID AGAY ⑤ | 0.80 hours at | 525.00/hr | 420.00 |
| 05/21/14 | MULTIPLE CALLS WITH Y. GORDON OF CREDITOR HAIN CAPITAL RESPONDING TO HAIN'S INQUIRIES REGARDING CASE STATUS. | | | |
| | JOSH GADHARF | 0.30 hours at | 310.00/hr | 93.00 |
| 05/22/14 | FOLLOW UP CALL WITH HAIN CAPITAL REGARDING INQUIRIES INTO STATUS OF BANKRUPTCY CASE. | | | |
| | JOSH GADHARF | 0.20 hours at | 310.00/hr | 62.00 |
| 05/28/14 | PREPARE FOR COMMITTEE CONFERENCE CALL. | | | |
| | SEAN D MALLOY | 0.30 hours at | 525.00/hr | 157.50 |
| 05/29/14 | CALL WITH AGAY RE: PLANNING FOR COMMITTEE TELEPHONIC MEETING (.2); ATTEND AND PARTICIPATE IN COMMITTEE TELEPHONIC MEETING (.5). | | | |
| | SEAN D MALLOY | 0.70 hours at | 525.00/hr | 367.50 |
| 05/29/14 | ATTEND COMMITTEE CALL AND TAKE MINUTES OF COMMITTEE CALL. | | | |
| | DANIEL REYNOLDS | 0.60 hours at | 215.00/hr | 129.00 |
| 05/29/14 | ATTEND CREDITOR COMMITTEE MEETING RE CASE STRATEGY ⑤ AND DISCUSSIONS WITH COUNSEL FOR DEFENDANTS. | | | _-242.50_ |
| | MICAH E. MARCUS | 0.50 hours at | 485.00/hr | 242.50 |

TOTAL FEES FOR MATTER:  38577-00009      $ 3,615.50

{4959961:}

_-662.50_

McDonald Hopkins LLC                     P: 216.348.5400
Suite 2100                               F: 216.348.5474
600 Superior Avenue, E                   mcdonaldhopkins.com
Cleveland, Ohio  44114                   Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

05/20/14   REVIEW AND REVISE 9019 MOTION (.4); DRAFT NOTICE OF
           MOTION (.3); DRAFT AND REVISE SERVICE LIST (1.5);
           ASSEMBLE EXHIBITS TO MOTION (.4); REVIEW JUDGE'S
           STANDING ORDER REGARDING MOTION HEARING AND ORDER
           FORMAT (.2); REVIEW DOCKET TO DETERMINE ECF FILERS
           FOR SERVICE (.2); REVIEW AND REVISE PROPOSED ORDER
           (.4); ELECTRONICALLY FILE MOTION, EXHIBITS AND NOTICE
           (.5); ARRANGE FOR JUDGE'S COURTESY COPY AND MAILED
           SERVICE COPIES (.4); SUBMIT PROPOSED ORDER TO JUDGE
           AND OPPOSING COUNSEL (.2)
           LESLIE BURRELL           4.50 hours at   225.00/hr   1,012.50

05/20/14   REVIEW AND REVISE 9019 MOTION FOR SETTLEMENT WITH
           NEWMANS (2.8); REVIEW AND ANALYZE SERVICE RULES OF
           SAME (.3); MULTIPLE TELEPHONE CONFERENCES WITH AND
           EMAIL CORRESPONDENCE TO L. BURRELL REGARDING SAME
           (.4).
           JOSH GADHARF             3.50 hours at   310.00/hr   1,085.00

05/20/14   FINALIZE MOTION TO APPROVE SETTLEMENT AND ORDER RE
           SAME (.4); CONFERENCE WITH COUNSEL FOR DEFENDANTS RE
           REQUESTED EXTENSION TO RESPOND TO COMPLAINT AND
           MOTION FOR STANDING (.1); CORRESPOND WITH D. AGAY AND
           S. MALLOY RE SAME (.1); CONFERENCES AND CORRESPOND
           WITH D. AGAY RE IMPLICATION OF TIME ENTRIES ON
           LITIGATION (.2); REVIEW RECENT CASE AFFIRMING
           RECHARACTERIZATIONS AND SUBORDINATION OF DEBT UNDER
           BANKRUPTCY LAW (.4).
           MICAH E. MARCUS          1.20 hours at   485.00/hr     582.00

05/21/14   REVIEW OF COURT ORDER GRANTING LEAVE TO FILE EXCESS
           (.1); ELECTRONICALLY FILE BRIEF IN SUPPORT OF MOTION
           FOR STANDING AND EXHIBITS (.5); ARRANGE FOR SERVICE
           OF SAME (.2); TELEPHONE CALL TO JUDGE'S CLERK RE
           COURTESY COPY (.1).
           LESLIE BURRELL           0.90 hours at   225.00/hr     202.50

05/21/14   PREPARE FILING OF BRIEF IN SUPPORT OF STANDING MOTION
           IN WAKE OF COURT'S GRANTING OF MOTION TO EXCEED PAGE
           LIMIT.                        (2)
           JOSH GADHARF             0.20 hours at   310.00/hr      62.00

62.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 05/21/14 | CORRESPOND WITH H. ADELMAN RE BRIEFING SCHEDULE RE MOTION FOR STANDING (.1); CONFERENCE WITH D. AGAY RE HEARING ON MOTION FOR STANDING (.2).<br>MICAH E. MARCUS | 0.30 hours at   485.00/hr | 145.50 |
| 05/22/14 | CONFERENCE CALL WITH DEBTOR TEAM REGARDING DEFERRED COMPENSATION CLAIMS AND OTHER MATTERS, INCLUDING LITIGATION (.5); CORRESPONDENCE TO AGAY RE: SAME (.2).<br>SEAN D MALLOY | ⑤   0.70 hours at   525.00/hr | −367.50<br>367.50 |
| 05/22/14 | REVIEW COMPLAINT FILED BY KEYWELL METALS AGAINST JOYCE, NEWMAN, CRONIMET AND DEBTOR (1.1); TELEPHONE CONFERENCE WITH E. BUCK AND S. CHAIKEN REGARDING SAME (.4); TELEPHONE CONFERENCE WITH E. BUCK, S. CHAIKEN, R. NEWMAN, T. STALLKAMP AND S. MALLOY REGARDING DEFERRED COMP CLAIMS (.3).<br>DAVID AGAY | 1.80 hours at   525.00/hr | 945.00 |
| 05/23/14 | REVIEW TRO MOTION IN KEYWELL METALS ADVERSARY (.6); CORRESPONDENCE WITH M. MULLIN REGARDING SAME (.2).<br>DAVID AGAY | 0.80 hours at   525.00/hr | 420.00 |
| 05/23/14 | REVIEW CORRESPONDENCE RE KEYWELL OBJECTION TO SETTLEMENT (.1); CONFERENCE WITH D. AGAY RE SAME (.1); REVIEW RESPONSE RE KEYWELL SETTLEMENT OBJECTION (.1).<br>MICAH E. MARCUS | 0.30 hours at   485.00/hr | 145.50 |
| 05/25/14 | REVIEW NEWKEY OBJECTION TO SETTLEMENT WITH NEWMANS (.7); CORRESPONDENCE WITH M. MARCUS, S. MALLOY AND J. GADHARF REGARDING SAME (.3).<br>DAVID AGAY | 1.00 hours at   525.00/hr | 525.00 |
| 05/25/14 | REVIEW AND ANALYZE DEFENDANTS' OBJECTION TO 9019 MOTION (.3); REVIEW AND ANALYZE CASELAW AND STATUTORY LAW RELATING TO DEFENDANTS ARGUMENTS IN SAME (.6); DRAFT EMAIL CORRESPONDENCE TO D. AGAY, S. MALLOY, AND M. MARCUS REGARDING SAME (.2).<br>JOSH GADHARF | 1.10 hours at   310.00/hr | 341.00 |

−310.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  DEBTOR COMMUNICATIONS
     38577-00014


| | | | |
|---|---|---|---|
| 05/05/14 | REVIEW MATERIALS AND PREPARE FOR CONFERENCE CALL WITH DEBTOR TEAM (.3); CALL WITH AGAY RE: APPROACH FOR CALL ON CERTAIN ISSUES, INCLUDING INSURANCE AND LITIGATION (.2); CONFERENCE CALL WITH ADELMAN, BUCK, STALLKAMP, NEWMAN, AND AGAY RE: INSURANCE, LITIGATION, CLAIMS, ENVIRONMENTAL, TSA, AND OTHER OPEN ISSUES (1.0). | | |
| | SEAN D MALLOY | 1.50 hours at   525.00/hr | 787.50 |
| 05/05/14 | LENGTHY TELEPHONE CONFERENCE WITH H. ADELMAN, E. BUCK, S. CHAIKEN, T. STALLKAMP, R. NEWMAN AND S. MALLOY REGARDING STATUS OF OPEN ITEMS REGARDING WINDING DOWN THE CASE AND PLAN AND DISCLOSURE STATEMENT. | | |
| | DAVID AGAY | 1.10 hours at   525.00/hr | 577.50 |
| 05/12/14 | CONFERENCE CALL WITH STALLKAMP, AGAY, BUCK, AND CHAIKEN RE: OPEN ISSUES, INCLUDING ENVIRONMENTAL, LITIGATION, PLAN, RECEIVABLES, FREWSBURG, AND TRANSITION SERVICES AGREEMENT. | | |
| | SEAN D MALLOY | 0.90 hours at   525.00/hr | 472.50 |
| 05/12/14 | LENGTHY TELEPHONE CONFERENCE WITH S. CHAIKEN, E. BUCK, S. MALLOY AND T. STALLKAMP REGARDING SEVERAL PENDING MATTERS RELATING TO THE CASE (.9); REVIEW CORRESPONDENCE FROM S. TOWBIN TO H. ADELMAN (.2); CORRESPONDENCE TO H. ADELMAN REGARDING SAME (.2). | | |
| | DAVID AGAY | 1.30 hours at   525.00/hr | 682.50 |
| 05/19/14 | CONFERENCE CALL WITH DEBTOR PROFESSIONAL TEAM ON OPEN ISSUES, INCLUDING TRANSITION SERVICES AGREEMENT, INSURANCE, CBAS GOLDWIN, AND CLAIMS OBJECTIONS (.6); FOLLOW UP ON NEXT STEPS FOR CLAIMS AND CBAS (.3). | | |
| | SEAN D MALLOY | 0.90 hours at   525.00/hr | 472.50 |
| 05/19/14 | TELEPHONE CONFERENCE WITH S. CHAIKEN, R. NEWMAN, T. STALLKAMP AND E. BUCK REGARDING SEVERAL OPEN ITEMS RELATING TO EXIT PLANNING. | | |

*Handwritten annotations:* $25.00 ; ⑤ ; -472.50 ; ⑤

{4959961:}                                                      -997.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMITTEE INVESTIGATION
      38577-00018

| | | | |
|---|---|---|---|
| 05/07/14 | CONFERENCE WITH D. AGAY RE POTENTIAL PREFERENCE LITIGATION (.2); CONFERENCE WITH R. HIGGINS RE POTENTIAL CLAIMS AGAINST JOYCE RE SAME (.2). | | |
| | MICAH E. MARCUS | 0.40 hours at    485.00/hr | 194.00 |
| 05/12/14 | REVIEW CORRESPONDENCE RE RESPONSE TO DEFERRED COMP CLAIM DEMAND (.1); CONFERENCE WITH D. AGAY RE SAME (.1); CORRESPOND WITH D. AGAY AND COUNSEL FOR DEBTOR RE SAME (.1). | | |
| | MICAH E. MARCUS | 0.30 hours at    485.00/hr | 145.50 |
| 05/14/14 | REVIEW CORRESPONDENCE RE DEMAND TO PURSUE PREFERENCE ACTIONS. | | |
| | MICAH E. MARCUS | 0.10 hours at    485.00/hr | 48.50 |
| 05/19/14 | REVIEW POTENTIAL DEFERRED COMPENSATION PREFERENCE CLAIMS (.4); CONFERENCE CALL WITH AGAY RE: SAME (.2). | | |
| | SEAN D MALLOY | 0.60 hours at    525.00/hr | 315.00 |
| 05/19/14 | CONFERENCE WITH D. AGAY RE POTENTIAL CONVERSION ISSUE (.1); REVIEW DRAFT CORRESPONDENCE RE SAME (.1). | | -48.50 |
| | MICAH E. MARCUS | (5)  0.20 hours at    485.00/hr | 97.00 |
| 05/20/14 | REVIEW CORRESPONDENCE RE POTENTIAL PREFERENCE CLAIMS RE DEFERRED COMPENSATION PAYMENTS. | | |
| | MICAH E. MARCUS | 0.10 hours at    485.00/hr | 48.50 |
| 05/23/14 | CONFERENCE WITH D. AGAY RE POTENTIAL PREFERENCE CLAIMS AND KEYWELL LITIGATION WITH NEWMAN AND JOYCE. | | |
| | MICAH E. MARCUS | 0.30 hours at    485.00/hr | 145.50 |

