**FILED**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DEC 23 2014

JANET S. BAER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

In re:                                    )
                                          )
                                          )    Case No. 13 B 37603
SGK VENTURES, LLC                         )
(f/k/a KEYWELL LLC),                      )
                                          )
                                          )    Chapter 11
       Debtor.                            )
                                          )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ALLOWING APPLICATION OF BARNES & THORNBURG, LLP, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $83,433.50 | TOTAL COSTS REQUESTED: | $1,695.79 |
| TOTAL FEES REDUCED: | $5,510.00 | TOTAL COSTS REDUCED: | $1,448.74 |
| TOTAL FEES ALLOWED: | $77,923.50 | TOTAL COSTS ALLOWED: | $247.05 |

**TOTAL FEES AND COSTS ALLOWED: $78,170.55**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(11)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(14)    Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: December 23, 2014

Janet S. Baer
United States Bankruptcy Judge

00052084-000004    KEYWELL L.L.C.

PROJECT X

Page 2

(14)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | Proposal Follow-Up on acceleration options and transmit copies to client and BT counsel (.40); Follow up with Benchmark to confirm that its sup proposal focuses on ISCO treatment of the groundwater itself and not the potential source areas that remain in the soils (.20). | *Missing Page? Amount does not add up to $6,935.00.* | |
| 07/15/14 | Bruce White | Complete assessment of supplement to Benchmark proposal (.30); Prepare and distribute to Keywell and BK counsel for review and comment revised memo and comparison table evaluating the proposals submitted in response to the RFP (1.50); Telcon with Benchmark regarding its proposal (.20); Finalize and distribute to client, BK counsel and UCC our Memorandum summarizing Proposals submitted to comply with the requirements of the New York Department of Environmental Conservation Consent Order (.30). | 2.30 | 1,092.50 |
| 07/17/14 | Bruce White | Receive and acknowledge confirmation from UCC rep that they are evaluating the Frewsberg proposals internally, will reach out to discuss when ready, and directing us not to take any further steps on this until we hear from the UCC. | 0.20 | 95.00 |
| 07/21/14 | Bruce White | Advise all bidders on status of review of proposals by company and UCC. | 0.20 | 95.00 |
| 07/30/14 | Bruce White | Exchanges with BK counsel and client on status of RFP proposals for Frewsberg. | 0.20 | 95.00 |
| 07/31/14 | Bruce White | Further exchanges with client an BK counsel regarding status of proposals submitted in response to RFP. | 0.10 | 47.50 |
| Fees for Services Total | | | $ | 6,935.00 |

*-5510.00*

# BARNES & THORNBURG LLP

One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

Invoice   1675457

KEYWELL L.L.C.
ATTN: TIM STALLKAMP
SGK VENTURES LLC
C/O CONWAY MACKENZIE, INC.
77 WEST WACKER - SUITE 4000
CHICAGO, IL  60601

May 6, 2014
Bruce White

PAYABLE UPON RECEIPT

**00052084-000004**
**PROJECT X**

For legal services rendered in connection with the above matter for the period ending April 30, 2014 as described on the attached detail.

|  | Hours | Rate | Amount |
|---|---|---|---|
| Bruce White | 22.70 | $475.00 | $10,782.50 |
| R. William Gardner | 29.60 | $310.00 | $9,176.00 |
| Rubin Pusha III | 1.70 | $310.00 | $527.00 |
| Robert A. Weinstock | 3.80 | $395.00 | $1,501.00 |
| TOTALS | 57.80 |  | $21,986.50 |

Other Charges

| | |
|---|---|
| Westlaw - Computerized Legal Research | 98.80 |
| Westlaw - Computerized Legal Research | 39.60 |
| Westlaw - Computerized Legal Research | 79.20 |

$   217.60

**TOTAL THIS INVOICE**              $   **22,204.10**

-217.60

# BARNES & THORNBURG LLP

One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

Invoice    1684058

KEYWELL L.L.C.
ATTN: TIM STALLKAMP
SGK VENTURES LLC
C/O CONWAY MACKENZIE, INC.
77 WEST WACKER - SUITE 4000
CHICAGO, IL  60601

June 6, 2014
Bruce White

---

PAYABLE UPON RECEIPT

---

**00052084-000004**
**PROJECT X**

For legal services rendered in connection with the above matter
for the period ending May 31, 2014 as described on the attached detail.

|                     | Hours | Rate    | Amount      |
|---------------------|-------|---------|-------------|
| Bruce White         | 15.80 | $475.00 | $7,505.00   |
| R. William Gardner  | 7.70  | $310.00 | $2,387.00   |
| Robert A. Weinstock | 38.30 | $395.00 | $15,128.50  |
| TOTALS              | 61.80 |         | $25,020.50  |

Other Charges

| Westlaw - Computerized Legal Research | 123.98 |
| Westlaw - Computerized Legal Research | 25.92  |
| Westlaw - Computerized Legal Research | 98.80  |
| Westlaw - Computerized Legal Research | 54.86  |
| Westlaw - Computerized Legal Research | 80.78  |
| Westlaw - Computerized Legal Research | 414.80 |
| Westlaw - Computerized Legal Research | 432.00 |

$   1,231.14

**TOTAL THIS INVOICE**    $   26,251.64

_1231.14