**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SGK VENTURES, LLC | ) | Case No. 13-37603 |
| (f/k/a Keywell L.L.C.), | ) | |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | |
| | ) | |

**FIRST QUARTERLY REPORT OF THE LIQUIDATING TRUSTEE
& FREWSBURG ADMINISTRATOR**

Kelly Beaudin Stapleton (the "Liquidating Trustee"), the Liquidating Trustee of the SGK Ventures, LLC Liquidating Trust (the "Trust"), hereby submits this first quarterly report (this "Report") pursuant to sections 4.3.6 and 4.5.2 of the Second Amended Plan of Liquidation of the Official Committee of Unsecured Creditors of SGK Ventures, LLC [Dkt. No. 853 at Ex. A] (the "Plan")[1] for the period from October 21, 2014, through December 31, 2014.

**Background**

1. On September 3, 2014, the Court entered an order confirming the Plan [Dkt. No. 853]. The Plan became effective on October 21, 2014 [Dkt. No. 875] (the "Effective Date").

2. Pursuant to the Plan, the Liquidating Trustee must file quarterly reports on behalf of herself and the Frewsburg Administrator (as defined in the Plan) identifying payments made by the Liquidating Trust and the Frewsburg Administrator to their respective Professionals.

---

[1] Capitalized but undefined terms shall have the meanings set forth in the Plan.

{5316661:}

## Report

3. This Report summarizes the payments that the Liquidating Trustee and the Frewsburg Administrator made to their respective professionals from the Effective Date until December 31, 2014.

A. **Payments Made by the Liquidating Trustee to Professionals**

| Firm | Payment Date | Amount |
| --- | --- | --- |
| McDonald Hopkins, LLC | 12/23/2014 | $ 137,679.16 |
| Rust Bankruptcy Omni Consulting | 12/23/2014 | $5,264.94 |
| Conway MacKenzie | Paid in Nov. 2014 | $8,813.98 |
| | Paid in Dec. 2014 | $14,014.21 |
| **Total** | | **$ 165,772.29** |

B. **Payments Made by the Frewsburg Administrator to Professionals**

4. Pursuant to Plan, the Frewsburg Assets were left in the Debtors' estates to be managed by the Frewsburg Administrator. The Frewsburg Assets include some cash, and certain cash proceeds from the Transition Services Agreement (as defined in the Plan), which the Frewsburg Administrator uses to pay certain costs related to the Frewsburg Assets, including professional fees. However, the Frewsburg Administrator only pays such professional fees after the Liquidating Trustee reviews the respective invoices. Since the Effective Date, the Frewsburg Administrator has paid $22,828.19 to his professionals.

[The remainder of the page is intentionally left blank.]

## Conclusion

The Liquidating Trustee will continue to perform her duties in accordance with the terms of the Plan.

Dated:  January 21, 2015    /s/ David A. Agay
David A. Agay (ARDC No. 6244314)
Sean D. Malloy (ARDC No. 6217401)
Micah E. Marcus (ARDC No. 6257569)
Joshua A. Gadharf (ARDC No. 6296543)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 2100
Chicago, Illinois 60654
Telephone:  (312) 280-0111
Facsimile:  (312) 280-8232
dagay@mcdonaldhopkins.com
smalloy@mcdonaldhopkins.com
mmarcus@mcdonaldhopkins.com
jgadharf@mcdonaldhopkins.com

*Counsel to Kelly Beaudin Stapleton, solely in her capacity as Trustee of SGK Ventures, LLC Liquidating Trust*