# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SGK VENTURES, LLC | ) Case No. 13-37603 |
| (f/k/a Keywell L.L.C.), | ) |
| | ) Honorable Donald R. Cassling |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF FILING

TO:   *See* Attached Service List

**PLEASE TAKE NOTICE** that on Monday, January 18, 2016, we caused the Liquidating Trustee's Contested **Proposed Order Granting Motion for Stay Pending Appeal and Related Relief Under Motion for Distribution** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.[1]

Dated:  January 18, 2015                                    Respectfully submitted,

                                        /s/ Micah E. Marcus
                                        Micah E. Marcus (ARDC No. 6257569)
                                        McDONALD HOPKINS LLC
                                        300 North LaSalle Street, Suite 2100
                                        Chicago, Illinois 60654
                                        Telephone:  (312) 280-0111
                                        Facsimile:  (312) 280-8232
                                        mmarcus@mcdonaldhopkins.com

                                        *Counsel to the Kelly Beaudin Stapleton,
                                        solely in her capacity as Trustee of the
                                        SGK Ventures, LLC Liquidating Trust*

---

[1] It is the Liquidating Trustee's understanding that this is <u>not</u> an agreed order.

{5908504:}

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that true and correct copies of this Notice and the Liquidating Trustee's Contested Proposed Order Granting Motion for Stay Pending Appeal and Related Relief Under Motion for Distribution were served upon the parties listed on the service list set forth below via ECF on January 18, 2016.

Dated:  January 18, 2016                              /s/  Micah E. Marcus

## SERVICE LIST

The following is the list of parties who are currently on the list to receive email notice/service for this case:

- Andrew J Abrams    aabrams@boodlaw.com, bjabaay@boodlaw.com
- Howard L. Adelman    hla@ag-ltd.com, dbaird@ag-ltd.com
- David A Agay    dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
- Thomas V Askounis    taskounis@askounisdarcy.com, akapai@askounisdarcy.com
- Terence G Banich    tbanich@shawfishman.com, kbobb@shawfishman.com
- William J. Barrett    william.barrett@bfkn.com, mark.mackowiak@bfkn.com; gregory.demo@bfkn.com
- Alexander F Brougham    abrougham@ag-ltd.com
- Kevin P Brown    kbrown@rieckcrotty.com
- Erich S Buck    ebuck@ag-ltd.com, lhope@ag-ltd.com
- Patrick W Carothers    pcarothers@leechtishman.com, ghauswirth@leechtishman.com; bankruptcy@leechtishman.com; dtomko@leechtishman.com
- Steven B Chaiken    schaiken@ag-ltd.com, lhope@ag-ltd.com
- Loren S Cohen    loren.cohen@wilsonelser.com
- Monette W Cope    ecfnil@weltman.com
- Alex Darcy    adarcy@askounisdarcy.com
- Carrie E Davenport    cdavenport@shawfishman.com, kbobb@shawfishman.com
- Christopher Dean    cdean@mcdonaldhopkins.com
- Robert L Doty    robert.doty@ohioattorneygeneral.gov
- Allison Economy    aeconomy@rudmanwinchell.com
- John Eggum    jeggum@fgppr.com
- Timothy D. Elliott    telliott@rathjewoodward.com, nwinters@rathjewoodward.com; vlong@rathjewoodward.com
- Yeny C. Estrada    yeny.estrada@lockelord.com, karen.soto@lockelord.com; ChicagoDocket@lockelord.com
- Joshua A Gadharf    jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
- Matthew T. Gensburg    MGensburg@dandgpc.com
- Ronald E Gold    rgold@fbtlaw.com

{5908504:}

- Gordon E. Gouveia    ggouveia@shawfishman.com, kjanecki@shawfishman.com
- Roger J. Higgins    rhiggins@rogerhigginslaw.com
- Brian J Jackiw    brianj@restructuringshop.com, brianj@ecf.courtdrive.com
- Paula K. Jacobi, Esq.    pjacobi@btlaw.com, jsantana@btlaw.com
- Amrit S Kapai    akapai@askounisdarcy.com
- Curtis E Kimball    ckimball@rudmanwinchell.com, jphair@rudmanwinchell.com; cderrah@rudmanwinchell.com
- Matthew T Kinst    mkinst@smbtrials.com, pcanington@smbtrials.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Debra J Vorhies Levine    debravlevine@yahoo.com
- Micah E. Marcus    mmarcus@mcdonaldhopkins.com, kmaze@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
- Lawrence D Mishkin    lmishkin@sandmlegal.com, mdvoskin@sandmlegal.com
- Mark Page    mpage@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com; BankruptcyDepartment@Kelleydrye.com
- Nancy A Peterman    petermann@gtlaw.com, ChiBkyDocket@gtlaw.com; greenbergc@gtlaw.com
- Mark L Radtke    mradtke@shawfishman.com, jbunton@shawfishman.com
- Marc S Reiser    mreiser@shawfishman.com, mlites@shawfishman.com
- Peter J Roberts    proberts@shawfishman.com
- Brandy A Sargent    basargent@stoel.com, erheaston@stoel.com;docketclerk@stoel.com; obhaker@stoel.com; cejordan@stoel.com; eleliasen@stoel.com; jason.abrams@stoel.com
- Wendy Kaleta Skrobin    w.gattone@mcdillaw.com
- Joel A Stein    joelastein@dlec.com, joelastein@mac.com
- Miriam R. Stein    mstein@chuhak.com, dgeorge@chuhak.com
- Steven B Towbin    stowbin@shawfishman.com
- Jacquelyn T Vengal    jvengal@chuhak.com, mdominguez@chuhak.com
- Steven M Wolock    swolock@maddinhauser.com
- Stephen A Yokich    syokich@cornfieldandfeldman.com, BFyfe@cornfieldandfeldman.com
- Eric R von Helms    evonhelms@kmksc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.:   13-37603 |
| SGK VENTURES, LLC ) | |
| (f/k/a Keywell L.L.C.) ) | Chapter:  11 |
| ) | Honorable Donald R. Cassling |
| ) | |
| ) | |
| Debtor(s) ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR STAY PENDING APPEAL AND RELATED RELIEF UNDER MOTION FOR DISTRIBUTIONS**

