# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SGK VENTURES, LLC ) | Case No. 13-37603 |
| (f/k/a Keywell L.L.C.), ) | |
| ) | Honorable Donald R. Cassling |
| ) | |
| Debtor. ) | |
| ) | |

## FOURTEENTH QUARTERLY REPORT OF THE LIQUIDATING TRUSTEE AND THE FREWSBURG ADMINISTRATOR

Kelly Beaudin Stapleton (the "Liquidating Trustee"), the Liquidating Trustee of the SGK Ventures, LLC Liquidating Trust, hereby submits this fourteenth quarterly report pursuant to sections 4.3.6 and 4.5.2 of the Second Amended Plan of Liquidation of the Official Committee of Unsecured Creditors of SGK Ventures, LLC [Dkt. No. 853 at Ex. A] (the "Plan")[1] for the period from April 1, 2018, through June 30, 2018.

1. On September 3, 2014, the Court entered an order confirming the Plan [Dkt. No. 853]. The Plan went effective on October 21, 2014 [Dkt. No. 875].

2. Pursuant to the Plan, the Liquidating Trustee must file quarterly reports on behalf of herself and the Frewsburg Administrator (as defined in the Plan) identifying payments made by the Liquidating Trustee and the Frewsburg Administrator to their respective Professionals.

3. Timothy B. Stallkamp, the individual appointed as the original Frewsburg Administrator under the Plan, resigned effective December 31, 2015.

4. The Liquidating Trustee made one to professional payment to Wipfli LLP in the amount of $5,000 from April 1, 2018, through June 30, 2018.

---

[1] Capitalized but undefined terms shall have the meanings set forth in the Plan.

{7551486:2 }

**Conclusion**

The Liquidating Trustee will continue to perform her duties in accordance with the terms of the Plan.

Dated: July 31, 2018

/s/ David A. Agay
David A. Agay (ARDC No. 6244314)
Sean D. Malloy (ARDC No. 6217401)
Micah E. Marcus (ARDC No. 6257569)
Joshua A. Gadharf (ARDC No. 6296543)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 2100
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232
dagay@mcdonaldhopkins.com
smalloy@mcdonaldhopkins.com
mmarcus@mcdonaldhopkins.com
jgadharf@mcdonaldhopkins.com

*Counsel to Kelly Beaudin Stapleton, solely in her capacity as Trustee of SGK Ventures, LLC Liquidating Trust*