                    TOTAL FEES FOR MATTER:  38577-00018        $    994.00

{4959961:}

-48.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   DISPOSITION OF ASSETS
      38577-00006

| | | |
|---|---|---|
| 06/04/14 | REVIEW PACER DOCKETS FOR UPDATES TO MAIN AND ADVERSARY CASES AND E-MAIL SAME TO D. AGAY, J. GADHARF, M. GOLDSAND, S. OPINCAR, S. MALLOY, M. GUPTA AND D. REYNOLDS AND UPDATE CALENDARS ACCORDINGLY | |
| | DEBORAH G BARROW       0.40 hours at   240.00/hr | 96.00 |
| 06/10/14 | REVIEW PACER DOCKETS FOR UPDATES TO MAIN AND ADVERSARY CASES AND E-MAIL SAME TO D. AGAY, J. GADHARF, M. GOLDSAND, S. OPINCAR, S. MALLOY, M. GUPTA AND D. REYNOLDS. | |
| | DEBORAH G BARROW       0.60 hours at   240.00/hr | 144.00 |
| 06/11/14 | CALL WITH AGAY RE: KEYWELL METALS SETTLEMENT. | |
| | SEAN D MALLOY          0.20 hours at   525.00/hr | 105.00 |
| 06/12/14 | REVIEW KW METALS SETTLEMENT PROPOSAL (.5);CALL WITH AGAY RE: SAME (.3). | |
| | SEAN D MALLOY          0.80 hours at   525.00/hr | 420.00 |
| 06/12/14 | REVIEW PROPOSED SETTLEMENT WITH KEYWELL METALS (.3); TELEPHONE CONFERENCE WITH S. MALLOY REGARDING SAME (.2); TELEPHONE CONFERENCE WITH S. MALLOY AND R. NEWMAN REGARDING SAME (.5). | |
| | DAVID AGAY             1.00 hours at   525.00/hr | 525.00 |
| 06/13/14 | CONFERENCE CALL WITH DEBTORS' RE: KW METALS ADVISORS, D. AGAY AND S. MALLOY SETTLEMENT OFFER. | -472.50 |
| | SEAN D MALLOY          0.90 hours at   525.00/hr | 472.50 |
| 06/13/14 | LENGTHY TELEPHONE CONFERENCE WITH DEBTORS ADVISORS, S. MALLOY AND R. NEWMAN REGARDING PROPOSED SETTLEMENT WITH KEYWELL METALS. | |
| | DAVID AGAY             1.20 hours at   525.00/hr | 630.00 |
| 06/14/14 | REVIEW PACER DOCKET FOR UPDATES TO MAIN AND ADVERSARY CASES AND E-MAIL SAME TO D. AGAY, J. GADHARF, M. GOLDSAND, S. OPINCAR, S. MALLOY, M. GUPTA AND D. REYNOLDS AND UPDATE CALENDARS ACCORDINGLY. | |
| | DEBORAH G BARROW       0.80 hours at   240.00/hr | 192.00 |

{5012051:}

-472.50

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| 06/14/14 | REVIEW AND RESPOND TO EMAIL FROM AGAY RE: AMENDED ADVERSARY COMPLAINT. | | |
| | DEBORAH G BARROW | 0.20 hours at  240.00/hr | 48.00 |
| 06/16/14 | UPDATE INTERNAL WORK-IN-PROGRESS MEMORANDUM WITH NEW DEADLINES AND STATUS UPDATES. | | |
| | JOSH GADHARF | 0.40 hours at  310.00/hr | 124.00 |
| 06/23/14 | REVIEW SETTLEMENT PROPOSAL FROM KW METALS (.2); CORRESPONDENCE WITH S. MALLOY AND R. NEWMAN REGARDING SAME (.2). | | |
| | DAVID AGAY | 0.40 hours at  525.00/hr | 210.00 |
| 06/23/14 | CONFERENCE WITH D. AGAY RE PROPOSED SALE OF ASSETS ⑤ (.1); REVIEW MESSAGE FROM H. ADELMAN RE SAME (.1). | | –48.50 |
| | MICAH E. MARCUS | 0.20 hours at  485.00/hr | 97.00 |
| 06/26/14 | RESEARCH ISSUES RE ON STRATEGY FOR ENVIRONMENTAL ISSUES WITH FREWESBERG PROPERTY (.5); MULTIPLE INTERNAL CORRESPONDENCE RE: SAME(.3); CALL WITH AGAY RE: SAME (.1). | | |
| | SEAN D MALLOY | 0.90 hours at  525.00/hr | 472.50 |
| 06/26/14 | REVISE INTERNAL WORK-IN-PROGRESS MEMORANDUM TO UPDATE DEADLINES AND STATUSES. | | |
| | JOSH GADHARF | 0.20 hours at  310.00/hr | 62.00 |
| 06/27/14 | REVIEW PACER DOCKET FOR UPDATES TO MAIN AND ADVERSARY CASES AND E-MAIL SAME TO D. AGAY, J. GADHARF, M. GOLDSAND, S. OPINCAR, S. MALLOY, M. GUPTA AND D. REYNOLDS AND UPDATE CALENDARS ACCORDINGLY. | | |
| | DEBORAH G BARROW | 0.80 hours at  240.00/hr | 192.00 |
| 06/30/14 | REVISE GENERAL SERVICE LIST, INCLUDING REVIEW OF DOCKET FOR NOTICES OF APPEARANCE. | | |
| | DEBORAH G BARROW | 1.00 hours at  240.00/hr | 240.00 |
| 06/30/14 | REVIEW ALVAREZ DRAFT OF KWM COUNTEROFFER (.2); CALL WITH AGAY AND NEWMAN RE: SAME (.3); ANALYZE COUNTER (.2). | | |
| | SEAN D MALLOY | 0.70 hours at  525.00/hr | 367.50 |
| 06/30/14 | RESEARCH RE: SETTLEMENT BETWEEN DEBTOR KEYWELL METALS RELATING TO NDAS WITH DEBTOR . | | |
| | DANIEL REYNOLDS | 0.70 hours at  215.00/hr | 150.50 |

–48.50

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 06/13/14 | RESEARCH RE: CRAM DOWN ISSUES RELATED TO THE PLAN AND TILL INTEREST RATE (1.70); [CALL WITH D. AGAY AND S. MALLOY REGARDING THE UPCOMING HEARING ON THE DISCLOSURE STATEMENT AND POTENTIAL OBJECTIONS (.50).] | | -250.00 |
| | SCOTT N OPINCAR | 2.20 hours at 500.00/hr | 1,100.00 |
| 06/13/14 | TELEPHONE CONFERENCE WITH S. MALLOY AND S. OPINCAR REGARDING DISCLOSURE STATEMENT STRATEGY. | | |
| | DAVID AGAY | 0.40 hours at 525.00/hr | 210.00 |
| 06/16/14 | REVIEWING SOLITRON DEVICIS DECISION AS IT RELATES TO DEBTOR'S OBLIGATIONS TO REMEDIATE PROPERTY AND CLAIM BY STATE OF NEW YORK. | | |
| | THEODORE J ESBORN | 1.00 hours at 620.00/hr | 620.00 |
| 06/16/14 | REVIEW AND ANALYZE CASELAW AND STATUTORY LAW REGARDING RESPONSES TO POSSIBLE DISCLOSURE STATEMENT OBJECTIONS. | | |
| | JOSH GADHARF | 7.20 hours at 310.00/hr | 2,232.00 |
| 06/17/14 | REVIEW AND ANALYZE CASELAW AND STATUTORY LAW REGARDING RESPONSES TO POSSIBLE DISCLOSURE STATEMENT OBJECTIONS (4.7); DRAFT INITIAL REPLY IN SUPPORT OF MOTION TO APPROVE SOLICITATION PROCEDURES AND DISCLOSURE STATEMENT (1.6). | | |
| | JOSH GADHARF | 6.30 hours at 310.00/hr | 1,953.00 |
| 06/18/14 | REVIEW AND ANALYZE CASELAW AND STATUTORY LAW REGARDING RESPONSES TO POSSIBLE DISCLOSURE STATEMENT OBJECTIONS (4.6); PREPARE REPLY IN SUPPORT OF MOTION TO APPROVE DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES (.6). | | |
| | JOSH GADHARF | 5.20 hours at 310.00/hr | 1,612.00 |
| 06/20/14 | REVIEW CORRESPONDENCE AND SPREADSHEET FROM K. NOWNES AT RUST OMNI REGARDING CREDITOR CLASSES FOR SOLICITATION (.7); CORRESPONDENCE WITH K. NOWNES REGARDING SAME (.1). | | |
| | DAVID AGAY | 0.80 hours at 525.00/hr | 420.00 |
| 06/20/14 | REVIEW AND ANALYZE DRAFT BALLOT FOR PLAN VOTING (.1); EMAIL CORRESPONDENCE WITH BALLOTING AGENT REGARDING SAME (.1); REVIEW AND ANALYZE CLAIMS FOR PLAN VOTING PURPOSES (.3). | | |
| | JOSH GADHARF | 0.50 hours at 310.00/hr | 155.00 |

{5012051.}

-250.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

06/23/14    DETAILED REVIEW OF OBJECTION TO DISCLOSURE STATEMENT
FILED BY NEWKEY AND LOZIER (.7); ANALYSIS OF
OBJECTION AND DRAFT STRATEGY FOR RESPONDING TO EACH
KEY POINT (1.2); CREATE ROUGH OUTLINE OF RESPONSES
(.3); CONFERENCE CALL WITH AGAY, GADHARF RE: APPROACH
TO OBJECTION AND HEARING (.5).
SEAN D MALLOY                    2.70 hours at    525.00/hr    1,417.50

06/23/14    TELEPHONE CONFERENCE WITH J. GADHARF AND K. NOWNES
REGARDING SOLICITATION PROCESS (.4); TELEPHONE
CONFERENCE WITH S. MALLOY, J. GADHARF AND M. MARCUS
REGARDING DISCLOSURE STATEMENT OBJECTION FILED BY
NEWKEY (.5).
DAVID AGAY                       0.90 hours at    525.00/hr     472.50

06/23/14    PREPARE FOR AND TELEPHONE CONFERENCE WITH RUST OMNI          -124.00
REGARDING SOLICITATION (.7); REVIEW AND ANALYZE
NEWKEY'S OBJECTION TO SOLICITATION PROCEDURES MOTION
(1.2); TELEPHONE CONFERENCE WITH D. AGAY, S. MALLOY,
AND M. MARCUS REGARDING SAME (.4); REVIEW AND ANALYZE
TO INCORPORATE INTO POTENTIAL RESPONSE PORTIONS OF
PLAN, DISCLOSURE STATEMENT, AND SOLICITATION
PROCEDURES REFERENCED IN NEWKEY'S OBJECTION (1.8).
JOSH GADHARF                     4.10 hours at    310.00/hr    1,271.00

06/23/14    REVIEW OBJECTION TO DISCLOSURE STATEMENT (.5);
CONFERENCE WITH D. AGAY, S. MALLOY AND J. GADHARF RE
SAME (.5).
MICAH E. MARCUS                  1.00 hours at    485.00/hr     485.00

06/24/14    MULTIPLE CALLS AND CORRESPONDENCE WITH AGAY RE:
STRATEGY FOR DISCLOSURE STATEMENT HEARING (.7);
CORRESPONDENCE WITH STAPLETON AND NEWMAN RE: PLAN AND
DISCLOSURE STATEMENT MATTERS (.2).
SEAN D MALLOY                    0.90 hours at    525.00/hr     472.50

06/24/14    RESEARCH PROCEDURAL ISSUE RELATED TO NEWKEY
OBJECTION.
DANIEL REYNOLDS                  1.30 hours at    215.00/hr     279.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 06/30/14 | REVISE AMENDED DISCLOSURE STATEMENT (1.8); REVISE AMENDED ORDER APPROVING SOLICITATION PROCEDURES AND DISCLOSURE STATEMENT (.7); MULTIPLE TELEPHONE CONFERENCES WITH D. AGAY, S. MALLOY, AND R. NEWMAN REGARDING SAME (.8); PREPARE AMENDED PLAN DOCUMENTS FOR FILING, INCLUDING REDLINES (2.3); MULTIPLE TELEPHONE CONFERENCES WITH D. BARROW REGARDING FILING AND SERVICE (.4); DRAFT NOTICE OF FILING OF SAME (.5). | | *-248.00* |
| | JOSH GADHARF | 6.50 hours at 310.00/hr | 2,015.00 |
| 06/30/14 | ANALYZE, DRAFT LITIGATION BUDGET RE DISCLOSURE STATEMENT. | | |
| | MICAH E. MARCUS | 0.40 hours at 485.00/hr | 194.00 |
| | TOTAL FEES FOR MATTER: 38577-00007 | | $33,381.50 |