   This adversary proceeding came to be heard on the motion of appellants NewKey Group, LLC and NewKey Group II, LLC (the "NewKeys") for a stay pending appeal, dated December 14, 2015 [#252] (the "Stay Motion") and the Trustee's Motion to Commence Distributions Under the Plan, dated December 3, 2015 [#1182] (the "Distribution Motion"); the Court, upon consideration of the premises therein as well as the objections and oral arguments by the respective responding parties, hereby orders that:

   1.  The Stay Motion is granted in part as provided herein.

   2.  The Trustee, her agents and anyone acting in concert with her are hereby stayed from distributing or spending any money on deposit with the SGK Ventures, LLC Liquidating Trust ("Trust Assets") to Class 4 Holders of Allowed General Unsecured Claims under the Plan until further order of the Court.

   3.  Pursuant to Local Rule 2070-2(A), the NewKeys must, within 30 days of the date of this order, post, or cause to be posted, with the Clerk of this Court a bond or cash in the amount of $____. The Clerk shall deposit these funds in an interest-bearing registry account.

   4.  Notwithstanding paragraph 2 of this order, the Distribution Motion is granted in part as follows. In particular, the Trustee has the authority distribute or spend Trust Assets up to and including the amounts disclosed to the Court on Addendum A to this Order, setting forth the Liquidating Trust's accrued and unpaid expenses and also projected expenses for the next 12 months.  For clarity, nothing in this Order shall preclude the Liquidating Trustee from seeking subsequent relief from this Court for the authority to make additional payments or distributions as required for administration of the Liquidating Trust.

                                                                                                           Enter:


Dated:                                                                                 United States Bankruptcy Judge

**Prepared by:**

David A. Agay (ARDC No. 6244314)
Micah E. Marcus (ARDC No. 6257569)
Christopher G. Dean (ARDC No. 6292676)

Joshua A. Gadharf (ARDC No. 6296543)
McDonald Hopkins LLC
300 N. LaSalle St., Ste. 2100
Chicago, Illinois 60654
(312) 280-0111
dagay@mcdonaldhopkins.com
mmarcus@mcdonaldhopkins.com
cdean@mcdonaldhopkins.com
jgadharf@mcdonaldhopkins.com

# ADDENDUM A

### Accrued Liquidating Trust Fees & One Year SGK Ventures Trust Projected Expenses

| Expense | Amount | Notes |
|---|---:|---|
| **Accrued** | | |
| Accrued McDonald Hopkins | $ 656,598 | Accrued June - December 2015 |
| Accrued A&M Testifying Expert | 244,309 | Accrued June - December 2015 |
| Accrued Liquidating Trustee Fees | 93,825 | Accrued through December 2015 |
| Frewsburg Expenses | 90,339 | Expenses of Administrator and his professionals unpaid as of December 31, 2015 |
| Accrued A&M Fees | 75,634 | Accrued June - December 2015 |
| Accrued Donlin, Recano & Company, Inc | 12,788 | Claims agent accrued fees |
| Other Expenses | 10,881 | IT, storage and misc. fees |
| **Total Accrued** | **$ 1,184,375** | |
| | | |
| **Go Forward Trust Expenses 1/1/16-12/31/16** | | |
| Remaining Convenience Class Claims | $ 122,376 | 28% remaining claims per Plan |
| McDonald Hopkins | 250,000 | NYDEC Litigation, claims litigation, preferences and miscellaneous administration |
| McDonald Hopkins Appeal Fees [1] | 650,000 | NewKey appeal and cross-appeal |
| A&M Support | 151,800 | Claims, preferences, collection of misc. assets, litigation support and taxes |
| Kelly Stapleton Trustee Fees | 180,000 | |
| Liquidating Trustee Insurance | 37,176 | One year policy |
| Trust expenses | 75,000 | IT, storage, property taxes and misc. fees |
| **Total 2016 Forecasted Trust Expenses** | **$ 1,466,352** | |
| | | |
| **Total Accrued & Forecast** | **$ 2,650,727** | |

1. Mitigation of appeal fees results if NewKey appeal withdrawn and thereafter cross-appeal withdrawn