*-246.00*

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Invoices Due Upon Receipt

RE:   CREDITOR COMMUNICATIONS
      38577-00009

| Date | Description | | | Amount |
|---|---|---|---|---|
| 06/02/14 | TELEPHONE CONFERENCE WITH HAIN CAPITAL REGARDING CASE STATUS (.2); EMAIL CORRESPONDENCE TO D. AGAY REGARDING SAME (.1).<br>JOSH GADHARF | 0.30 hours at | 310.00/hr | 93.00 |
| 06/10/14 | CALL WITH CREDITOR RE: STATUS.<br>SEAN D MALLOY | 0.30 hours at | 525.00/hr | 157.50 |
| 06/24/14 | DETAILED CORRESPONDENCE TO COMMITTEE RE: STATUS, PLAN MATTERS, AND LITIGATION UPDATE.<br>SEAN D MALLOY | 0.70 hours at | 525.00/hr | 367.50 |
| 06/25/14 | CORRESPONDENCE TO COMMITTEE RE: HEARING RESULTS AND MEETING.<br>SEAN D MALLOY | 0.20 hours at | 525.00/hr | 105.00 |
| 06/27/14 | TELEPHONE CONFERENCE WITH CREDITORS' COMMITTEE, AND INCLUDING DEBTOR ADVISORS FOR A PORTION, TO DISCUSS POTENTIAL KW METALS SETTLEMENT AND OTHER DEVELOPMENTS IN THE CASE.<br>SEAN D MALLOY | 1.70 hours at | 525.00/hr | 892.50 |
| 06/27/14 | TELEPHONE CONFERENCE WITH CREDITORS' COMMITTEE, AND INCLUDING DEBTOR ADVISORS FOR A PORTION, TO DISCUSS POTENTIAL KW METALS SETTLEMENT AND OTHER DEVELOPMENTS IN THE CASE.<br>DAVID AGAY | 1.70 hours at | 525.00/hr | 892.50 |

TOTAL FEES FOR MATTER:  38577-00009      $ 2,508.00

{5012051:}

89 0.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald** Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
|  | MICAH E. MARCUS | 0.80 hours at | 485.00/hr | 388.00 |
| 06/10/14 | REVISE REPLY IN SUPPORT OF 9019 MOTION (4.2); REVIEW AND ANALYZE CASELAW AND STATUTORY LAW REGARDING SAME (2.0). | | | |
|  | JOSH GADHARF | 6.20 hours at | 310.00/hr | 1,922.00 |
| 06/11/14 | REVIEW AND REVISE REPLY IN SUPPORT OF SETTLEMENT WITH NEWMAN. | | | |
|  | DAVID AGAY | 2.20 hours at | 525.00/hr | 1,155.00 |
| 06/11/14 | REVISE REPLY IN SUPPORT OF 9019 MOTION. | | | |
|  | JOSH GADHARF | 2.10 hours at | 310.00/hr | 651.00 |
| 06/11/14 | REVIEW, ANALYZE REPLY IN SUPPORT OF MOTION TO DISMISS (.4); CONFERENCE WITH D. AGAY RE SAME (.1). | | | |
|  | MICAH E. MARCUS | 0.50 hours at | 485.00/hr | 242.50 |
| 06/12/14 | ASSEMBLE EXHIBITS TO REPLY TO 9019 MOTION (.4); DRAFT CERTIFICATE OF SERVICE(.3). | | | |
|  | LESLIE BURRELL | 0.70 hours at | 225.00/hr | 157.50 |
| 06/12/14 | MAKE FINAL EDITS TO REPLY IN SUPPORT OF 9019 MOTION. | | | |
|  | JOSH GADHARF | 0.70 hours at | 310.00/hr | 217.00 |
| 06/12/14 | EDIT, REVISE, REPLY IN SUPPORT OF MOTION FOR SETTLEMENT (3.0); CONFERENCE WITH D. AGAY RE SAME (.2). | | | |
|  | MICAH E. MARCUS | 3.20 hours at | 485.00/hr | 1,552.00 |
| 06/13/14 | ELECTRONICALLY FILE REPLY TO 9019 MOTION (.3); ARRANGE FOR SERVICE COPIES (.5). ⟨12⟩ | | | -180.00 |
|  | LESLIE BURRELL | 0.80 hours at | 225.00/hr | 180.00 |
| 06/13/14 | REVIEW AND ANALYZE RESPONSE TO STANDING MOTION (.2); REVIEW AND ANALYZE MOTION TO DISMISS (.2). | | | |
|  | JOSH GADHARF | 0.40 hours at | 310.00/hr | 124.00 |
| 06/13/14 | REVIEW, FINALIZE REPLY IN SUPPORT OF MOTION TO APPROVE SETTLEMENT. | | | |
|  | MICAH E. MARCUS | 0.40 hours at | 485.00/hr | 194.00 |
| 06/13/14 | CONFERENCE WITH D. AGAY, S. OPINCAR AND S. MALLOY RE DISCLOSURE STATEMENT ISSUES AND ANALYSIS OF POTENTIAL OBJECTIONS. | | | |
|  | MICAH E. MARCUS | 0.30 hours at | 485.00/hr | 145.50 |

-180.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 06/19/14 | LEGAL RESEARCH AND ANALYSIS RE: CASE LAW DISCUSSING DERIVATIVE STANDING AS NON-JURISDICTIONAL ISSUES RESEARCH OF FEDERAL CASE LAW DISCUSSING JURISDICTIONAL STANDING AND DERIVATIVE STANDING. | | | |
| | JEREMY R BLOOR | 1.80 hours at | 255.00/hr | 459.00 |
| 06/19/14 | LEGAL RESEARCH RE: JURISDICTION VERSUS PLEADING REQUIREMENTS OF DERIVATIVE JURISDICTION. | | | |
| | JEREMY R BLOOR | 2.50 hours at | 255.00/hr | 637.50 |
| 06/20/14 | TELEPHONE CONFERENCE WITH J. GADHARF REGARDING REPLY ON STANDING MOTION (.2); BEGIN DRAFTING REPLY BRIEF (.8); REVIEW RESEARCH ON ARTICLE III ISSUE (.5). | | | |
| | PETER BERK | 1.50 hours at | 465.00/hr | 697.50 |
| 06/20/14 | PREPARE FOR AND TELEPHONE CONFERENCE WITH P. BERK REGARDING DRAFTING REPLY IN SUPPORT OF STANDING MOTION (.8); DRAFT REPLY (2.8). | | | |
| | JOSH GADHARF | 3.60 hours at | 310.00/hr | 1,116.00 |
| 06/20/14 | PREPARE ANALYSIS OF CASE LAW IN SUPPORT OF REPLY. | | | |
| | JEREMY R BLOOR | 1.60 hours at | 255.00/hr | 408.00 |
| 06/22/14 | REVIEW AND ANALYZE CASELAW CITED IN DEFENDANTS' RESPONSE TO STANDING MOTION REGARDING INABILITY OF COMMITTEE TO ARGUE THE LAW OF THE CASE DOCTRINE. | | | |
| | JOSH GADHARF | 0.50 hours at | 310.00/hr | 155.00 |
| 06/23/14 | DEVELOP STRATEGY RELATED TO MOTION TO DISMISS AND STANDING LITIGATION. | | | |
| | SEAN D MALLOY | 0.20 hours at | 525.00/hr | 105.00 |
| 06/23/14 | RESEARCH ADVERSARY PROCEEDING PROCEDURAL ISSUES. | | | |
| | DANIEL REYNOLDS | 0.40 hours at | 215.00/hr | 86.00 |
| 06/23/14 | DRAFT REPLY IN SUPPORT OF STANDING MOTION. | | | |
| | JOSH GADHARF | 1.60 hours at | 310.00/hr | 496.00 |
| 06/23/14 | CONFERENCES WITH J. GADHARF AND P. BERK RE REPLY IN SUPPORT OF STANDING. | | | |
| | MICAH E. MARCUS | 0.20 hours at | 485.00/hr | 97.00 |
| 06/24/14 | EDIT AND REVISE REPLY TO STANDING MOTION. | | | |
| | PETER BERK | 4.10 hours at | 465.00/hr | 1,906.50 |

(handwritten annotations near 06/20/14 JOSH GADHARF entry): 7 5  -24.80

{5012051:}

(handwritten bottom right): -24.80

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | | Amount |
|---|---|---|---|
| 06/27/14 | ASSEMBLE EXHIBITS TO REPLY BRIEF (.8); REVISE NOTICE AND MOTION TO FILE EXCESS (.3); PREPARE MOTION NOTICE AND EXHIBITS FOR FILING AND ELECTRONICALLY FILE SAME WITH COURT (.7). | | |
| | LESLIE BURRELL | 1.80 hours at 225.00/hr | 405.00 |
| 06/27/14 | REVIEW AND REVISE STANDING REPLY. | | |
| | PETER BERK | 1.90 hours at 465.00/hr | 883.50 |
| 06/27/14 | REVISE AND FINALIZE REPLY IN SUPPORT OF STANDING (6.0); MULTIPLE TELEPHONE CONFERENCES WITH D. AGAY, M. MARCUS, AND P. BERK REGARDING SAME (.8); PREPARE EXHIBITS REGARDING SAME (.2); EMAIL CORRESPONDENCE TO DEBTOR'S COUNSEL REGARDING SAME (.1); DRAFT NOTICE OF MOTION AND MOTION TO EXCEED PAGE LIMIT REGARDING SAME (.5). | | |
| | JOSH GADHARF | 7.60 hours at 310.00/hr | 2,356.00 |
| 06/27/14 | EDIT, FINALIZE RESPONSE IN SUPPORT OF MOTION FOR STANDING. | | |
| | MICAH E. MARCUS | 4.00 hours at 485.00/hr | 1,940.00 |
| 06/30/14 | REVIEW MOTION TO DISMISS AMENDED COMPLAINT. | | |
| | PETER BERK | 1.90 hours at 465.00/hr | 883.50 |
| 06/30/14 | REVIEW MOTION TO DISMISS (1.0); CONFERENCE WITH P. BERK RE SAME (.3); RESEARCH RE FEINERMAN CASELAW AND STANDARD ON 12(B)(6) (.4); ANALYZE RESPONSE AND DRAFT OUTLINE RE SAME (.9). | | |
| | MICAH E. MARCUS | 2.60 hours at 485.00/hr | 1,261.00 |

TOTAL FEES FOR MATTER: 38577-00013           $60,252.50

_12 7     -157.50_ *(handwritten)*

CASH ADVANCED

| | |
|---|---|
| CERTIFIED/EXPRESS MAIL/POSTAGE | 146.00 |
| CAB VOUCHER - DOCKET 6/16/14 DELIVER COURTESY COPY TO COURT | 14.00 |
| DEPOSITION FEE - JACKLEEN DE FINI CSR RPR JUNE 25, 2014 TRANSCRIPT | 88.00 |
| CAB VOUCHER - DOCKET 6/30/14 DELIVERY TO FEDERAL COURT | 14.00 |

{5012051;}

_-157.50_ *(handwritten)*

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald** Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 07/10/14 | REVIEW AND REVISE MOTION FOR STATUS HEARING AND DELAY HEARING RE: 9019 MOTION PER DISCUSSION WITH COURT. | | |
| | DEBORAH G BARROW | 0.40 hours at   240.00/hr | 96.00 |
| 07/10/14 | DRAFT PROPOSED ORDER RE: MOTION FOR STATUS HEARING AND DELAY HEARING RE: 9019 MOTION. | | |
| | DEBORAH G BARROW | 0.50 hours at   240.00/hr | 120.00 |
| 07/10/14 | DISCUSSION WITH D. AGAY RE: MOTION FOR STATUS HEARING AND DELAY HEARING RE: 9019 MOTION. | | |
| | DEBORAH G BARROW | 0.20 hours at   240.00/hr | 48.00 |
| 07/10/14 | FINALIZE, FILE AND SERVICE OF MOTION FOR STATUS HEARING AND DELAY HEARING RE: 9019 MOTION. ②  −432.00 | | |
| | DEBORAH G BARROW | 1.80 hours at   240.00/hr | 432.00 |
| 07/10/14 | CALL WITH D. AGAY RE: KW METALS SETTLEMENT (3.2); CORRESPONDENCE TO COMMITTEE RE: SAME (.3); FINAL EDIT OF MOTION RE: SAME FOR RILEY (.5). | | |
| | SEAN D MALLOY | 1.00 hours at   525.00/hr | 525.00 |
| 07/10/14 | CALL WITH D. AGAY RE: CLAIMS TRADING. | | |
| | SEAN D MALLOY | 0.20 hours at   525.00/hr | 105.00 |
| 07/11/14 | PARTICIPATE IN CONFERENCE CALL WITH BUCK AND KELLY RE: PAVILION. | | |
| | SEAN D MALLOY | 0.50 hours at   525.00/hr | 262.50 |
| 07/14/14 | REVIEW DEBTOR RESPONSE TO COMMITTEE MOTION FOR STATUS HEARING (.3); CALL WITH AGAY RE: SAME AND APPROACH FOR HEARING (.2). | | |
| | SEAN D MALLOY | 0.50 hours at   525.00/hr | 262.50 |
| 07/15/14 | E-MAIL FROM BRUCE WHITE REGARDING RFP RESPONSES (.2); BEGIN REVIEW OF RFP RESPONSES RELATING TO FREWSBURG (2.1). | | |
| | THEODORE J ESBORN | 2.30 hours at   620.00/hr | 1,426.00 |
| 07/15/14 | CORRESPOND TO D. AGAY RE: KW METALS HEARING SAND NEXT STEPS (.2); CALL RE: STRATEGY ON SAME (.2). | | |
| | SEAN D MALLOY | 0.40 hours at   525.00/hr | 210.00 |
| 07/16/14 | CONTINUED REVIEW OF RFP RESPONSES RELATING TO FREWSBURG PROPERTY. | | |
| | THEODORE J ESBORN | 1.10 hours at   620.00/hr | 682.00 |

−432.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   PLAN OF LIQUIDATION
      38577-00007

| | | | |
|---|---|---|---|
| 07/01/14 | E-MAIL TO J. GADHARF RE: TIME-STAMPED VERSIONS OF PLAN DOCUMENTS. | | _-48.00_ |
| | DEBORAH G BARROW | 0.20 hours at   240.00/hr | 48.00 |
| 07/01/14 | EMAIL CORRESPONDENCE TO RUST OMNI REGARDING REVISED BALLOTS FOR CLASSES III, IV, AND V. | | |
| | JOSH GADHARF | 0.10 hours at   310.00/hr | 31.00 |
| 07/02/14 | REVIEW E-MAILS RE: SOLICITATION OF PLAN. | | |
| | DEBORAH G BARROW | 0.20 hours at   240.00/hr | 48.00 |
| 07/02/14 | CORRESPOND WITH J. GADHARF RE: SOLICITATION AND COMMITTEE SUPPORT LETTER (.3); CORRESPOND WITH J. GADHARF RE: BALLOTING (.1). | | |
| | SEAN D MALLOY | 0.40 hours at   525.00/hr | 210.00 |
| 07/02/14 | REVIEW AND COMMENT ON COMMITTEE LETTER IN SUPPORT OF PLAN. | | |
| | DAVID AGAY | 0.20 hours at   525.00/hr | 105.00 |
| 07/02/14 | PREPARE FOR DISCLOSURE STATEMENT HEARING (.1); TELEPHONE CONFERENCE WITH D. AGAY REGARDING RESULTS OF SAME (.2); MULTIPLE EMAIL CORRESPONDENCE TO AND TELEPHONE CONFERENCES WITH RUST OMNI REGARDING PREPARATION AND DISTRIBUTION OF SOLICITATION PACKAGES (2.8); REVISE SOLICITATION MATERIALS PER COURT ORDER (2.0); PREPARE REVISED SOLICITATION PROCEDURES ORDER PER JUDGE'S CLERK'S INSTRUCTION (.4); MULTIPLE TELEPHONE CONFERENCES WITH JUDGE'S CLERK AND DEPUTY REGARDING SAME (.4); REVIEW AND ANALYZE SOLICITATION PROCEDURES ORDER (.5); DRAFT LETTER FROM COMMITTEE IN SUPPORT OF PLAN (1.2). | | |
| | JOSH GADHARF | 7.60 hours at   310.00/hr | 2,356.00 |
| 07/03/14 | REVIEW E-MAIL FROM D. AGAY RE: TRIAL ORDER. | | |
| | DEBORAH G BARROW | 0.10 hours at   240.00/hr | 24.00 |

_-48.00_

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

07/03/14   REVIEW/EDIT SOLICITATION MATERIALS, INCLUDING
COMMITTEE SUPPORT LETTER (.2); STRATEGY CONFERENCE
CALL WITH ALVAREZ & MARSHALL (.3).
SEAN D MALLOY            0.50 hours at    525.00/hr    262.50

07/03/14   CALL WITH S. MALLOY, M. MARCUS, R. NEWMAN AND K.
STAPLETON REGARDING STRATEGY FOR CONFIRMATION AND
LITIGATION.                          ⑤              -157.50
DAVID AGAY              0.30 hours at    525.00/hr    157.50

07/03/14   REVISE COMMITTEE COVER LETTER IN SUPPORT OF PLAN
(.2); MULTIPLE EMAIL CORRESPONDENCE TO D. AGAY AND S.
MALLOY REGARDING SAME (.2); PREPARE AND FILE NOTICE ⑫
OF CONFIRMATION HEARING (.5); REVIEW AND ANALYZE
DISTRICT COURT'S MINUTE ORDER REGARDING SENDING THE
CASE BACK TO THE BANKRUPTCY COURT (.2).          -155.00
JOSH GADHARF            1.10 hours at    310.00/hr    341.00

07/03/14   CONFERENCE WITH A&M, S. MALLOY AND D. AGAY RE PLAN
CONFIRMATION STRATEGY AND SCHEDULING.
MICAH E. MARCUS         0.40 hours at    485.00/hr    194.00

07/07/14   REVIEW LOCAL RULES RE: BALLOTS AND VOTING.
DANIEL REYNOLDS         0.30 hours at    215.00/hr     64.50

07/08/14   REVIEW AND RESPOND TO E-MAIL FROM J. GADHARF RE:
FILING PROOF OF SERVICE OF SOLICITATION PACKAGES.
DEBORAH G BARROW        0.20 hours at    240.00/hr     48.00

07/08/14   FINALIZE AND FILE PROOF OF SERVICE OF SOLICITATION
PACKAGES.
DEBORAH G BARROW        0.20 hours at    240.00/hr     48.00

07/08/14   MULTIPLE CORRESPONDENCE TO J. GADHARF AND D. AGAY RE:
VOTING OF INSIDER CLAIMS.
SEAN D MALLOY           0.30 hours at    525.00/hr    157.50

07/08/14   RESEARCH BANKRUPTCY AND LOCAL RULES RE: REQUIRED
ELEMENTS OF SERVICE OF AFFIDAVITS OF SERVICE REGARDING PLAN
SOLICITATION MATERIALS AND PROVIDE J. GADHARF WITH
EXAMPLES FROM THE BANKR. N.D. IL.
DANIEL REYNOLDS         1.00 hours at    215.00/hr    215.00

07/08/14   RESEARCH ISSUES REGARDING VOTING OF INSIDER CLAIMS
(.2); CORRESPONDENCE REGARDING SAME (.1).
DAVID AGAY              0.30 hours at    525.00/hr    157.50

{5054429:}

-310.5

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 07/17/14 | TELEPHONE CONFERENCE WITH D. AGAY AND S. MALLOY REGARDING CONFIRMATION PREPARATION (.3); REVIEW AND ANALYZE LOZIER, ET AL.'S 3018(A) MOTION (.4). | | ⑤  ~93.00 |
| | JOSH GADHARF | 0.70 hours at   310.00/hr | 217.00 |
| 07/17/14 | CORRESPOND AND CONFERENCES WITH S. TOWBIN RE POTENTIAL DEPOSITIONS (.3); CONFERENCE WITH H. ADELMAN RE SAME (.2); CONFERENCE WITH R. NEWMAN RE SAME (.2). | | |
| | MICAH E. MARCUS | 0.70 hours at   485.00/hr | 339.50 |
| 07/18/14 | MULTIPLE EMAIL CORRESPONDENCE WITH AND TELEPHONE CONFERENCES WITH D. AGAY AND RUST OMNI REGARDING BALLOTS FOR PARTIES FILING 3018(A) MOTION (.8); REVIEW AND ANALYZE SAME AND SOLICITATION PROCEDURES ORDER (.6); REVIEW AND ANALYZE BALLOTS FOR MOTION FILERS (.5). | | |
| | JOSH GADHARF | 1.90 hours at   310.00/hr | 589.00 |
| 07/18/14 | PREPARE AND EMAIL CORRESPONDENCE TO M. MARCUS REGARDING CONFIRMATION BRIEF'S BEST INTERESTS TEST ARGUMENT. | | |
| | JOSH GADHARF | 0.40 hours at   310.00/hr | 124.00 |
| 07/18/14 | DRAFT NEWKEY NOTE FOR PLAN SUPPLEMENT. | | |
| | JOSH GADHARF | 1.00 hours at   310.00/hr | 310.00 |
| 07/20/14 | REVIEW AND ANALYZE 3018(A) BALLOTS. | | |
| | JOSH GADHARF | 0.20 hours at   310.00/hr | 62.00 |
| 07/21/14 | CORRESPOND TO D. AGAY RE: DISPOSITIONS AND LIQUIDATING TRUSTEE. | | |
| | SEAN D MALLOY | 0.20 hours at   525.00/hr | 105.00 |
| 07/21/14 | PREPARE AND EMAIL CORRESPONDENCE TO S. TOWBIN REGARDING 3018(A) BALLOTS. | | |
| | JOSH GADHARF | 0.10 hours at   310.00/hr | 31.00 |
| 07/21/14 | DRAFT PROMISSORY NOTE FOR PLAN SUPPLEMENT (2.5); DRAFT ESCROW AGREEMENT FOR SAME (.2). | | |
| | JOSH GADHARF | 2.70 hours at   310.00/hr | 837.00 |
| 07/22/14 | INTERNAL CORRESPONDENCE RE: PLAN STRATEGY, BALLOTING, AND LIQUIDATING TRUSTEE ISSUES. | | |
| | SEAN D MALLOY | 0.40 hours at   525.00/hr | 210.00 |

{5054429:}

~93.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

07/22/14   REVISE PROMISSORY NOTE (1.3); REVISE TRUST AGREEMENT
(2.1); DRAFT ESCROW AGREEMENT (.4); TELEPHONE
CONFERENCES WITH D. AGAY REGARDING SAME (.4).
JOSH GADHARF              4.20 hours at    310.00/hr   1,302.00

07/22/14   REVIEW AND ANALYZE BALLOTS AND CLAIMS FOR CREDITORS
FILING UNLIQUIDATED CLAIMS ACCORDING TO RUST OMNI.
JOSH GADHARF              0.80 hours at    310.00/hr    248.00

07/22/14   DRAFT RESPONSE TO DOCUMENT REQUEST BY NEWKEY.
MICAH E. MARCUS           0.30 hours at    485.00/hr    145.50

07/23/14   PREPARE REVISED BALLOT FOR TWO CREDITORS AND COVER
LETTER REGARDING SAME (.9); DRAFT PLAN SUPPLEMENT
ESCROW AGREEMENT AND RELATED DOCUMENTS (3.7).
JOSH GADHARF              4.60 hours at    310.00/hr   1,426.00

07/23/14   CONFERENCE WITH S. TOWBIN RE DEPOSITION SCHEDULING.
MICAH E. MARCUS           0.30 hours at    485.00/hr    145.50

07/24/14   EDIT/DRAFT LIQUIDATING TRUST AGREEMENT (4.0);
CORRESPOND RE: PRESERVATION OF CAUSES OF ACTION (.6);   ④
CALL WITH D. AGAY RE: PLAN MATTERS (.2); MULTIPLE
CALLS WITH J. GADHARF RE: PLAN SUPPLEMENT (.5).              -210.00
SEAN D MALLOY            5.30 hours at    525.00/hr   2,782.50

07/24/14   REVIEW REVISED TRUST AGREEMENT AND NOTE FOR PLAN
SUPPLEMENT.
DAVID AGAY               0.70 hours at    525.00/hr    367.50

07/24/14   DRAFT PLAN SUPPLEMENT REGARDING PRESERVED CAUSES OF
ACTION (1.1); REVIEW AND ANALYZE SAME (.9); MULTIPLE   ⑤
TELEPHONE CONFERENCES WITH S. MALLOY REGARDING TRUST         -155.00
AGREEMENT (.5); REVIEW AND REVISE SAME (.4).
JOSH GADHARF             2.90 hours at    310.00/hr    899.00

07/25/14   COMMENCE REVIEW OF DRAFT LIQUIDATING TRUST
BRIAN J JEREB            0.30 hours at    490.00/hr    147.00

07/25/14   REVIEW PRECEDENT RE: RETENTION OF CAUSES OF ACTION
(.8); CORRESPOND TO J. GADHARF RE: SAME (.2); EDIT
PROMISSORY NOTE ISSUED UNDER THE PLAN (1.7); EDIT
ESCROW AGREEMENT (1.2); DETAILED EDIT OF RETAINED
CAUSES OF ACTION (1.0); CORRESPOND TO B. JEREB RE:
LIQUIDATING TRUST MATTERS (.2).
SEAN D MALLOY            5.10 hours at    525.00/hr   2,677.50

{5054429;}

-365.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |
|---|---|---|---|
| MICAH E. MARCUS | 0.30 hours at | 485.00/hr | 145.50 |

07/29/14   EDIT LIQUIDATING TRUST AGREEMENT, INCLUDING TO
ACCOUNT FOR COMMENTS FROM TAX/TRUST LAWYER (1.0);
CALL WITH K. STAPLETON RE: TRUSTEE ADMINISTRATIVE AND
COMPENSATION MATTERS (.1); DETAILED CORRESPONDENCE TO
COMMITTEE RE: LIQUIDATING TRUST DRAFT AND TRUSTEE
ISSUES (.3); CORRESPONDENCE AND CALLS WITH J. GADHARF
AND R. NEWMAN RE: EXECUTORY CONTRACTS AND UNEXPIRED
LEASES FOR PLAN SUPPLEMENT (.6); REVIEW INFORMATION
FROM NEWMAN RE: SAME (.2); CALLS AND CORRESPONDENCE
WITH GADHARF RE: PLAN SUPPLEMENT DOCUMENTS, FILING,
AND RELATED CONFIRMATION ISSUES (.5); DRAFT LANGUAGE
FOR PLAN SUPPLEMENT RE: CONTRACT ASSUMPTION (.3).
SEAN D MALLOY                3.00 hours at   525.00/hr   1,575.00

07/29/14   CORRESPONDENCE WITH J. GADHARF AND S. MALLOY
REGARDING PLAN SUPPLEMENT, EXECUTORY CONTRACT ISSUES.
DAVID AGAY                0.20 hours at   525.00/hr   105.00

07/29/14   REVIEW AND REVISE ALL EXHIBITS TO PLAN SUPPLEMENT
(.7); MULTIPLE TELEPHONE CONFERENCES WITH AND EMAIL
CORRESPONDENCE TO D. AGAY AND S. MALLOY REGARDING
SAME (.3). ⑤                                                    -93.00
JOSH GADHARF                1.00 hours at   310.00/hr   310.00

07/29/14   PREPARE RESPONSE TO REQUEST FOR PRODUCTION OF
DOCUMENTS (.3); REVIEW DOCUMENTS RE SAME (.9); REVIEW
TRANSCRIPTS AND PLAN DOCUMENTS RE PREPARATION FOR
WITNESS PREPARATION (1.0.
MICAH E. MARCUS                2.20 hours at   485.00/hr   1,067.00

07/30/14   E-MAILS TO AND FROM AND TELEPHONE CALL WITH J.
GADHARF RE: FILING NOTICE OF FILING PLAN SUPPLEMENTS
(.6); REVIEW AND UPDATE SERVICE LIST (.9); PREPARE
DOCUMENTS FOR FILING (.8); FILE AND SERVICE OF SAME
(1.3); E-MAIL TO M. MARCUS AND J. GADHARF TIME-
STAMPED COPY OF SAME (.2). ⑫                                   -312.00
DEBORAH G BARROW                3.80 hours at   240.00/hr   912.00

-405.00

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMUNICATIONS
      38577-00009

07/22/14   TELEPHONE CONFERENCE WITH COUNSEL FOR RECLA METALS
           REGARDING BALLOT.
           JOSH GADHARF            0.20 hours at    310.00/hr        62.00

07/23/14   TELEPHONE CONFERENCE WITH AND EMAIL CORRESPONDENCE TO
           RECLA METALS' COUNSEL REGARDING BALLOTS.
           JOSH GADHARF            0.20 hours at    310.00/hr        62.00

07/28/14   REVIEW A&M TRUSTEE MATERIALS (.3); CORRESPONDENCE TO
           AGAY RE: SAME (.1); CALL WITH AGAY RE: COMMITTEE CALL
           ISSUES AND AGENDA (.2); PREPARE FOR COMMITTEE
           TELEPHONIC MEETING (.4); ATTEND AND PARTICIPATE IN
           SAME (.5); CALL WITH K. STAPLETON RE: NEXT STEPS ON
           TRUSTEE MATTERS (.2).
           SEAN D MALLOY           1.70 hours at    525.00/hr       892.50

07/28/14   TAKE MINUTES AT CREDITORS COMMITTEE MEETING.
           DANIEL REYNOLDS         0.40 hours at    215.00/hr        86.00

07/28/14   TELEPHONE CONFERENCE WITH CREDITORS COMMITTEE
           REGARDING CASE UPDATE AND LIQUIDATING TRUSTEE
           PROPOSAL.                                            _262.50_
           DAVID AGAY          ⑤   0.50 hours at    525.00/hr       262.50
                    TOTAL FEES FOR MATTER:  38577-00009       $ 1,365.00

{5054429:}

-262.50

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   ADVERSARY PROCEEDINGS
      38577-00013

| | | | | |
|---|---|---|---|---|
| 07/01/14 | REVISE AND ELECTRONICALLY FILE REPLY BRIEF IN SUPPORT OF MOTION FOR STANDING. | | | _112.50 |
| | LESLIE BURRELL | 0.50 hours at | 225.00/hr | 112.50 |
| 07/01/14 | REVIEW MOTION TO DISMISS AND PLAN RESPONSE (.4); RESEARCH CASELAW AND RULES REGARDING ATTACHING DOCUMENTS TO SUPPORT MOTION TO DISMISS (2.9) | | | |
| | PETER BERK | 3.30 hours at | 465.00/hr | 1,534.50 |
| 07/01/14 | REVIEW AND ANALYZE MOTION TO DISMISS (1.2); TELEPHONE CONFERENCES WITH P. BERK AND M. MARCUS REGARDING RESPONSE TO SAME (.8); RESEARCH AND ANALYZE CASELAW CITED BY DEFENDANTS IN MOTION (1.4); PREPARE BRIEF IN SUPPORT OF STANDING MOTION FOR FILING (.1). | | | _124.00 |
| | JOSH GADHARF | 3.50 hours at | 310.00/hr | 1,085.00 |
| 07/01/14 | CONFERENCES WITH D. AGAY, P. BERK AND J. GADHARF RE RESPONSE TO MOTION TO DISMISS AND OUTLINE OF ARGUMENTS RE SAME. | | | |
| | MICAH E. MARCUS | 0.40 hours at | 485.00/hr | 194.00 |
| 07/03/14 | REVIEW AND ANALYZE MOTION TO DISMISS (.5); REVIEW AND ANALYZE CASELAW IN SUPPORT OF RESPONSE TO SAME (.7). | | | |
| | JOSH GADHARF | 1.20 hours at | 310.00/hr | 372.00 |
| 07/07/14 | REVIEW STATUS OF ADVERSARY PROCEEDING AND DEVELOPMENT OF VENUE AND RELATED STRATEGY IN LIGHT OF ARKINSON CASE (.4); CALL WITH D. AGAY RE: DISTRICT COURT HEARING AND NEXT STEPS (.2). | | | |
| | SEAN D MALLOY | 0.60 hours at | 525.00/hr | 315.00 |
| 07/07/14 | CONFERENCE WITH D. AGAY AND M. MARCUS REGARDING PLAN FOR RESPONSE TO MOTION TO DISMISS AND RELATED ISSUES (.4); IDENTIFY RESEARCH ISSUES FOR RESPONSE SECTIONS (.3); RESEARCH REGARDING ATTACHING DOCUMENTS TO SUPPORT MOTION TO DISMISS (.3). | | | |
| | PETER BERK | 1.00 hours at | 465.00/hr | 465.00 |

{5054429:}

_236.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 07/07/14 | REPRESENT COMMITTEE AT STATUS HEARING BEFORE JUDGE FEINERMAN. | | | -262.50 |
| | DAVID AGAY ⑤ | 0.50 hours at | 525.00/hr | 262.50 |
| 07/07/14 | TELEPHONE CONFERENCE WITH PETER BERK AND JEREMY BLOOR REGARDING LEGAL RESEARCH REGARDING RESPONSE TO MOTION TO DISMISS. | | | |
| | COURTNEY G. TITO | 0.20 hours at | 330.00/hr | 66.00 |
| 07/07/14 | TELEPHONE CONFERENCE WITH PETER BERK RE: RESEARCH ISSUES IN RESPONSE TO MOTION TO DISMISS. ⑤ | | | -51.00 |
| | JEREMY R BLOOR | 0.20 hours at | 255.00/hr | 51.00 |
| 07/07/14 | PREPARATION FOR AND ATTEND STATUS HEARING ON VARIOUS MOTIONS (1.5); CONFERENCE WITH D. AGAY AND P. BERK RE RESPONSE TO MOTION DISMISS AND STRATEGY RE SAME (.5). | | | |
| | MICAH E. MARCUS | 2.00 hours at | 485.00/hr | 970.00 |
| 07/08/14 | LEGAL RESEARCH REGARDING STATUTE OF LIMITATIONS AND REPOSE UNDER THE ILLINOIS LLC ACT. | | | |
| | COURTNEY G. TITO | 1.90 hours at | 330.00/hr | 627.00 |
| 07/08/14 | BEGIN LEGAL RESEARCH RE: INSOLVENCY ISSUES RAISED IN A MOTION TO DISMISS. | | | |
| | JEREMY R BLOOR | 0.40 hours at | 255.00/hr | 102.00 |
| 07/08/14 | BEGIN LEGAL RESEARCH AND ANALYSIS RE: RECHARACTERIZATION UNDER ILLINOIS LAW. | | | |
| | JEREMY R BLOOR | 0.10 hours at | 255.00/hr | 25.50 |
| 07/09/14 | CONTINUED WORK ON LEGAL RESEARCH REGARDING STATUTE OF LIMITATIONS AND REPOSE. | | | |
| | COURTNEY G. TITO | 4.90 hours at | 330.00/hr | 1,617.00 |
| 07/09/14 | LEGAL RESEARCH AND ANALYSIS RE: INSOLVENCY AND LIFO/FIFO CALCULATION ON INSOLVENCY. | | | |
| | JEREMY R BLOOR | 0.50 hours at | 255.00/hr | 127.50 |
| 07/10/14 | START REVIEW OF INSOLVENCY ARGUMENTS IN NEWKEY MOTION TO DISMISS FOR DRAFT RESPONSIVE SECTION IN COMMITTEE RESPONSE (1.1); RESEARCH ISSUES REGARDING SAME (.3). | | | |
| | DAVID AGAY | 1.40 hours at | 525.00/hr | 735.00 |
| 07/10/14 | LEGAL RESEARCH REGARDING ALTER EGO THEORIES. | | | |
| | COURTNEY G. TITO | 3.50 hours at | 330.00/hr | 1,155.00 |

-313.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   PLAN OF LIQUIDATION
      38577-00007

| | | | |
|---|---|---|---|
| 08/01/14 | TELEPHONE CONFERENCE WITH D. AGAY REGARDING STRATEGIZING ON BRIEF IN SUPPORT OF PLAN CONFIRMATION. | | |
| | JOSH GADHARF | 0.20 hours at 310.00/hr | 62.00 |
| 08/01/14 | PREPARATION FOR AND ATTEND 30(B)(6) DEPOSITION RE STALKAMP (5.0); CONFERENCE WITH D. AGAY RE SAME (.3); CONFERENCE WITH E. BUCK RE FOLLOW UP AND DOCUMENT ISSUES (.4). | | -242.50 |
| | MICAH E. MARCUS | 5.70 hours at 485.00/hr | 2,764.50 |
| 08/03/14 | ASSIST IN PREPARATION OF R. NEWMAN FOR AUGUST 4 DEPOSITION TOGETHER WITH M. MARCUS. | | |
| | DAVID AGAY | 2.20 hours at 525.00/hr | 1,155.00 |
| 08/04/14 | REVIEW STALLKAMP DEPOSITION TRANSCRIPT RE: CONFIRMATION ISSUES AND STRATEGY. | | |
| | SEAN D MALLOY | 1.30 hours at 525.00/hr | 682.50 |
| 08/04/14 | REVIEW TRANSCRIPT OF T. STALLKAMP FOR 30(B)(6) DEPOSITION. | | |
| | DAVID AGAY | 1.10 hours at 525.00/hr | 577.50 |
| 08/04/14 | PREPARATION FOR AND ATTEND 30(B)(6) DEPOSITION RE R. NEWMAN. | | |
| | MICAH E. MARCUS | 5.00 hours at 485.00/hr | 2,425.00 |
| 08/05/14 | REVIEW NEWMAN DEPOSITION TRANSCRIPT RE: CONFIRMATION ISSUES AND STRATEGY (1.3); DEVELOP STRATEGY FOR PLAN RE: REAL PROPERTY ASSETS (.4). | | |
| | SEAN D MALLOY | 1.70 hours at 525.00/hr | 892.50 |
| 08/05/14 | MEETING WITH S. MALLOY RE: ENVIRONMENTAL LIABILITIES (.2); BEGIN RESEARCH RE: SAME (.9). | | |
| | DANIEL REYNOLDS | 1.10 hours at 215.00/hr | 236.50 |
| 08/05/14 | REVIEW AND ANALYZE STALLKAMP DEPOSITION TRANSCRIPT. | | |
| | JOSH GADHARF | 1.10 hours at 310.00/hr | 341.00 |

-242.50

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

08/12/14   REVIEW NEWMAN TRANSCRIPT RE POTENTIAL TESTIMONY IN
SUPPORT OF CONFIRMATION (2.2); REVIEW AND ANALYZE
WHITE DECLARATION RE POTENTIAL CROSS-EXAMINATION RE
SAME (1.0); REVIEW OBJECTION RE POTENTIAL CROSS-
EXAMINATION OF WITNESSES (.5); CONFERENCE WITH S.
CHAIKEN RE PREPARATION OF STALKAMP DECLARATION (.3).
MICAH E. MARCUS          4.00 hours at    485.00/hr    1,940.00

08/13/14   CONFERENCE CALL WITH AGAY, GADHARF, ETC. RE:
CONFIRMATION PLANNING AND STRATEGY AND RELATED LEGAL
ISSUES (.5); REVIEW RESEARCH ON 1129(B); AND INTERNAL
CORRESPONDENCE RE: SAME (.7).
SEAN D MALLOY            1.20 hours at    525.00/hr      630.00

08/13/14   ATTEND STRATEGY TELEPHONE CONFERENCE REGARDING ⑤
LIQUIDATION PLAN, BRIEF AND PRE-TRIAL ISSUES.      -279.00
PETER BERK              0.60 hours at    465.00/hr      279.00

08/13/14   RESEARCH CASES CITED IN REMAINDER OF NEWKEY OBJECTION
TO CONFIRMATION (2.5); DRAFT DETAILED CORRESPONDENCE
TO J. GADHARF REGARDING SAME (1.1).
DAVID AGAY              3.60 hours at    525.00/hr    1,890.00

08/13/14   REVIEW AND ANALYZE DOCUMENTS PRODUCED BY NEWKEY IN
RESPONSE TO DOCUMENT REQUESTS RELATING TO PLAN
CONFIRMATION OBJECTION.
JOSH GADHARF            0.80 hours at    310.00/hr      248.00

08/13/14   REVIEW AND ANALYZE NEWMAN DEPOSITION TRANSCRIPT AND
PREPARE FOR DEPOSITIONS OF NEWKEY WITNESSES.
JOSH GADHARF            4.20 hours at    310.00/hr    1,302.00

08/13/14   DRAFT BRIEF IN SUPPORT OF PLAN CONFIRMATION (1.3);
REVIEW AND ANALYZE CASELAW AND STATUTORY LAW IN
SUPPORT OF SAME (1.4).
JOSH GADHARF            2.70 hours at    310.00/hr      837.00

08/14/14   DRAFT SECTIONS OF CONFIRMATION BRIEF (4.8); MULTIPLE
INTERNAL CALLS AND CORRESPONDENCE RE: 1129(B)
ARGUMENT AND ISSUES (.8); CALL WITH GADHARF RE: RULE
3018 CLAIM ISSUES FOR VOTING (.3).
SEAN D MALLOY           6.10 hours at    525.00/hr    3,202.50

{5083928.}                                                  -279.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

08/15/14   DRAFT OUTLINE RE LOZIER DEPOSITION (4.0); CONFERENCE
AND CORRESPOND WITH S. MALLOY AND D. AGAY RE
QUESTIONS REGARDING NEWKEY ATTORNEY FEES (.6);
CONFERENCE WITH S. MALLOY AND J. GADHARF RE
EVIDENTIARY ISSUES RE CONFIRMATION (.6); CORRESPOND
AND MULTIPLE CONFERENCES WITH P. BERK RE WITNESS
LIST, EXHIBIT LIST, AND POTENTIAL DECLARATIONS IN
SUPPORT OF PLAN (.4); TELEPHONE CONFERENCE WITH T.
STALKAMP, S. CHAIKEN, E. BUCK, R. NEWMAN RE
LIQUIDATION ANALYSIS AND TESTIMONY IN SUPPORT (1.3);
CONFERENCE WITH J. GADHARF RE ATTORNEYS FEES (.4);
REVIEW K. WHITE DECLARATION (.6).                    -291.00
MICAH E. MARCUS          7.90 hours at    485.00/hr   3,831.50

08/16/14   REVIEW FEE INVOICES FROM MAY 2013 THROUGH JULY 2014
FOR COUNSEL FOR NEWKEY WHILE SIMULTANEOUSLY ENTERING
DATA FOR STATISTICAL ANALYSIS.
DANIEL REYNOLDS          3.10 hours at    215.00/hr     666.50

08/16/14   DRAFT BRIEF IN SUPPORT OF PLAN CONFIRMATION (3.4);
REVIEW AND ANALYZE CASELAW IN SUPPORT OF SAME (1.3).
JOSH GADHARF             4.70 hours at    310.00/hr   1,457.00

08/17/14   DRAFT, EDIT AND REVISE POTENTIAL DECLARATION.
PETER BERK               1.10 hours at    465.00/hr     511.50

08/17/14   REVIEW FEE INVOICES FROM DECEMBER 2013 THROUGH JULY
2014 FOR COUNSEL FOR MARK LOZIER AND OTHER
INDIVIDUALS WHILE SIMULTANEOUSLY ENTERING DATA FOR
STATISTICAL ANALYSIS (2.3); STATISTICAL ANAYSIS OF
FEE DATA (1.2); DRAFT STATISTICAL ANALYSIS MEMORANDUM
TO M. MARCUS TO BE USED DURING AUGUST 18 DEPOSITIONS
(.8).
DANIEL REYNOLDS          4.60 hours at    215.00/hr     989.00

08/17/14   DRAFT PLAN CONFIRMATION BRIEF (5.7); REVIEW AND
ANALYZE CASELAW AND STATUTORY LAW REGARDING SAME
(1.4).
JOSH GADHARF             7.10 hours at    310.00/hr   2,201.00

08/17/14   DRAFT OUTLINES FOR LOZIER DEPOSITION(3.0); DRAFT
OUTLINE FOR SHEFFIECK DEPOSITON (3.0).
MICAH E. MARCUS          6.00 hours at    485.00/hr   2,910.00

{5083928:}

-291.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 08/20/14 | REVIEW AND REVISE CONFIRMATION BRIEF (1.1); REVIEW M. LOZIER DEPOSITION TRANSCRIPT (1.4). | | | |
| | DAVID AGAY | 2.50 hours at | 525.00/hr | 1,312.50 |
| 08/20/14 | PREPARE EXHIBITS FOR SERVICE ON COURT. | | | |
| | JOSH GADHARF | 0.50 hours at | 310.00/hr | 155.00 |
| 08/20/14 | REVISE PLAN CONFIRMATION BRIEF (7.8); REVIEW AND ANALYZE CASELAW RELATING TO SAME (2.6). | | | |
| | JOSH GADHARF | 10.40 hours at | 310.00/hr | 3,224.00 |
| 08/20/14 | RESEARCH RE WITNESS TESTIMONY (.3); CONFERENCE WITH E. BUCK (.2); EDIT REVISE NEWMAN DECLARATION (.9); REVIEW SHEFFIECK DEPOSITION (.7); REVIEW LOZIER DEPOSITION (1.3); REVIEW WHITE DEPOSITION (.9); REVIEW, REVISE MOTION IN LIMINE (.4); PREPARE TRIAL EXHIBITS (1.0); REVIEW OPPOSING EXHIBITS AND ANALYZE OBJECTIONS RE SAME (.6); EDIT, REVISE ATTORNEY FEE ARGUMENT IN BRIEF(4.3); CONFERENCES WITH J. GADHARF, D. AGAY, P. BERK AND S. MALLOY RE TRIAL PREPARATION AND STRATEGY (.4). | | | |
| | MICAH E. MARCUS | 11.00 hours at | 485.00/hr | 5,335.00 |
| 08/21/14 | E-MAILS TO AND FROM AND TELEPHONE CALLS WITH J. GADHARF AND P. BERK RE: PREPARING FOR FILING OF MEMO IN SUPPORT OF PLAN, MOTION TO EXCEED PAGE LIMIT RE: MEMO IN SUPPORT, MOTION IN LIMINE, OBJECTION TO LIST OF EXHIBITS FILED BY OBJECTING CREDITORS AND NOTICE OF FILING OBJECTION (.9); REVIEW AND REVISE SAME, INCLUDING CERTIFICATES OF SERVICE AND PREP OF EXHIBITS (2.6); E-MAIL TO AND FROM M. MARCUS RE: OBJECTION AND MOTION IN LIMINE (.2); FILE DOCUMENTS (2.1); E-MAILS TO AND FROM G. DILAURO AND B. BACON RE: SERVICE OF SAME (.7); E-MAILS TO AND FROM AND TELEPHONE CALL WITH KCC RE: SERVICE OF SAME (.5); OBTAIN TIME-STAMPED VERSIONS OF SAME FROM PACER (.4); E-MAIL TIME-STAMPED COPIES TO J. GADHARF, M. BRADY AND L. BURNELL (.1). | | | |
| | DEBORAH G BARROW | 7.50 hours at | 240.00/hr | 1,800.00 |

-504.00

⑫

{5083928:}

-504.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

08/21/14   REVIEW AND COMMENT ON EVIDENTIARY DOCUMENTS,
INCLUDING NEWMAN DECLARATION (1.3); DETAILED REVIEW
AND EDIT OF REVISED BRIEF IN SUPPORT OF CONFIRMATION
(2.0); MULTIPLE INTERNAL CORRESPONDENCE RE: ASPECTS
OF CONFIRMATION BRIEF (.5); MEET WITH REYNOLDS RE:
POTENTIAL APPEAL ISSUES (.3); FURTHER REVIEW/COMMENT
ON NEWMAN DECLARATION (.3).
SEAN D MALLOY            4.40 hours at    525.00/hr   2,310.00

08/21/14   CONTINUED ASSEMBLY OF COMMITTEE'S AND NEWKEY'S
HEARING EXHIBITS (2.9); REVISE VOTING MATERIALS
EXHIBITS (.9); REVISE EXHIBIT LIST (.8); MULTIPLE
CONFERENCES WITH VENDOR REGARDING PROCESSING OF SAME
PURSUANT TO TRIAL ORDER (.6); DRAFT TABLE OF
AUTHORITIES TO HEARING MEMORANDUM AND REVISIONS TO
SAME (3.4); MULTIPLE COMMUNICATIONS WITH MR. GADHARF
RE SAME (.4); REVIEW AND REVISE TABLE OF CONTENTS TO
HEARING MEMORANDUM (.5)
LESLIE BURRELL           9.50 hours at    225.00/hr   2,137.50

08/21/14   VARIOUS COMMUNICATIONS WITH R. NEWMAN REGARDING
DECLARATION (.8); EDIT AND REVISE R. NEWMAN
DECLARATION (2.4); EDIT AND REVISE OBJECTIONS TO
EXHIBITS (.9); REVIEW MOTION TO EXCEED PAGE LIMIT
(.2); EDIT AND REVISE MOTION IN LIMINE (2.1); EDIT
AND REVISE CONFIRMATION BRIEF (.9); BEGIN DRAFTING R.
NEWMAN EXAMINATION (.9).
PETER BERK               8.20 hours at    465.00/hr   3,813.00

08/21/14   FINAL REVIEW AND REVISIONS OF CONFIRMATION BRIEF,
NEWMAN DECLARATION AND STALLKAMP DECLARATION (2.8);
TELEPHONE CONFERENCE WITH J. GADHARF REGARDING SAME
(.2); TELEPHONE CONFERENCE WITH M. MARCUS REGARDING
SAME (.2).
DAVID AGAY               3.20 hours at    525.00/hr   1,680.00

08/21/14   REVISE AND FINALIZE PLAN CONFIRMATION MEMO (5.2);
MULTIPLE TELEPHONE CONFERENCES WITH D. AGAY, S.
MALLOY, M. MARCUS, P. BUCK, AND D. BARROW REGARDING
SAME (.7); PREPARE EXHIBITS TO MEMO (.5); REVISE
MOTION IN LIMINE RE NEWKEY'S EXPERT(.8); REVIEW AND
ANALYZE STALLKAMP AFFIDAVIT AND NEWMAN DECLARATION
(1.0); REVISE MOTION TO EXCEED PAGE LIMIT (.4).   -217.00
JOSH GADHARF             8.60 hours at    310.00/hr   2,666.00

-217.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 08/24/14 | MEET WITH R. NEWMAN, K. STAPLETON, S. MALLOY AND M. MARCUS TO PREPARE FOR CONFIRMATION HEARING (4.5); PARTICIPATE IN CROSS-EXAM PREPARATION WITH R. NEWMAN AND T. STALLKAMP (2.0). | | |
| | DAVID AGAY | 6.50 hours at   525.00/hr | 3,412.50 |
| 08/24/14 | REVISE PLAN AND NEWKEY NOTE PER NEGOTIATIONS WITH NEWKEY. | | |
| | JOSH GADHARF | 0.40 hours at   310.00/hr | 124.00 |
| 08/24/14 | CONFERENCES WITH S. MALLOY AND D. AGAY RE PREPARATION FOR EVIDENTIARY HEARING (1.5); PREPARATION OF R. NEWMAN RE CROSS/REDIRECT (2.5); PREPARATION OF K. STAPLETON RE POTENTIAL TESTIMONY IN SUPPORT OF CONFIRMATION (.5); CONFERENCE WITH T. STALLKAMP RE PREPARATION FOR CROSS/REDIRECT (1.5). | | |
| | MICAH E. MARCUS | 6.00 hours at   485.00/hr | 2,910.00 |
| 08/25/14 | CONTINUE PREPARATION FOR PLAN CONFIRMATION HEARING, INCLUDING MEETINGS WITH POTENTIAL WITNESSES (1.9); ATTEND IN PLAN CONFIRMATION HEARING (1.5); FOLLOW UP MEETINGS WITH STAPLETON, NEWMAN, AGAY, AND MARCUS RE: ADJUSTMENTS TO PLAN/PROPOSED ORDER IN LIGHT OF HEARING AND NEXT STEPS FOR AFTER CONFIRMATION (2.0). | | |
| | SEAN D MALLOY | 5.40 hours at   525.00/hr | 2,835.00 |
| 08/25/14 | PREPARE FOR HEARING ON CONFIRMATION OF THE PLAN AND FINISH OUTLINE REGARDING SAME. | | |
| | DAVID AGAY | 2.20 hours at   525.00/hr | 1,155.00 |
| 08/25/14 | PREPARE RELEVANT DOCUMENTS FOR PRESENTATION AT HEARING ON PLAN CONFIRMATION. | | |
| | JOSH GADHARF | 0.80 hours at   310.00/hr | 248.00 |
| 08/25/14 | PREPARATION FOR EVIDENTIARY HEARING RE CONFIRMATION, INCLUDING REDIRECT EXAMINATIONS AND OBJECTIONS TO EXHIBITS AND FINAL PREPARATIONS RE WITNESSES (2); ATTEND HEARING ON CONFIRMATION (1.5); CONFERENCES WITH K. STAPLETON, R. NEWMAN, S. MALLOY AND D. AGAY RE CONFIRMATION ISSUES AND FINALIZING ORDER TO COURT (1.0) | | |
| | MICAH E. MARCUS | 4.50 hours at   485.00/hr | 2,182.50 |
| 08/26/14 | MEET WITH AGAY ON PLAN ISSUES AND NEXT STEPS. | | |
| | SEAN D MALLOY | 0.20 hours at   525.00/hr | 105.00 |

{5083928:}

*Handwritten annotations: ⑤ -3412.50 ; ⑤ -727.50 ; -4140.00*

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   ADVERSARY PROCEEDINGS
      38577-00013

08/01/14   E-MAILS FROM AND TO J. GADHARF RE: MOTION TO EXCEED
           PAGE LIMIT FOR RESPONSE IN OPPOSITION TO MOTION TO
           DISMISS (.3); TELEPHONE CONFERENCES WITH J. GADHARF
           RE: SAME (.1); E-MAILS FROM AND TO P. BERK RE: SAME,
           INCLUDING REVIEW AND REVISE SERVICE LIST (.1);
           REVIEW, REVISE, AND PREPARE SAME (1.4); FILE AND
           SERVICE OF SAME (.4); E-MAIL TIME-STAMPED VERSION OF
           SAME TO P. BERK AND J. GADHARF (.1).
           DEBORAH G BARROW              1.60 hours at  240.00/hr    384.00

08/01/14   EDIT AND REVISE RESPONSE TO MOTION TO DISMISS (4.9);
           EDIT AND REVISE TABLES AND REVIEW AUTHORITIES (1.4)
           PETER BERK                    6.30 hours at  465.00/hr  2,929.50

08/01/14   REVIEW AND REVISE RESPONSE TO MOTION TO DISMISS
           (4.9); MULTIPLE TELEPHONE CONFERENCES WITH P. BERK
           AND M. BRADY REGARDING SAME (.7); REVISE ADDENDA TO
           RESPONSE (1.9); REVISE MOTION TO EXCEED PAGE LIMIT
           AND PROPOSED ORDER REGARDING SAME (.7)
           JOSH GADHARF                  8.20 hours at  310.00/hr  2,542.00

08/01/14   CONFERENCES WITH P. BERK RE FINALIZING RESPONSE RE
           MOTION TO DISMISS.
           MICAH E. MARCUS               0.30 hours at  485.00/hr    145.50

08/06/14   E-MAILS TO AND FROM J. GADHARF RE FILNG RESPONSE IN
           OPPOSITION TO MOTION TO DISMISS (.3); REVISE, FILE (2)(7)
           AND SERVICE OF SAME (1.2); E-MAIL TIME STAMPED COPY      -288.00
           TO J. GADHARF (.1).
           DEBORAH G BARROW              1.60 hours at  240.00/hr    384.00

08/06/14   CALL WITH AGAY RE: RESULTS OF HEARING AND STRATEGY
           FOR NEXT STEPS RESULTING FROM SAME (.3).
           SEAN D MALLOY                 0.30 hours at  525.00/hr    157.50

{5083928:}

-288.0⁰

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  CREDITOR COMMUNICATIONS
     38577-00009

| | | | |
|---|---|---|---|
| 09/09/14 | MULTIPLE EMAIL CORRESPONDENCE WITH CLAIMS AGENT REGARDING PUTTING NOTICE OF THE ENTRY OF THE CONFIRMATION ORDER ON THE FRONT PAGE OF THE CASE WEBSITE. | | |
| | JOSH GADHARF | 0.10 hours at  310.00/hr | 31.00 |
| 09/15/14 | ATTEND AND PARTICIPATE IN COMMITTEE CALL (.5); PREPARE FOR SAME (.3). | | 262.50 |
| | SEAN D MALLOY | 0.80 hours at  525.00/hr | 420.00 |
| 09/15/14 | TAKE MINUTES AT MEETING OF OFFICIAL COMMITTIE OF UNSECURED CREDITORS (.7); COLLECT AND COMPILE HANDWRITTEN MINUTES OF MEETING TO DRAFT OFFICIAL MINUTE LOGS (.6) | | |
| | DANIEL REYNOLDS | 1.50 hours at  215.00/hr | 322.50 |
| 09/15/14 | PARTICIPATE ON UPDATE CALL WITH CREDITORS' COMMITTEE. | | |
| | DAVID AGAY | 0.50 hours at  525.00/hr | 262.50 |
| 09/16/14 | DRAFT MINUTES FOR SEVERAL MEETINGS OF OFFICIAL COMMITTE OF UNSECURED CREDITORS DURING 2014. | | |
| | DANIEL REYNOLDS | 2.90 hours at  215.00/hr | 623.50 |
| 09/17/14 | FINALIZE MINUTES OF 2014 CREDITOR COMMITTEE MEETINGS. | | |
| | DANIEL REYNOLDS | 1.00 hours at  215.00/hr | 215.00 |
| 09/19/14 | REVIEW AND EDIT COMMITTEE MEETING MINUTES. | | |
| | SEAN D MALLOY | 0.70 hours at  525.00/hr | 367.50 |
| 09/22/14 | DETAILED CORRESPONDENCE TO COMMITTEE RE: EFFECTIVE DATE ISSUES AND COMMITTEE ADMINISTRATION. | | |
| | SEAN D MALLOY | 0.50 hours at  525.00/hr | 262.50 |
| 09/24/14 | UPDATE CORRESPONDENCE TO COMMITTEE RE UPDATE ON CASE (.3); FOLLOW UP RESPONSE CORRESPONDENCE TO QUESTIONS FROM COMMITTEE RE: EFFECTIVE DATE AND LITIGATION (.2). | | |
| | SEAN D MALLOY | 0.50 hours at  525.00/hr | 262.50 |

{5169695:}

-262.50

**McDonald**Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/08/14 | PREPARATION FOR CONFERENCE CALL WITH J. GOODMAN AND SHAW FISHMAN RE DISCOVERY RESPONSES (.3); CONFERENCE WITH SAME (.3); CONFERENCE WITH C. DEAN RE BACKGROUND OF DISPUTE AND DISCOVERY DISPUTE RESEARCH (.5); CONFERENCE WITH PROPOSED EXPERT RE DOCUMENT COLLECTION (.2); CORRESPOND WITH J. GOODMAN RE CONFERENCE WITH ELIJAH RE ELECTRONIC RECORDS (.1>. | | | |
| | MICAH E. MARCUS | 1.40 hours at | 485.00/hr | 679.00 |
| 09/08/14 | RESEARCH RE:COMMITTEE STANDING ISSUES RELATING TO ADDITIONAL CLAIMS. | | | |
| | JACOB BERGER | 1.80 hours at | 210.00/hr | 378.00 |
| 09/08/14 | CONFERRED WITH M. MARCUS RE: STATUS, STRATEGY AND RESEARCH NEEDS | | | _126.00 |
| | CHRISTOPHER DEAN | 0.40 hours at | 300.00/hr | 120.00 |
| 09/09/14 | DRAFT SUBPOENA AND RIDER TO KEYWELL (.6); IDENTIFY DOCUMENTS FOR EXPERT REVIEW (1.4); COORDINATE ADDITIONAL PRODUCTION OF KEYWELL DOCUMENTS WITH E-DISCOVERY VENDORS (.6). | | | |
| | LESLIE BURRELL | 2.60 hours at | 225.00/hr | 585.00 |
| 09/09/14 | REVIEW INFORMATION REQUEST FOR VALUATION ANALYSIS (.3); CORRESPOND WITH COUNSEL FOR EUREKA RE SUBPOENA RESPONSE (.2); REVIEW OUTSTANDING DISCOVERY REQUESTS (.3); REVIEW PRODUCTION AT PATZIK (1.6); ATTEND CONFERENCE WITH D. AGAY, S. MALLOY AND J. GADHARF RE OUTSTANDING CONFIRMATION ISSUES AND LITIGATION STRATEGY (.5). | | | |
| | MICAH E. MARCUS | 2.90 hours at | 485.00/hr | 1,406.50 |
| 09/09/14 | RESEARCH RE: ARGUMENTS IN REPLY. | | | |
| | JACOB BERGER | 1.50 hours at | 210.00/hr | 315.00 |
| 09/10/14 | CONTINUE COORDINATION WITH VENDOR FOR PROCESSING OF ADDITIONAL PATZIK DOCUMENTS (.9); CONTINUED IDENTIFICATION OF DOCUMENTS FOR EXPERT REVIEW (1.2); REVIEW FILE FOR OBJECTIONS DOCUMENTS FOR MR. MARCUS (.3); REVISE RIDER TO KEYWELL SUBPOENA (.3). | | | |
| | LESLIE BURRELL | 2.70 hours at | 225.00/hr | 607.50 |

{5169695:}

-120.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 09/17/14 | REVIEW CERTAIN KEY DOCUMENTS AND ANALYSIS OF SAME IN LIGHT OF LITIGATION STRATEGY (.8); CALL WITH MARCUS RE: SAME (.2); CALL WITH AGAY RE: OVERALL CASE STRATEGY (.2); CALL WITH MARCUS RE: EXPERTS AND INSOLVENCY (.1); RESEARCH RE: ENVIRONMENTAL IMPACT ON SOLVENCY AND CORRESPONDENCE TO MARCUS RE: SAME (.4). | | |
| | SEAN D MALLOY | 1.70 hours at 525.00/hr | 892.50 |
| 09/17/14 | DRAFT SUBPOENA TO KEYWELL METALS (.4); REVISE SUBPOENA AND RIDER TO DENTONS US AND DRAFT NOTICE TO OPPOSING COUNSEL (.4); MULTIPLE COMMUNICATIONS AND MEETING WITH DISCOVERY VENDORS TO COORDINATE ADDITIONAL DISCOVERY RECEIVED FROM KEYWELL (.9); RECONCILE SAME ON DATABASE (1.2); TELEPHONE CONFERENCE WITH MR. BRENNAN RE SUBPEONA COMPLAINCE (,3) | | |
| | LESLIE BURRELL | 3.20 hours at 225.00/hr | 720.00 |
| 09/17/14 | REVIEW DOCUMENTS POTENTIALLY RELEVANT TO COMMITTEE'S ADVERSARY PROCEEDINGS AGAINST NEWKEY. | | |
| | DANIEL REYNOLDS | 1.10 hours at 215.00/hr | 236.50 |
| 09/17/14 | REVIEW DOCUMENTS PRODUCED BY PATZIK LAW FIRM (3.4); TELEPHONE CONFERENCE WITH M. MARCUS REGARDING HOT DOCUMENTS (.2). | | |
| | DAVID AGAY | 3.60 hours at 525.00/hr | 1,890.00 |
| 09/17/14 | REVIEW DRAFT SUBPOENA TO KEYWELL METALS (.2); TELEPHONE CONFERENCES WITH KEYWELL METALS' COUNSEL REGARDING SAME (.1). | | |
| | JOSH GADHARF | 0.30 hours at 310.00/hr | 93.00 |
| 09/17/14 | MULTIPLE TELEPHONE CONFERENCES WITH D. AGAY, M. MARCUS, C. DEAN, D. REYNOLDS, AND J. BERGER REGARDING REVIEW OF DOCUMENTS PRODUCED BY PATZIK (1.2); REVIEW DOCUMENTS PRODUCED BY PATZIK (3.4). | | -372.00 |
| | JOSH GADHARF | 5.60 hours at 310.00/hr | 1,736.00 |

5

-372.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:    POST-CONFIRMATION MATTERS
       38577-00021

09/02/14   CORRESPONDENCE WITH GADHARF RE: NFR ASSUMPTION
           ISSUES.
           SEAN D MALLOY              0.20 hours at   525.00/hr      105.00

09/02/14   REVIEW TRANSCRIPT FROM CONFIRMATION HEARING.
           MICAH E. MARCUS           0.30 hours at   485.00/hr      145.50

09/03/14   REVIEW AND ANALYZE ENTERED CONFIRMATION ORDER, SECOND
           AMENDED PLAN, LIQUIDATING TRUST AGREEMENT AND OTHER
           PLAN DOCUMENTS REGARDING DRAFTING OF POST-
           CONFIRMATION CHECKLIST FOR LIQUIDATING TRUSTEE,
           LIQUIDATING TRUST ADVISORY COMMITTEE, AND FREWSBURG
           ADMINISTRATOR.
           JOSH GADHARF              2.20 hours at   310.00/hr      682.00

09/03/14   TELEPHONE CONFERENCE WITH D. AGAY AND S. MALLOY      (5)    _62.00_
           REGARDING NFR CONTRACT AND POST-CONFIRMATION MATTERS.
           JOSH GADHARF              0.20 hours at   310.00/hr       62.00

09/04/14   PREPARE AND SEND EMAIL CORRESPONDENCE TO D. AGAY, S.
           MALLOY, AND M. MARCUS REGARDING POST-CONFIRMATION
           DEADLINES AND STATUS UPDATES.
           JOSH GADHARF              0.20 hours at   310.00/hr       62.00

09/09/14   REVIEW CORRESPONDENCE FROM BUCK RE: FREWSBURG
           TRANSITION (.2); CALL WITH AGAY RE: APPROACH TO SAME
           (.1); CONFERENCE CALL WITH AGAY RE: MARCUS LITIGATION
           AND EFFECTIVE DATE STRATEGY (.6).
           SEAN D MALLOY             0.90 hours at   525.00/hr      472.50

09/09/14   REVIEW RECENT SOUTH CAROLINA BANKRUPTCY DECISION AS
           IT RELATES TO FREWSBERG PROPERTY.
           DANIEL REYNOLDS          0.40 hours at   215.00/hr       86.00

09/09/14   REVISE INTERNAL DETAILED POST-CONFIRMATION CHECKLIST
           (.5); TELEPHONE CONFERENCE WITH D. AGAY, S. MALLOY,
           AND M. MARCUS REGARDING POST-CONFIRMATION MATTERS
           (.6). 7 (5)                                             _-186.00_
           JOSH GADHARF             1.10 hours at   310.00/hr      341.00

{5169695:}

_-248.00_

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald** Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   ADVERSARY PROCEEDINGS
      38577-00013

| 10/01/14 | REVIEW DOCUMENTS POTENTIALLY RELEVANT TO COMMITTEE'S ADVERSARY PROCEEDING AGAINST NEWKEY. | | | |
| --- | --- | --- | --- | --- |
| | DANIEL REYNOLDS | 3.10 hours at | 235.00/hr | 728.50 |
| 10/01/14 | REVIEW NEWLY PRODUCED DEBTOR DOCUMENTS POTENTIALLY RESPONSIVE TO CLAIMS VS. NEWKEY. | | | |
| | JOSH GADHARF | 2.00 hours at | 325.00/hr | 650.00 |
| 10/01/14 | CORRESPOND WITH E. BUCK RE PRODUCTION OF DEBTOR'S DOCUMENTS. | | | |
| | MICAH E. MARCUS | 0.40 hours at | 510.00/hr | 204.00 |
| 10/01/14 | RESEARCH RE POTENTIAL CLAIMS AGAINST FORMER COUNSEL RE BREACH OF FIDUCIARY DUTY/MALPRACTICE. | | | |
| | MICAH E. MARCUS | 3.00 hours at | 510.00/hr | 1,530.00 |
| 10/01/14 | REVIEWED ELECTRONIC DOCUMENTS PRODUCED BY KEYWELL. | | | |
| | CHRISTOPHER DEAN | 1.00 hours at | 300.00/hr | 300.00 |
| 10/02/14 | REVIEW DOCUMENTS POTENTIALLY RELEVANT TO COMMITTEE'S ADVERSARY PROCEEDING AGAINST NEWKEY. | | | |
| | DANIEL REYNOLDS | 6.80 hours at | 235.00/hr | 1,598.00 |
| 10/02/14 | REVIEW DOCUMENTS PRODUCED BY PATZIK FIRM. | | | |
| | DAVID AGAY | 3.50 hours at | 525.00/hr | 1,837.50 |
| 10/02/14 | REVIEW NEWLY PRODUCED DEBTOR DOCUMENTS POTENTIALLY RESPONSIVE TO CLAIMS VS. NEWKEY. | | | |
| | JOSH GADHARF | 4.70 hours at | 325.00/hr | 1,527.50 |
| 10/02/14 | RESEARCH RE POTENTIAL CLAIMS AGAINST FORMER COUNSEL (.5); CONFERENCE WITH J. BERGER RE REVISING MEMORANDUM RE SAME (.3). | | | |
| | MICAH E. MARCUS | 0.80 hours at | 510.00/hr | 408.00 |
| 10/02/14 | DISCUSS REVISIONS TO AND ADDITIONAL RESEARCH FOR ATTORNEY MALPRACTICE MEMORANDUM. | | | |
| | JACOB BERGER | 0.30 hours at | 210.00/hr | 63.00 |

-555.00 ①

- 555.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald** Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

08/29/14   REVISE CONFIRMATION ORDER AND EMAIL SAME TO S.
TOWBIN.
DAVID AGAY                    0.50 hours at   525.00/hr       262.50

                    TOTAL FEES FOR MATTER:  38577-00007      $157,995.50


CASH ADVANCED
————————————

COPYING CHARGE - ADVANCED DISCOVERY KEYWELL           301.36
DOCUMENTS IN RESPONSE TO DISCOVERY REQUESTS
DEPOSITION FEE - VERITEXT TRANSCRIPT, EXHIBITS,      1,214.50
ROUGH DRAFT OF DEPOSITION OF TIM STALLKAMP
DEPOSITION FEE - VERITEXT TRANSCRIPT, EXHIBITS,      1,113.45
ROUGH DRAFT OF DEPOSITION OF RICHARD NEWMAN
CAB VOUCHER - DOCKET 8/22/14 HAND DELIVERY              14.00
LUNCH FOR 3 MH ATTORNEYS (AGAY, MALLOY, MARCUS) (6)    90.73   -90.73
AND 2 A&M ATTORNEYS (STAPLETON AND NEWMAN) AT
PREPARATION FOR CONFIRMATION HEARING
COPYING CHARGE - ADVANCED DISCOVERY FOR 8/25/14       115.79
HEARING
COPYING CHARGE - ADVANCED DISCOVERY FOR 8/25/14     1,220.11
HEARING
PRODUCTION OF DOCUMENTS                             1,613.10

          TOTAL EXPENSES FOR MATTER:  38577-00007     $ 5,683.04

{5083928:}

-90.73

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt


RE:   TRAVEL
      38577-00011


CASH ADVANCED
_____

TRAVEL EXPENSE - SEAN D MALLOY 8/24/14 ATTEND          887.54
HEARING

              TOTAL EXPENSES FOR MATTER:  38577-00011       $    887.54


{5169695:}

-887.54

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald** Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   DIP FINANCING/CASH COLLATERAL
      38577-00003

| | | | |
|---|---|---|---|
| 11/21/13 | CORRESPONDENCE WITH NEWMAN RE: BUDGET REPORTING (.1); CORRESPONDENCE WITH BUCK RE: SAME (.1). | | |
| | SEAN D MALLOY | 0.20 hours at 525.00/hr | 105.00 |
| 11/27/13 | REVIEW E-MAIL FROM COURT REPORTER RE: TRANSCRIPT FROM CASH COLLATERAL HEARING AND E-MAIL SAME TO D. AGAY, S. MALLOY, J. GADHARF, MARCUS AND D. REYNOLDS. | | |
| | DEBORAH G BARROW | 0.20 hours at 240.00/hr | 48.00 |

TOTAL FEES FOR MATTER: 38577-00003        $   153.00

CASH ADVANCED
_____

COMPUTERIZED RESEARCH                                      10.30 (4) (11)

TOTAL EXPENSES FOR MATTER: 38577-00003        $   10.30

{4600625:}                                                            ~10.30

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   DEBTOR COMMUNICATIONS
      38577-00014

11/12/13   LUNCH MEETING WITH H. ADELMAN REGARDING
           INVESTIGATION, TOYOTA, WF AND PLAN PROCESS.
           DAVID AGAY                    1.00 hours at    525.00/hr      525.00

11/22/13   TELEPHONE CONFERENCE WITH H. ADELMAN AND S. PREBISH
           REGARDING PRIVILEGE ISSUES (0.5); REVIEW
           CORRESPONDENCE FROM S. PREBISH REGARDING SAME (0.2).
           DAVID AGAY                    0.70 hours at    525.00/hr      367.50

11/25/13   TELEPHONE CONFERENCE WITH L. ADELMAN REGARDING
           VARIOUS MATTERS IN BANKRUPTCY CASE.
           DAVID AGAY                    0.50 hours at    525.00/hr      262.50

                    TOTAL FEES FOR MATTER:   38577-00014     $ 1,155.00

CASH ADVANCED
_____

COMPUTERIZED RESEARCH/WESTLAW 10/29/13-11/24/13        118.09

                    TOTAL EXPENSES FOR MATTER:   38577-00014     $    118.09

{4600625:}

-118.09

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| 11/27/13 | CORRESPOND WITH CHAMBERS RE RECEIPT OF COURTESY COPY. | | |
| | MICAH E. MARCUS | 0.10 hours at 485.00/hr | 48.50 |
| 11/27/13 | REVIEW TRANSCRIPT RE OBJECTION TO CLAIM (.2); CORRESPOND WITH D. AGAY RE SAME (.1); REVIEW, REVISE CLAIM OBJECTION (.5); CORRESPOND WITH P. BERK AND LITIGATION TEAM RE DRAFT MOTION (.3); REVIEW RESEARCH RE POTENTIAL CLAIMS (.5). | | |
| | MICAH E. MARCUS | 1.60 hours at 485.00/hr | 776.00 |
| 11/29/13 | REVIEW TRO CASES (.8); REVIEW LIMITED OBJECTION MEMORANDUM (.5). | | |
| | PETER BERK | 1.30 hours at 465.00/hr | 604.50 |
| 11/29/13 | DRAFT CLAIM OBJECTION (CLAIM #2). | | |
| | DANIEL REYNOLDS | 1.70 hours at 215.00/hr | 365.50 |
| 11/30/13 | DRAFT CLAIM OBJECTION (CLAIM #2). | | |
| | DANIEL REYNOLDS | 4.80 hours at 215.00/hr | 1,032.00 |
| 11/30/13 | REVIEW, EDIT, REVISE CLAIM OBJECTIONS. | | |
| | MICAH E. MARCUS | 1.30 hours at 485.00/hr | 630.50 |

TOTAL FEES FOR MATTER: 38577-00018 $172,371.00

CASH ADVANCED

| CHICAGO TITLE INSURANCE CO CHICAGO TITLE INSURANCE CO | 400.00 |
| CAB VOUCHER - DOCKET 11/4/13 TO/FROM 150 S WACKER | 16.00 |
| COPYING CHARGE - DOCKET 11/5/13 ORDERS FROM BANKRUPTCY COURT AND CAB TO/FROM COURT | 47.00 |
| CAB VOUCHER - DOCKET 11/6/13 TO 150 S WACKER PICK UP BOES | 16.00 |
| COMPUTERIZED RESEARCH/WESTLAW 10/29/13-11/24/13 | 1,032.89 |
| CHICAGO TITLE INSURANCE CO LIEN SEARCH | 600.00 |
| CHICAGO TITLE INSURANCE CO LIEN SEARCH | 600.00 |
| CAB VOUCHER - DOCKET 11/26/13 FEDERAL COURT | 16.00 |
| PRODUCTION OF DOCUMENTS | 2,045.75 |

TOTAL EXPENSES FOR MATTER: 38577-00018 $ 4,773.64

{4600625:}

-1,032.89

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CASE ADMINISTRATION
      38577-00001

| | | |
|---|---|---|
| 12/04/13 | UPDATE WORK-IN-PROGRESS CHART IN LIGHT OF SALE HEARING AND OTHER RELATED FILINGS AND HEARING DATES. | |
| | JOSH GADHARF          0.40 hours at    310.00/hr | 124.00 |
| 12/05/13 | WORK ON OVERALL CASE ADMINISTRATION AND NEXT STEPS (.5); WORK WITH REYNOLDS ON RESEARCH ISSUES (.2). | |
| | SEAN D MALLOY         0.70 hours at    525.00/hr | 367.50 |
| 12/19/13 | UPDATE WORK IN PROGRESS MEMORANDUM AND EMAIL SAME TO MH TEAM. | |
| | JOSH GADHARF          0.40 hours at    310.00/hr | 124.00 |

TOTAL FEES FOR MATTER: 38577-00001       $   615.50

CASH ADVANCED

PRODUCTION OF DOCUMENTS                          175.00
COMPUTERIZED RESEARCH                             19.60 (4)(1)

TOTAL EXPENSES FOR MATTER: 38577-00001       $   194.60

{4640212:}

−19.60

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald**Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

COMPUTERIZED RESEARCH/WESTLAW 11/25/13-12/29/13          385.79  (4)  

TOTAL EXPENSES FOR MATTER:  38577-00006        $     385.79

-385.79

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt


RE:   TRAVEL
       38577-00011


| 12/02/13 | TRAVEL TO CHICAGO FOR AUCTION AND SALE HEARING. | | | |
| | SEAN D MALLOY | 3.20 hours at | 525.00/hr | 1,680.00 |
| 12/04/13 | RETURN TRAVEL TO CLEVELAND, INCLUDING FLIGHT DELAYS. ? | | | |
| | SEAN D MALLOY | 4.80 hours at | 525.00/hr | 2,520.00 |

TOTAL FEES FOR MATTER:  38577-00011  (4) $ 4,200.00


CASH ADVANCED
_____

TRAVEL EXPENSE - SEAN D MALLOY 12/2-12/4/13          2,236.08
ATTEND KEYWELL SALE HEARING
TRAVEL EXPENSE - SEAN D MALLOY 12/2-12/4/13            169.00
ATTEND KEYWELL SALE HEARING

TOTAL EXPENSES FOR MATTER:  38577-00011     $ 2,405.08


{4640212:}

- 2,520.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
|  | DANIEL REYNOLDS | 0.70 hours at | 215.00/hr | 150.50 |
| 12/26/13 | CONDUCT SERVICE ON DEFENDANTS. | | | |
|  | MICAH E. MARCUS | 1.00 hours at | 485.00/hr | 485.00 |
| 12/30/13 | EDIT AND REVISE PATZIK SUBPOENA. | | | |
|  | PETER BERK | 0.40 hours at | 465.00/hr | 186.00 |
| 12/30/13 | DEVISE STRATEGY RE TRIAL PREPARATION AND CORRESPOND WITH LITIGATION TEAM RE SAME (.4); REVIEW PATZIK FEES (.2). | | | |
|  | MICAH E. MARCUS | 0.60 hours at | 485.00/hr | 291.00 |

TOTAL FEES FOR MATTER: 38577-00013          $40,378.50

CASH ADVANCED

COMPUTERIZED RESEARCH/WESTLAW 11/25/13-12/29/13          128.78
COMPUTERIZED RESEARCH/WESTLAW 11/25/13-12/29/13          315.98
DELIVERY CHARGES - PETTY CASH CABFARE FOR HAND
DELIVERY                                                 14.00

TOTAL EXPENSES FOR MATTER: 38577-00013          $    458.76

{4640212:}

-444.76